33   630

# OFFICE OF THE CRIMINAL SHERIFF   NEW ORLEANS, LA.

00431841

## ARREST REGISTER - DISTRICT ATTORNEY'S COPY

### ARRESTEE DATA

| ARRESTEE NAME | | RACE | SEX | BIRTHDATE | HEIGHT | WEIGHT | HAIR | EYES | SKIN | ARREST NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| LAMBERT | STERLING | N | M | 082765 | 604 | 200 | BLK | BRO | MER | 01198270 |

| ARRESTEE ADDRESS | | CITY | STATE | | | BIRTH STATE | NATIONALITY | BUREAU OF ID NO. |
|---|---|---|---|---|---|---|---|---|
| 655 N TONTI ST | | NEW ORLEANS | LA | | | LA | US | 268895F |

| OCCUPATION | EMPLOYER | | | | | | MOTION NUMBER |
|---|---|---|---|---|---|---|---|
| | | | | | | | 00430923 |

| ALIAS NAME | | MARITAL STATUS | SOCIAL SEC. NO. | OPERATOR'S LICENSE NO. | LIC. ST. | YEAR |
|---|---|---|---|---|---|---|
| LAMBERT | MITCHELL | SINGLE | 483198126 | | | |

| MARKS - SCARS - TATTOOS - ETC. |
|---|
| |

| IF INJURED DESCRIBE BY WHOM AND IF TREATED, IF INTOXICATED DESCRIBE TO WHAT DEGREE | ADDICT | METHADONE |
|---|---|---|
| NONE AT TIME OF BOOKING | | |

| LICENSE NUMBER | VEHICLE INVOLVED LIC. ST. | YEAR | VEH. YR. | MAKE | MODEL | TYPE | COLOR | VEHICLE IDENTIFICATION NUMBER | DISPOSITION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

### ARREST DATA

| LOCATION OF ARREST | | DIST. & ZONE | DATE OF ARREST | TIME OF ARREST | DATE OF BOOKING | TIME OF BOOKING | ITEM NUMBER |
|---|---|---|---|---|---|---|---|
| HOWARD & PRIEUR | | 0 | 112088 | 0445PM | 112188 | 0045AM | K2380788 |

| ARRESTING OFFICER'S NAME | OFFICER'S SER. | UNIT | ARREST CREDIT | FBI #: 447185DA5 |
|---|---|---|---|---|
| G CHENEVERT | 04542 | 2128 | 99 | |

| TRANSPORTING OFFICER'S NAME | OFFICER'S SER. | UNIT | FPC: 19161519152112141210 |
|---|---|---|---|
| E WORTHY | 01418 | | |

### CHARGES AND COURT SCHEDULE

FOR ADDITIONAL CHARGES SEE SUPPLEMENTARY ARREST REGISTER

| ORDINANCE/STATUTE NO. | AFFIDAVIT NO. | RELATIVE TO | | | |
|---|---|---|---|---|---|
| RS 14   62 | | | SIMPLE BURG/AUTO | SFOS | MGH |
| RS 14   95 (B) | | | ILL CARR WEAP/KNIFE | 35K | 5K |
| RS 14   69 (B) | | | POSS STLN PROP/AMT.$135.00 | 25K | 20K |
| RS 14   108 | | | RESISTING ARREST | 5K | 1K |
| | | | | 5K | 500 |

CAREER CRIMINAL

| COURT OF TRIAL | SECTION | DATE OF TRIAL | TIME OF TRIAL |
|---|---|---|---|
| CDC | M | | |

| BOND |
|---|
| 203 847 |

### OFFENSE DATA

| LOCATION OF OFFENSE | | DATE OF OFFENSE | TIME OF OFFENSE | DAY OF WEEK | WEAPON |
|---|---|---|---|---|---|
| JULIA & PRIEUR | | 112088 | 0440PM | | |

| COMPLAINANTS OR WITNESSES' NAME | RACE | SEX | BIRTH DATE |
|---|---|---|---|
| ANTHONY RUHR | | | |

| ADDRESS | CITY | STATE | TELEPHONE NUMBER |
|---|---|---|---|
| 1124 BARONNE ST | | | 5225419 |

| COMPLAINANTS OR WITNESSES' NAME | RACE | SEX | BIRTH DATE |
|---|---|---|---|
| | | | |

| ADDRESS | CITY | STATE | TELEPHONE NUMBER |
|---|---|---|---|
| | | | |

### REMARKS - BRIEF DESCRIPTION OF ARREST, USE SPACE FOR INFORMATION NOT PROVIDED IN BLOCKS

HIST: NONE STATED...
WAS NOT ABUSED...
ASSIGNED HOU REC...
NO KNOWN ENEMIES IN OPP...
EMERG INFO (SISTER) 5958778...

DEFENDANT'S
EXHIBIT
13

| SIGNATURE | TIME OUT | SIGNATURE | |
|---|---|---|---|
| J WHI | 0742PM | F LAWING | 880A873 |
| DOORMAN (TYPE NAME) | TIME IN | BOOKER (TYPE NAME) | |

1222

**OFFICE OF THE DISTRICT ATTORNEY**
**PARISH OF ORLEANS**

Page ___ of ___ Pages

CASE NO.

330-630C

DATE RECEIVED FROM NOPD  11/29/88

**SCREENING ACTION FORM**

TREACY, BRIAN

ACCEPTED     REFUSED     CC pp'     DIVERTED     REFERRED

(If any charge is accepted)     (Circle only if all charges refused)

| DEFENDANT'S NAME (LAST) | (FIRST) | (MIDDLE) | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|
| LAMBERT, STERLING | | | B | M | 08/27/65 |

| DEFENDANT'S ADDRESS | | SYSTEM # | MAGISTRATE'S CASE NO. |
|---|---|---|---|
| 653 N Tonti St | New Orleans, LA | 88048731 | M203841 |

| # DEFENDANTS | DATE SCREENED 12/2/88  11/30/88 | SCREENED BY: B. TREACY | CODE B7RE | NEW SYSTEM # | B OF I NO. 268895 |
|---|---|---|---|---|---|
| 3 | | REVIEWED BY: | | | MOTION NO. (CCN) 00438523 |

**CHARGES ACCEPTED**

| ITEM NO. | ARREST NO. | CHARGE | CLASS | INIT-IATOR | TITLE | ATTEMPT ETC | STATUTE | PARA | SUB PARA |
|---|---|---|---|---|---|---|---|---|---|
| 380788 | 01108296 | Simp Burg | 3 | O | 14 | ( ) | 62 | ( ) | ( ) |
| | | | | | | ( ) | | ( ) | ( ) |
| | | | | | | ( ) | | ( ) | ( ) |
| | | | | | | ( ) | | ( ) | ( ) |

NO. OF BILL OF INFORMATION FOR EACH COUNT

| | DATE OF OFFENSE 11-20-88 | DATE OF ARREST 11/20/88 |
|---|---|---|

— 1982 MAZDA PICK-UP TRUCK

— ANTHONY ROHR

| | CASE TYPE | ZCU # |
|---|---|---|
| | VIC'T INFO | RACE SEX | AGE | DOB | RELATION TO DEFENDANT |
| CT. 1 | | | | | |
| CT. 2 | | | | | |
| CT. 3 | | | | | |
| CT. 4 | | | | | |

**CHARGES REFUSED OR DIVERTED**

| ITEM NO. | ARREST NO. | CHARGE | CLASS | INIT-IATOR | DISPOSITION REFUSAL CODE | TITLE | ATTEMPT ETC | STATUTE | PARA | SUB PARA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Poss Stolen | 3 | O | 373 | 14 | ( ) | 69 | B | ( ) |
| | | Resisting | 4 | O | 373 | 14 | ( ) | 108 | | ( ) |
| | | Poss Weapon | 4 | O | 373 | 14 | ( ) | 95 | ( ) | ( ) |

1223

**NEW ORLEANS POLICE DEPARTMENT** ☒ INCIDENT REPORT / SUPPLEMENTAL REPORT  PAGE 1 5   ITEM NUMBER K-03807-88

| EVENT | 1. SIGNAL 60-C | 2. INCIDENT SIMPLE BURGLARY-AUTO | | | 4. DATE/TIME OCCURED 11-20-88 4 PM 40 | 5. DIST 1 | 6. SECTOR 101 | ☒ SELF INITIATED | ☐ FLAGGED DOWN | ☐ CFS |
|---|---|---|---|---|---|---|---|---|---|---|
| | 7. LOCATION OF OCCURRENCE S. PRIEUR AND JULIA ST. | | | 8. DATE/TIME OF REPORT 11-20-88 4 PM | 9. ZONE/ SUBZONE G-01 | 10. WEATHER 1 | 11. TEMP 70° | 12. LIGHTING G | 13. BULLETIN REQ'D ☐YES ☒NO |

| | 14. NAME ☒VICTIM ☐REPORTING PERSON ☐WITNESS ☐PERSON INTERVIEWED | RACE W | SEX M | DATE OF BIRTH 4-7-62 | VICTIM'S RACE/SEX ☒601 WHITE ☐610 MALE ☐602 BLACK ☐611 FEMALE ☐603 OTHER |
|---|---|---|---|---|---|
| | ROHR, ANTHONY (LAST NAME)(FIRST NAME)(MIDDLE NAME) | 17. HOME PHONE 833-3457 | 18. DRIVER'S LICENSE 0048 2825/LA. | OCCUPATION MECHANIC | |
| | 16. HOME ADDRESS 4312 ANTHONY ST. METAIRIE RD, MET. LA. | 19. BUSINESS ADDRESS 1124 BARONNE ST. | 20. BUSINESS PHONE 588-5419 | 21. SOC SECURITY NO. 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 | 15. RESIDENCE STATUS ☒630 N.O. RESIDENT ☐632 TOURIST ☐631 METRO RESIDENT ☐633 BUSINESS |
| | 22. SOBRTY. 1. | INJURY 7 | TYPE INJURY ☒NO | TREATED ☒NO | MEDICAL ☒NO | TRANS ☒NO | 23. TRANS TO | 24. DOCTOR/CORONER ☒NO |

(Additional victim/witness blocks struck through diagonally — blank)

| NUMBER OF ADDRESS | 47. NAME OF ARRESTEE LAMBERT, MITCHELL M | RACE N | SEX M | DATE OF BIRTH 10-21-68 | 48. RIGHTS WAIVED ☐YES ☒NO | FORM NUMBER ORAL |
|---|---|---|---|---|---|---|
| | 49. ADDRESS 653 N. TONTI ST. | 50. DATE/TIME 11-20-88 4:45PM | 51. ARREST CREDIT 99 | 52. RIGHTS ADVISED BY E. WORTHY |
| | 53. ARREST LOCATION HOWARD AVE AND S. PRIEUR | 54. DIST 6 | 55. ZONE M-1 | 56. RELAT 10 | 57. TRANS UNIT 2126 | 58. TRANSPORTED BY G. CHENEVERT |
| | 59. SOBRTY. 1. | INJURY 7 | TYPE INJURY ☒NO | TREATED ☒ | MEDICAL ☒ | TRANS ☒NO | 60. TRANS TO | 61. DOCTOR/CORONER ☒NO |
| | MUNICIPAL ☐ STATE ☒ JUVENILE ☐ ALIAS "SLIM" | SOCIAL SECURITY UNKNOWN | MAGISTRATE DATE | TIME |

| ARRESTED SUBJECT | 62. CHARGES/COMMENTS | PROPERTY/EVIDENCE RECEIPT ☒YES ☐NO CONTROL B 039345 |
|---|---|---|

R.S. 14:62 RELATIVE TO SIMPLE BURGLARY OF AN AUTOMOBILE.

R.S. 14:95 RELATIVE TO CARRYING A CONCEALED WEAPON: FOUR INCH BUTTERFLY KNIFE.

R.S. 14:69 RELATIVE TO POSSESSION OF STOLEN PROPERTY TO WIT: ONE POCKET SCANNER VALUED AT $60.00 AND A KNIFE VALUED AT $75.00 ($135.00 TOTAL)

R.S. 14:108 RELATIVE TO RESISTING ARREST BY FLIGHT ON FOOT.

NAME (PRINT)  ADDRESS (PRINT)  (DATE & TIME)  RELATIONSHIP
HEREBY TAKE CUSTODY OF THE ABOVE NAMED CHILD AND PROMISE TO BRING HIM/HER TO COURT, PROBATION DEPARTMENT OR THE JUVENILE DIVISION, WHEN NOTIFIED
SIGNATURE CUSTODIAN
RELEASED BY (PRINT)

| CODES | WEATHER | LIGHTING | RACE | SOBRIETY | INJURY | TREATED | MEDICAL/TRANS. | RELATIONSHIP TO VICTIM |
|---|---|---|---|---|---|---|---|---|
| | 1. CLEAR 2. CLOUDY 3. RAIN 4. SNOW 5. FOG 6. OTHER | G - GOOD F - FAIR P - POOR | I - Indian S - Spanish N - Negro W - White O - Oriental X - OTHER | 1. SOBER 2. HBD 3. INTOX 4. DRUGS 5. UNKNOWN | 1. Fatal 2. Critical Non-Fatal 3. Serious Non-Fatal 4. Severe 5. Moderate 6. Minor 7. No Injury | 1. REFUSED 2. TREATED/ RELEASED 3. HOSPITALIZED | 1. POLICE EMS 2. OTHER EMS 3. POLICE 4. CIVILIAN | 1. HUSBAND/WIFE 2. FATHER/MOTHER 3. SON/DAUGHTER 4. BROTHER/SISTER 5. EMPLOYEE/EMPLOYER 6. FRIEND/ACQUAINTANCE 7. COMMON LAW 8. RELATIVES 9. STRANGER -KNOWN TO AREA 10. COMPLETE STRANGER |

| ADM | 63. DETECTIVE XX | 64. TECHNICIAN E 3722 C. CHAMBERLAIN | 65. EMS / TOW / OTHER | 69. ACCESS NUMBER |
|---|---|---|---|---|
| | 66. REPORTING OFFICER CHENEVERT, GEORGE 542 | BADGE | 67. REPORTING OFFICER WORTHY, EDMUND 144 | BADGE 212 | 68. CAR B | SUPERVISOR |

**N.O.P.D. — CONTINUATION** PAGE 2 OF 5

79. CHARGES: Race One    71. ITEM: K-2380788

72. NAME: ☒ ARRESTED ☐ WANTED ☐ STATE ☐ MUNICIPAL ☐ MISSING ☐ RUNAWAY    RACE: N    SEX: M    DATE OF BIRTH: 10-21-68

#1 LAMBERT, MITCHELL

73. ADDRESS: 653 N. TONTI ST.    HEIGHT: 6'3"    WEIGHT: 175

74. NAME: ☐ ARRESTED ☐ WANTED ☐ STATE ☐ MUNICIPAL ☐ MISSING ☐ RUNAWAY

#2

75. ADDRESS

**PERPETRATOR RACE/SEX**
☐ 1601 WHITE
☒ 1602 BLACK
☐ 1603 OTHER
☐ 1610 MALE
☐ 1611 FEMALE

**HAIR STYLE**
☐ 751 AFRO
☐ 752 BRAIDED
☐ 753 CURLY
☒ 754 STRAIGHT
☐ 755 CREWCUT
☐ 756 WAVY
☐ 757 BALD
☐ 758 BALD BACK
☐ 758 BALD FRONT
☒ 760 SHORT
☐ 761 MEDIUM
☐ 762 LONG

**HAIR COLOR**
☐ 731 BLONDE
☐ 732 RED
☐ 733 BROWN
☒ 734 BLACK
☐ 735 GREY/SILVER
☐ 736 SALT/PEPPER
☐ 737 MULTI-COLOR
☐ 738 PLAT BLONDE
☐ 739 STREAKED
☐ 740 GREY PATCHES
☐ 741
☐ 742

**FACIAL HAIR**
☐ 771 NO SIDEBURNS
☐ 772 LONG SIDEBURNS
☐ 773 MUTTON CHOPS
☐ 774 BEARD
☐ 775 GOATEE
☒ 776 MUSTACHE
☐ 777 FU-MANCHU
☐ 778 HAIR UND LIP
☐ 779 BEAT
☐ 780 UNSHAVEN
☐ 781 BUSHY EYEBROWS
☐ 782 THIN EYEBROWS
☐ 783 CLEAN SHAVEN

**BUILD**
☐ 801 SMALL/PETITE
☐ 802 THIN
☒ 803 MEDIUM
☐ 804 MUSCULAR
☐ 805 HEAVY/STOCKY
☐ 806 (FLABBY)
☐ 807 STOOPED SHOULDERS
☐ 808 NARROW SHOULDERS
☐ 809 BROAD SHOULDERS
☐ 810 LARGE CHEST
☐ 811 OVERWEIGHT/MIDGET
☐ 812 LARGE BUTTOCKS

**EYES**
☐ 861 BLUE
☒ 862 BROWN
☐ 863 GREY
☐ 864 GREEN
☐ 865 PINK
☐ 866 BLOODSHOT
☐ 867 BULGING
☐ 868 CROSSED
☐ 869 MISSING/GLASS
☐ 870 SQUINTS/BLINKS
☐ 871 GLASSES/CONTACTS
☐ 872 SLANTED/ORIENTAL

**NOSE**
☐ 881 LARGE
☐ 882 SMALL
☐ 883 LONG
☐ 884 THIN
☐ 885 PUG
☐ 886 POINTED
☐ 887 BROAD
☐ 888 FLAT
☐ 889 BROKEN
☐ 890 HOOKED
☐ 891 RED/PURPLE
☐ 892 BIG NOSTRIL

**TEETH**
☐ 901 GOOD
☒ 902 IRREGULAR
☐ 903 DECAYED
☐ 904 PROTRUDING
☐ 905 GAPS
☐ 906 MISSING
☐ 907 CHIPPED
☐ 908 FALSE
☐ 909 GOLD
☐ 910 DECAY
☐ 911 DIAMOND
☐ 912 BRACED

**COMPLEXION**
☐ 821 ALBINO
☐ 822 FAIR
☐ 823 RUDDY
☐ 824 OLIVE
☐ 825 LT SKIN
☒ 826 BROWN
☐ 827 DARK

**ACCENT**
☐ 1021 AFRO/AMERICAN
☐ 1022 SPANISH
☐ 1023 ORIENTAL
☐ 1024 FRENCH
☐ 1025 ENGLISH
☐ 1026 JAMAICAN

**SPEECH**
☐ 1001 SOFT/POLITE
☐ 1002 RASPY/DEEP
☐ 1003 RAPID
☐ 1004 SLOW
☐ 1005 LOUD
☐ 1006 VULGAR
☐ 1007 MUMBLES
☐ 1008 STUTTERS/LISP
☐ 1009 VULGAR
☐ 1010 APOLOGETIC
☐ 1011 EFFEMINATE
☐ 1012 TALKATIVE

**FACIAL ODDITIES**
☐ 921 BIRTHMARKS
☐ 922 BLOTCHES
☐ 923 FRECKLES
☐ 924 MOLES/WARTS
☐ 925 DIMPLES/POCKS
☐ 926 WRINKLES
☐ 927 HIGH CHEEKS
☐ 928 THICK LIP
☐ 929 HARELIP
☐ 930 LARGE EARS
☐ 931 CAULIFLOWER EARS
☐ 932 MISSING EARS

**ODDITIES**
☐ 941 BOW LEGS
☐ 942 LIMP
☐ 943 CRIPPLED ARM
☐ 944 MISSING ARM
☐ 945 MISSING FINGERS
☐ 946 MISSING HAND
☐ 947 MISSING FOOT
☐ 948 MISSING LEG
☐ 949 ABNORMAL GENITALS
☐ 950 BODY ODOR
☐ 951 LEFT HANDED
☐ 952 UNUSUAL ODORS

**SCARS**
☐ 961 CHEEK, LEFT
☐ 962 CHEEK, RIGHT
☐ 963 CHIN
☐ 964 EAR, LEFT
☐ 965 EAR, RIGHT
☐ 966 EYEBROW, LEFT
☐ 967 EYEBROW, RIGHT
☐ 968 LIP, UPPER
☐ 970 NOSE
☐ 971 BURN SCAR
☐ 972 ARM, LEFT

**SCARS**
☐ 973 ARM, RIGHT
☐ 974 HAND, LEFT
☐ 975 HAND, RIGHT
☐ 976 WRIST, LEFT
☐ 977 WRIST, RIGHT
☐ 978 CHEST
☐ 979 NECK
☐ 980 BACK
☐ 981 LEG, LEFT
☐ 982 LEG, RIGHT
☐ 983 BRACE MARKS
☐ 984

**TATTOOS**
☐ 986 ARM, LEFT
☐ 986 ARM, RIGHT
☐ 987 HAND, LEFT
☐ 988 HAND, RIGHT
☐ 989 FOREHEAD
☐ 990 CHEST
☐ 991 NECK
☐ 992 BACK
☐ 993 LEG, LEFT
☐ 994 LEG, RIGHT
☐ 995 CHEEK, LEFT
☐ 996 CHEEK, RIGHT

**APPAREL**
☐ 1041 CLOTH OVER FACE
☐ 1042 STOCKING OVER FACE
☐ 1043 MASK
☐ 1044 HEAD CLOTH/RAG
☐ 1046 EARRINGS
☐ 1048 SUNGLASSES
☐ 1047 RINGS
☐ 1048 GLOVES
☐ 1049 CAP/HAT
☐ 1050 FEMALE ATTIRE
☐ 1051 WESTERN WEAR
☐ 1052 TENNIS SHOES

**ADDITIONAL DESCRIPTION / CLOTHING — TATTOOS — SCARS AND TEETH**    IDENTIFIABLE    #1 ☒ YES #2 ☐

1. BLUE JACKET, BLUE JEANS, BLACK JERSEY WITH "32" IN SILVER NUMBER
WHITE TENNIS SHOES.

2.

☐ 1061 WANTED    76. YEAR 1982    77. MAKE MAZDA    78. MODEL B2000    79. STYLE TK    80. VIN/SERIAL NO
☐ 1062 VICTIM
☐ 1063 STOLEN LOCAL    81. LIC NUMBER R350229    82 LIC ST LA.    84 LIC YR 1992    84 COLOR OF VEH BEIGE
☐ 1064 STOLEN FOREIGN
☐ 1065 RCVD LOCAL    85. LOCATION OF RECOVERY    N/A
☐ 1066 IMPOUNDED
☐ 1067 SUSPECT
☐ 1068 RCVD FOREIGN

UCR CATEGORY **D**    VALUE: STOLEN / RECOVERED

RECOVERY INFORMATION    DIST    ZONE (SUBZONE)

☐ 1101 AMC
☐ 1102 BUICK
☐ 1103 CADILLAC
☐ 1104 CHEVY
☐ 1105 CHRYSLER
☐ 1106 DODGE
☐ 1107 FORD
☐ 1108 LINCOLN
☐ 1109 MERCURY
☐ 1110 OLDS
☐ 1111 PLYMOUTH
☐ 1112 PONTIAC
☐ 1113 AUDI
☐ 1114 DATSUN
☐ 1115 FIAT
☐ 1116 HONDA
☒ 1117 MAZDA
☐ 1118 M G
☐ 1119 PORSCHE
☐ 1120 TOYOTA
☐ 1121 TRIUMPH
☐ 1122 VOLKS
☐ 1123 VOLVO
☐ 1124 OTHER
☐ 1131 2 DOOR
☐ 1132 4 DOOR
☐ 1133 STA / WAGON
☒ 1134 PICKUP
☐ 1135 CONVERTIBLE
☐ 1136 TRUCK
☐ 1137 MTRCYCLE
☐ 1138 BICYCLE
☐ 1139 OTHER
☐ 1140
☐ 1141
☐ 1142
☐ 1201 ☐ 1207 ☐ 1213
☐ 1202 ☐ 1208 ☐ 1214
☐ 1203 ☐ 1209 ☐ 1215
☐ 1204 ☐ 1210
☐ 1205 ☐ 1211
☐ 1206 ☐ 1212

VEHICLE DAMAGE

**STOLEN / RECOVERED VEHICLE M.O.**    BE ADDITIONAL DESCRIPTION

☐ 570 VEHICLES
☐ 571 GAS STOLEN ONLY
☐ 572 BATTERY STOLEN ONLY
☐ 573 JOY RIDE
☐ 574 VIN CHANGED/RESOLD
☐ 575 LOCKS BROKEN OUT
☐ 576 LOCKED STEERING/TRANS DEFEATED
☐ 577 USED IN OTHER CRIME
☐ 578 WINDOW ENTERED
☐ 579 KEYS LEFT IN CAR
☐ 580 CAR LEFT UNLOCKED BY VICTIM
☐ 581 CAR LEFT LOCKED BY VICTIM
☐ 591 FAMILY RESIDENTIAL
☐ 592 APARTMENT COMPLEX
☐ 593 HOUSING PROJECT
☐ 594 COMMERCIAL
☐ 595 PARK/PLAYGROUND
☐ 596 DESERTED HIGHWAY/STREET

NCIC: ☐ STOLEN ☐ NOT STOLEN    PAWNSHOP: ☐ RECORD ☐ NO RECORD    87 MAKE    88 MODEL    89. CAL    90 SERIAL NO    91 BUTT NO

WEAPON    FIREARM FEATURES    97 ADDITIONAL INFORMATION

☐ 1141 HAND GUN
☐ 1142 SHOTGUN
☐ 1143 RIFLE
☐ 1144 SIMULATED
☐ 1145 IMPLIED
☐ 1146 KNIFE
☐ 1147 VEHICLE
☐ 1148 BLUNT INSTRUMENT
☐ 1149 UNKNOWN OBJECT
☐ 1150 EXPLOSIVE
☐ 1151 LIQUID/GAS
☐ 1152 OTHER
☐ 1153 CHROME NICKEL
☐ 1154 BLUE STEEL
☐ 1155 SHORT BARREL
☐ 1156 DOUBLE BARREL
☐ 1157 SINGLE BARREL
☐ 1158 SAWED OFF
☐ 1159 PUMP
☐ 1160 BOLT
☐ 1161 AUTOMATIC
☐ 1162 REVOLVER
☐ 1163 ALT STOCK
☐ 1164 OTHER

ACCESS NUMBER



**N.O.P.D. — PROPERTY CONTINUATION**  PAGE 4 OF 5   ITEM K-23807-88

| SEQ | QUAN. | BRAND/MANUFACTURER | DESCRIPTION/MODEL | SERIAL NO. | UCR CATEGORY | VALUE STOLEN | RECOVERED |
|---|---|---|---|---|---|---|---|
| A. | 1 | REALISTIC | UHF/VHF HI-LO POCKET SCANNER | 221735 | F | $60.00 | $60.00 |
| B. | 1 | UNKNOWN | 12 VOLT BATTERY | UNKNOWN | K | $75.00 | $75.00 |
| C. | 1 | PAKISTAN | FOUR INCH BUTTERFLY KNIFE | NONE | K | $75.00 | $75.00 |
| D. | 1 | VLCHEK | 9/16·1/2 INCH OPEN END WRENCH | NONE | K | — | — |

EVIDENCE / RECOVERED PROPERTY

NARRATIVE

ON 11-20-88, OFF GEORGE CHENEVERT AND OFF. EDMUND WORTHY OF THE SPECIAL OPERATIONS DIVISION WERE ASSIGNED TO UNIT #2126 AND THE AREA OF THE SIXTH DISTRICT. DURING THE SAINTS/BRONCOS FOOTBALL GAME, SEVERAL PEOPLE ATTENDING THE GAME WERE PARKED ALONG JULIA ST. ON THE LAKESIDE OF THE SUPERDOME. DURING SPECIAL EVENTS AT THE SUPER-DOME SEVERAL AUTOMOBILES IN THIS AREA ARE BURGLARIZED OR STOLEN. THE REPORTING OFFICERS WENT TO THE AREA OF HOWARD AVE. AND S.PRIEUR AND WERE WATCHING THE CARS PARKED AT S. PRIEUR AND JULIA. THE OFFICERS STARTED THE SURVEILLANCE AT 4:40 P.M. AND AS SOON AS THE OFFICERS STARTED, THEY OBSERVED A SUBJECT LATER IDENTIFIED AS MITCHELL LAMBERT PRYING ON THE DRIVER SIDE DOOR OF A BIEGE PICK-UP TRUCK, AND THEN GET INTO THE PICK-UP TRUCK. THE REPORTING OFFICERS WERE USING 10X50 BINOCULARS TO AID THEIR VISION. THE OFFICERS DROVE TO THE INTERSECTION OF S.PRIEUR AND JULIA AND OBSERVED MITCHELL LAMBERT LIFTING THE BATTERY FROM UNDER THE HOOD OF THE TRUCK AND PUT IT ON THE GROUND (THE SAME TRUCK THE OFFICERS OBSERVED THE SUBJECT ENTER). THE OFFICERS STOPPED THE POLICE CAR AND THE SUBJECT TURNED AROUND, SAW THE OFFICERS AND RAN TOWARDS HOWARD AVE., CROSSING THE ACCESS ROADS TO THE PONTCHARTRAIN EXPRESSWAY. THE OFFICERS PURSUED THE SUBJECT TO MAN-ARC WELDING LOCATED AT HOWARD AVE. AND S. PRIEUR WHO CLIMBED THE FENCE OF THE WELDING COMPANY AND FLED INTO THE STORAGE AREA IN THE REAR OF THE COMPANY. OFF. CHENEVERT SECURED THE REAR OF THE BUSINESS WHILE OFF. WORTHY CLIMBED THE FENCE, WHILE IN THE REAR YARD, THE SUBJECT, MITCHELL LAMBERT, THREW A RADIO (EVID.SEQ.A) TO THE GROUND AS OFF. WORTHY MADE THE APPREHENSION. OFF. WORTHY ADVISED THE SUBJECT THAT HE WAS UNDER ARREST FOR SIMPLE BURGLARY AND RESISTING ARREST. OFF. WORTHY CONDUCTED A SEARCH OF THE ARRESTED SUBJECT AND LOCATED AND REMOVED A FOUR INCH BUTTERFLY KNIFE FROM HIS (LAMBERT'S) REAR POCKET. (SEE PAGE FIVE).

1227

| SERIAL | NEW ORLEANS POLICE DEPARTMENT | SUPP STATE COMPUTER NUMBER | |
|---|---|---|---|
| 2-C | UNIFORM MOTOR VEHICLE TRAFFIC ACCIDENT REPORT AND INCIDENT REPORT CONTINUATION SHEET | NOPD ITEM NUMBER | |
| 5 OF 5 | | K-23807-88 | |

| QUANTITY | DESCRIPTION | SERIAL NO. | TYPE | STOLEN | RECOVERED |
|---|---|---|---|---|---|

OFF. WORTHY INFORMED THE SUBJECT THAT HE WAS ALSO UNDER ARREST

FOR CARRYING A CONCEALED WEAPON (KNIFE). THE OFFICERS THEN RETURNED

TO THE SCENE WITH THE ARRESTED SUBJECT.

ONCE BACK ON THE SCENE THE OFFICERS OBSERVED THE INTERIOR OF THE TRUCK

WAS RANSACKED. THE OFFICERS CHECKED THE LICENSE PLATE NUMBER AND

LEARNED THE TRUCK WAS REGISTERED TO ANTHONY ROHR, OF 4312 ANTHONY ST. IN

METAIRIE, LA. OFF. WORTHY CONTACTED THE FIRST DISTRICT DISPATCHER AND

REQUESTED A CRIME LAB TO THE SCENE. WHILE WAITING FOR THE CRIME

LAB UNIT, THE VICTIM, ANTHONY ROHR, RETURNED TO HIS TRUCK AND WERE

INFORMED BY THE OFFICERS THAT HIS TRUCK HAD BEEN BURGLARIZED.

MR. ROHR STATED HE PARKED HIS VEHICLE AT THIS LOCATION PRIOR TO

THE 3:00 PM. FOOTBALL GAME AT THE SUPERDOME AND ATTENDED THE GAME.

MR. ROHR CHECKED THE CONTENTS OF HIS VEHICLE AND INFORMED THE OFFICERS

THAT A POCKET SCANNER AND A BUTTERFLY KNIFE WAS MISSING FROM HIS

TRUCK. THE OFFICERS SHOWED THE POCKET SCANNER AND BUTTERFLY KNIFE

THAT WAS CONFISCATED AND MR. ROHR IDENTIFIED THEM AS BEING HIS

PROPERTY THAT WAS TAKEN FROM THE INTERIOR OF HIS TRUCK.

OFF. WORTHY INFORMED THE ARRESTED SUBJECT HE WAS ALSO BEING

CHARGED WITH BEING IN POSSESSION OF STOLEN PROPERTY VALUED AT $135.00.

THE OFFICERS WERE MET ON THE SCENE BY OFF. C. CHAMBERLAIN OF

N.O.P.D. CRIME LAB UNIT #3722. OFF. CHAMBERLAIN WAS ABLE TO LIFT

FIVE PARTIAL FINGERPRINTS FROM THE DRIVER SIDE WINDOW ON THE INTERIOR

SIDE OF THE WINDOW. OFF CHAMBERLAIN ALSO TOOK PHOTOGRAPHS OF THE

SCENE.

THE BATTERY FOR THE TRUCK WAS RELEASED TO THE OWNER. THE OFFICERS

SECURED THE POCKET SCANNER AND KNIFE AS EVIDENCE.

THE OFFICERS TRANSPORTED THE THE ARRESTED SUBJECT TO CENTRAL LOCKUP

WHERE HE WAS BOOKED ACCORDINGLY. THE OFFICERS BROUGHT THE EVIDENCE

SEIZED TO CENTRAL EVIDENCE AND PROPERTY DIVISION AND PLACED THE

EVIDENCE ON THE DOORS UNDER CONTROL # B039345.

| RATING OFFICER | BADGE | REPORTING OFFICER | BADGE | NOPD ACCESS NUMBER |
|---|---|---|---|---|
| SNEVE RT. GEORGE | 542 | WORTHY, EDMUND | 1418 | |

1213

Opening Statement of State (Alexander)

CLERK:    The defendant was arraigned on June 4, 1984 and pleaded not guilty.

COURT:    Okay start your opening statement.

ALEXANDER:    Good morning ladies and gentlemen. This particular phase of the trial is commonly known as the opening statement. The State of LA is required to give an opening statement, that is to (inaudible) the principles which are (inaudible) in this particular case and necessary to prove this case beyond a reasonable doubt. We will tell you that this particular incident occurred on April 23, 1984 at about six o' clock in the morning. In the area of the 400 block of Broad where Fontainebleau, Broad Street and Napoleon Avenue meet. At about six o clock that morning you will hear from witnesses that they went to the Time Saver to purchase some refreshments in their automobile. Upon exiting the store they entered their automobile you'll hear from witnesses Ann Collins and Todd Struttmann, that Ann entered the automobile and at that time she was approached by Eric Battiste. At that time, he asked her if she had change for a dollar and she said she only had 13 cent to her name. She showed him the 13 cent. At that time, the defendant approached from the driver's side with gun in hand and ordered Ann Collins and Todd Struttmann out of the car. There was initially a request for the keys. Ms. Collins turned over the keys and she did it slowly. George Toca grabbed the keys and (inaudible) so he grabbed them and (inaudible) because the keys were wrapped up in her hand. Ms. Collins will tell you, at that particular time, because of the struggle that was going on she got angry. She got out of the car and while George Toca was removing the keys from her hand she kicked at him attempting to kick him in the groin. He backed up, at this time, Todd Struttmann, her boyfriend, fiancé at that particular time, came out of the car and went around the front and approached the victim, Eric Battiste, in this case. Struggle ensued with Eric Battiste and Todd Struttmann at the same time the struggle was going on between Ann Collins and the defendant. At this particular time, George Toca broke free and shouted out, to Todd Struttmann, stop or he would shoot. (inaudible) with Eric Battiste. Todd did not respond quickly enough. One shot was fired, the shot striking Eric Battiste in the head above the ear. At this particular time George Toca turned and ran. He was followed by (long pause, then inaudible) gave chase and was unsuccessful in apprehending Mr. Toca. Subsequent to the chase, police arrived on the scene, initially interviewed both Miss Collins and Mr. Struttmann and returned a general description of the perpetrator of the shooter. Subsequent to that information, follow- up homicide officers did their investigations, learning the name of George Toca. At this particular time they gathered photographs, showed the photographs to both victims of the attempted armed robbery two days later. At that time both Todd Struttmann and Ann Collins positively identified that man as the person that did the shooting. A warrant was issued for the arrest of George Toca, he was arrested and arraigned and pled not guilty, and sits today before you charged with 1st degree murder. You will hear testimony today ladies and gentlemen, based on this particular event, the killing of another human being with the specific intent to kill or cause great bodily harm while attempting the perpetration of an armed robbery- you'll find that George Toca is guilty of 1st degree murder. Thank you.



DEFENDANT'S
EXHIBIT
14

Opening Statement of Defense( Julien)

JULIEN:     Ladies and Gentlemen, I'd like to say that the defense does not have to make an opening statement. We don't have to prove anything, as I explained to you earlier during the voir dire. However, we are going to give you an opening statement and it explains to you what our theory of defense is in this case. You've heard the State talk about Eric Battiste. They outlined the situation to you- Eric Battiste was an armed robber who was killed by someone else that was working with him to rob someone else. And they expect you to find Mr. Toca guilty as that person and to say that was the person he murdered. In any case, we submit to you that the witnesses on the stand are not going to testify precisely as the District Attorney said, but their going to give you a different story and the questions I intend to ask them, you will find out if in fact Eric Battiste was killed, the killing was not deliberate, it was accidental, as I explained to you the whole point about specific intent. In this event, as I explained to you earlier, I'm in a position where I not only have to defend George Toca, I have to defend whoever it was who killed Eric Battiste in addition to that. On testimony of the defense witnesses and the State witnesses- you'll be able to determine and have significant reasonable doubt as to whether George Toca was the person with Eric Battiste at the time Eric Battiste was killed. I do have witnesses and Mr. Toca is going to testify on his own behalf that he was somewhere else at the time that this event occurred. Based upon that, we think you'll have no choice but to find George Toca not guilty as charged. Thank you.

CRIMINAL DISTRICT COURT

PARISH OF ORLEANS

STATE OF LOUISIANA

STATE OF LOUISIANA

VERSUS

GEORGE TOCA

*No. 301-875*

FILED: _____        _____
                                              DEPUTY CLERK

### MOTION TO COMPEL COURT
### REPORTER TO PREPARE TRANSCRIPT

NOW INTO COURT, through undersigned counsel comes GEORGE TOCA who with respects as follows:

1.

Mover was convicted of the crime of second degree murder by a jury in April, 1985.

2.

A Motion for appeal was timely filed on his behalf of his attorney HENRY P. JULIEN, JR.

3.

As of this date the transcript in the case has not been prepared preventing petitioner from preparing his appeal.

4.

Mover request that this court order the court reporter to prepare the transcript so that an appeal can be filed on his behalf.

Respectfully submitted,

_____
HENRY P. JULIEN, JR.
Attorney for GEORGE TOCA
757 St. Charles Avenue
Suite 201
New Orleans, Louisiana 70130
Telephone (504) 566-7118

**FILED**

NOV 1 0 1987

Darryl M. Schultz
Minute Clerk


EXHIBIT
15

EXHIBIT
16

*Statements of Claim*

Plaintiff is filing this complaint under the Civil Rights Act, 42 U.S.C. 1983, against Defendant's John Zamora (court reporter) and Honorable Edwin A. Lombard (clerk of court).

Plaintiff was charged with "First Degree Murder" pretaining to L.S.A. R.S. 14:30, but was found to be guilty of "Second Degree Murder," and was sentence to serve the rest of his Natural Life, in the custody of the Director of the Department of Correction.

Plaintiff aver's that he is being denied his substantive right's of meaningful access to the courts due to the court reporter (John Zamora) that was present doing his trial in Orleans Parish Criminal District Court, section "G" case No. 301-875. Mr. Zamora, has been informed on numerous occasions of plaintiff's need for his trial transcript, plaintiff's trial attorney Henry P. Julien, Jr. Esq. and still as of this date plaintiff has not received any copy of his trial transcript.

Plaintiff also aver's that he is not only being denied his substantive rights to the courts that was enunciated by the U.S. Supreme Court, Plaintiff, is even being denied his right to appeal, whereas, since the defendant Mr. Zamora, has not furnished him with an _____ate representation of his "trial" proceedings the plaintiff is not able to have any kind of appellate review. Plaintiff w found guilty in 1985, and his trial attorney withdrew from the case in 1987, which is why plaintiff need h.

320

cont.

trial transcript to forward his own appeal.

Plaintiff further aver's that Mr. Zamora, has violated L.S.A.-C.Cr.P. Art. 919(B) because his has failed to submit this record timely as required, therefore, preventing plaintiff from preparing his appeal.

Plaintiff continue to aver that the Clerk of Court (Edwin A. Lombard) is also in direct access of his (plaintiff's) trial transcript, by which his duties are to maintain the order of the records of the Criminal Court proceedings. Plaintiff have written Mr. Lombard office on several occasion's in an attempt to obtain trial transcript "or" find out who can forward a copy of it to him, but to no avail. Thereby, subjecting plaintiff's to cruel and unusual punishment, because he can not file any type of appeal without an adequate copy of this record. And due to Mr. Lombard, failure to reply to any of plaintiff's letter's, plaintiff feels strongly that this defendant has violated his right's also.

### As To Claim I.

1. The plaintiff assert's that this delay has left him irreparable injured.

2. Defendant (John Zamora) is in fact preventing plaintiff from filing his appeal.

3. Plaintiff need this record to attack his conviction via appealing it through the proper court's.

(021)

## As to Claim II

1. Defendant Edwin A. Lombard, should have answer plaintiff's letter's informing him of (Plaintiff's) need for trial transcript.

2. Mr. Lombard, has care and control of such records and should have not kept this vital record from plaintiff, because without this record of his trial, he (Plaintiff) can not file his appeal.

3. And since plaintiff was convicted in 1985, and still has no appeal filed on his behalf, he is being subjected to cruel and unusual punishment, and a direct denial of his right's to meaningful access to the court's.

## Conclusion

Wherefore, Plaintiff prays herein for all such orders and decreeds to issue, to which he may be entitled which are neccessary in the premises forthwith. Plaintiff respectfully ask that this Honorable Court grant that he be forward a adequate copy of his trial transcript, and that this copy be forward to him at Orleans Parish Prison 531 South Broad St. Tier A-3, And to direct the sen. Mr. Zamora, or Mr. Lombard, to forward this said document sixty (60) days after the order by this Honorab Court.

322

## Equity

Plaintiff has no plan adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will remain irreparably injured by the conduct of these defendant's unless this Honorable Court grants the declaratory and injunctive relief which plaintiff's seeks.

## Relief

Wherefore, plaintiff respectfully request that this court enter a judgment granting him relief seeked:

1. A declaratory judgment that the defendants acts, and peatices herein described and complained of violated plaintiff's rights under the United States Constitution.

2. A preliminary and permanent injunction which: Prohibits defendant's their successor's in office, agents, and employee's and all other persons in active and participation with them from retaliating against plaintiff for his actions:

Respectfully submitted

Forwarded: 3 - 4ᵗʰ-88    s/ George Toca

George Toca (Plaintiff

531 S. Broad St. O.P.P. A-3

New Orleans La. 70119

(323)

- 4 -

V.   Relief

(State briefly exactly what you want the court to do for you.  Make no
legal arguments.  Cite no cases or statutes.)

Plaintiff would like for this Honorable Court to
direct the court reporter of section "G" to forward
To the plaintiff a copy of his trial transcript,
and to award to the plaintiff the sum of $20.000 dollars
for punitive damage and mental anguish.

Signed this ___ day of March , 19 98 .

Heorge C Foca
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___ day of March , 19 98 .

Heorge C Foca
(Signature of Plaintiff)

In filing this action, I realize that, should I be released or transferred from
the Orleans Parish Prison system, it is my responsibility to keep the court
informed of my whereabouts and that failure to do so may result in this
action being dismissed with prejudice.

Heorge C Foca
Inmate's signature

## FORMA PAUPERIS STATEMENT

I hereby apply for leave to proceed with this complaint without prepayment of fees or costs or giving security therefor.  In support of my application, I state that the following facts are ture:

(1)  I am the plaintiff in the complaint, and I believe that I am entitled to redress.

(2)  I am unable to prepay the costs of said action, or give security therefor, because:

I am indigent, and my eight's are being violated.

(3)  I have no assets or funds that could be used to prepay the fees or costs except:

NONE

(Write "none" above if you have nothing; otherwise, list your assets.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 4th 1988___ .
　　　　　　　　　　　(Date)

George C Foca
　　　　　　　　　(Signature)

325

An incarcerated petitioner who submits a complaint with an application to proceed in forma pauperis without prepayment of a filing fee is required to authorize release of records. The release form must be submitted and executed.

## AUTHORIZATION TO RELEASE INFORMATION

I, _George Toca_, _# 248485_
  (NAME)                (FOLDER/INMATE NUMBER)

AUTHORIZE THE CRIMINAL SHERIFF FOR THE PARISH TO RELEASE INFORMATION PERTAINING TO MY INMATE FINANCIAL/TRUST ACCOUNT. THIS RELEASE GRANTS PERMISSION TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA TO HAVE ACCESS TO INFORMATION CONCERNING THE PRESENT ACCOUNT BALANCE AS WELL AS ALL ACCOUNT BALANCE HISTORIES OF ALL ACCOUNTS MAINTAINED FOR ME OR ON MY BEHALF BY THE PARISH CRIMINAL SHERIFF'S OFFICE.

_March 4th 1988_         _George C Toca_
  (DATE)                    (INMATE SIGNATURE)

## AUTHORIZATION TO WITHDRAW

I, _George Toca_, _# 248485_
  (NAME)                (FOLDER/INMATE NUMBER)

HEREBY AUTHORIZE THE CRIMINAL SHERIFF FOR THE PARISH TO WITHDRAW FROM MY INMATE ACCOUNT SUCH FUNDS WHICH MAY BE NECESSARY TO PAY COURT COSTS. THIS AUTHORIZATION GRANTS PERMISSION TO THE CRIMINAL SHERIFF FOR THE PARISH AND HIS AUTHORIZED REPRESENTATIVES TO DEBIT ACCOUNTS MAINTAINED FOR ME OR ON MY BEHALF AND TO FORWARD THE DEBITED AMOUNT TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA FOR PAYMENT OF COURT COSTS AS ORDERED.

_March 4th 1988_         _George C Toca_
  (DATE)                    (INMATE SIGNATURE)

I understand that if I do not sign the above authorization my complaint will not be docketed in forma pauperis.

_March 4th 1988_   (B26)   _George C Toca_
  (DATE)                    (INMATE SIGNATURE)

**NEW ORLEANS POLICE DEPARTMENT** — INCIDENT REPORT ☐ / SUPPLEMENTAL REPORT ☑

ITEM NUMBER: E-1378-84

| Field | Value |
|---|---|
| SIGNAL | 67A |
| INCIDENT | AUTO THEFT RECOVERY |
| DATE/TIME OCCURRED | 5-2-84 2AM |
| DIST | 3 |
| SECTOR | 313 |
| LOCATION OF OCCURRENCE | 100 BLK N BROAD ST |
| DATE/TIME OF REPORT | 5-2-84 4AM |
| TEMP | 70° |
| LIGHTING | G |

**VICTIM #1**

Name: MORGAN, DARREL — RACE: N — SEX: M — DOB: 12-14-58
Home Address: 1700 MOSS ST — Home Phone: 827-1441
Business Address: 1700 MOSS ST — Business Phone: 827-1441
Occupation: POLICE OFFICER
SOBRIETY 1 — INJURY 7 — TYPE INJURY X

**VICTIM #2**

Name: JONES, JULIE — RACE: W — SEX: F — DOB: 1-9-59
Home Address: 1700 MOSS ST — Home Phone: 827-1441
Business Address: 1700 MOSS ST — Business Phone: 827-1441
Occupation: POLICE OFFICER
SOBRIETY 1 — INJURY C — TYPE INJURY SCRATCHED WRIST

**ARRESTEE**

Name: LEARSON EDISON R — RACE: N — SEX: M — DOB: 6-16-65
Address: 635 N DERBIGNY ST
DATE/TIME ARRESTED: 5-2-84 4:45AM
Rights advised by: HERNANDEZ 1555
Arrest Location: 2400 BLK LAFITTE ST
DIST 3 — Q06 — 10 — ARREST UNIT 311
TRANSPORTED BY: HERNANDEZ 1555 / McCLELLAND 2166
SOBRIETY 1 — INJURY 7 — TYPE INJURY X
MUNICIPAL ☐ STATE ☐ JUVENILE ☐ — ALIAS: F.N.U.

**CHARGES/COMMENTS:**

RS 14+69 RELATIVE TO POSSESSION OF STOLEN PROPERTY VALUED AT $1400.00

RS 14-108 RELATIVE TO RESISTING AN OFFICER

RS 14-34.2 RELATIVE TO BATTERY ON OFFICER DARREL MORGAN

RS 14-34.2 RELATIVE TO BATTERY OF OFFICER JULIE JONES

GIST: LEARSON WAS OBSERVED BY OFFICERS AT THE SIDE OF THE STOLEN

VEHICLE TAMPERING WITH SAME, LEARSON UPON SEEING OFFICERS FLED AND

WHEN APPREHENDED HE RESISTED AND FOUGHT POLICE

| WEATHER | LIGHTING | RACE | SOBRIETY | INJURY | TREATED | MEDICAL/TRANS. | RELATIONSHIP TO VICTIM |
|---|---|---|---|---|---|---|---|
| 1 CLEAR | | 1 Indian | 1 SOBER | 1 Fatal | 1 REFUSED | 1 POLICE EMS | 1 COMPLAINANT |
| 7 CLOUDY | G - GOOD | 2 Spanish | 2 HBD | 2 Critical (non-fatal) | 2 TREATED | 2 OTHER EMS | 2 WITNESS |
| 3 RAIN | | 3 Negro | 3 DRUGS | 3 Serious (non-fatal) | RELEASED | 3 POLICE | 3 RELATIVE |
| 4 SNOW | F - FAIR | 4 White | 4 DRUGS | 4 Minor | 3 HOSPITALIZED | 4 CORONER | 4 BROTHER/SISTER |
| 5 FOG | | 5 Oriental | 5 UNKNOWN | 5 Undetermined | | | 5 EMPLOYEE/EMPLOYER |
| 6 OTHER | P - POOR | 6 Other | | 6 None | | | 6 FRIEND/ACQUAINTANCE |
| | | | | 7 No Injury | | | 7 STRANGER |

DETECTIVE: FLERAUX — ATB
TECHNICIAN: MICAUD 3724
MAKING OFFICER: CARLOS McCLELLAND 2166
REPORTING OFFICER: JAMES HERNANDEZ 1555 — CAR 31

EXHIBIT 17

1140

**N. O. P. D. — CONTINUATION**   PAGE 2 OF 4    79 CASE/ES   78 ITEM   E-1378-84

PERPETRATOR RACE/SEX — HAIR STYLE — HAIR COLOR

Name: PEARSON EDISON R    N M 6-16-65

Address: 635 N DERBIGNY    RACE 10   HEIGHT 5'8"   WEIGHT 198

ADDITIONAL DESCRIPTION / CLOTHING — TATTOOS — SCARS AND TEETH    IDENTIFIABLE   $1 ☒   $2 ☐

TAT'L SHOULDER LETTER "R", TAT R SHOULDER LETTER "ED", MARROON TENNIS
LONG BLUE JEANS, MARROON LONG SLEEVE SWEAT SHIRT,

| 76 YEAR | 77 MAKE | 78 MODEL | 79 STYLE | 80 VIN/SERIAL NO |
|---|---|---|---|---|
| 1982 | PONTIAC | TRANS AM | 2DR | 1G2AW87HDCL541506 |

81 LIC NUMBER 372X765   82 LIC ST LA   83 LIC YR 84   84 COLOR/OVER COLOR BLACK

UCR CATEGORY **D**    VALUE STOLEN $400

86 LOCATION OF RECOVERY: ORIGINAL MARGALITITE ST

STOLEN / RECOVERED VEHICLE M.O.

3  004

| HOPD SIGNAL | | NEW ORLEANS POLICE DEPARTMENT | | SUPP STATE COMPUTER NUMBER | | |
|---|---|---|---|---|---|---|
| 67-A | | UNIFORM MOTOR VEHICLE TRAFFIC ACCIDENT REPORT AND INCIDENT REPORT CONTINUATION SHEET | | | | |
| PAGE 3 OF 4 | | | | HOPD ITEM NUMBER E-1378-84 | | |

| SEQ | QUANTITY | DESCRIPTION | SERIAL NO. | TYPE | STOLEN | RECOVERED |
|---|---|---|---|---|---|---|
| | | NARRATIVE | | | | |

ON 5-2-84, AT ABOUT 3⁴⁵, OFFICERS L. MCCLELLAND AND J. HERNANDEZ, RESPONDED TO A SIGNAL 107 (SUSPICIOUS PERSON) IN THE 700 BLK OF N MIRO.

UPON ARRIVAL AT 4⁵⁵, 5-2-84, THE OFFICERS OBSERVED SEVERAL N/M STANDING AROUND A BLACK TRANS AM WITH THE ARRESTED Subject Squatting down by the River Bend when attempting to Remove the Hubcap, AS THE OFFICERS APPROACHED THE VEHICLE THE NEGRO MALE SUBJECTS SAW THE POLICE AND BEGAN RUNNING.

OFFICER MCCLELLAND THEN GAVE CHASE ON FOOT THRU THE PROJECT COURTYARDS IN A LAKEBOUND DIRECTION. OFFICER MCCLELLAND LOST SIGHT OF THE SUBJECTS AS THEY EXITED THE PROJECT AT ST PETER AND S ROCHEBLAVE AS THE SUBJECT TURNED AND RAN IN A UPTOWN DIRECTION ON S ROCHEBLAVE. MEANWHILE OFFICER HERNANDEZ GAVE CHASE IN UNIT 311 DRIVING THRU THE COURTYARD EXITING IN THE 2400 BLK LAFITTE ST ON LAFITTE ST TO N ROCHEBLAVE, N ROCHEBLAVE ST ANN ST

OFFICER MCCLELLAND THEN GOT INTO UNIT 311 ON ST ANN AND BOTH OFFICERS BEGAN SEARCHING THE AREA FOR THE SUBJECTS. THE OFFICERS IN 311 DROVE DOWN ST ANN TO N DORGENOIS, IN N DORGENOIS TO LAFITTE WHERE THE OFFICERS OBSERVED THE ARRESTED SUBJECT WALKING IN A RIVER BOUND DIRECTION ON THE RAILROAD TRACKS BETWEEN LAFITTE ST AND ST LOUIS. THE OFFICERS IN 311 THEN BEGAN TO CHASE THE ARRESTED SUBJECT DOWN THE TRACKS TO WHERE THE ARRESTED SUBJECT WENT THRU AN OPENING IN THE FENCE THAT SEPERATED THE TRACKS FROM THE LAFITTE PLAYGROUND.

OFFICER MCCLELLAND THEN EXITED UNIT 311 AND ON FOOT BEGAN TO CHASE THE ARRESTED SUBJECT THRU THE OPENING IN THE FENCE AND THEN RIVER BOUND THRU THE LAFITTE PLAYGROUND TO WHERE THE ARRESTED SUBJECT ATTEMPTED TO RUN THRU A OPEN GATE FROM THE PLAYGROUND BACK TO LAFITTE ST. ARRESTED SUBJECT (EDISON) WAS APPREHENDED AFTER A BRIEF CONFRONTATION WITH ASSISTING OFFICERS DURING THIS CONFRONTATION, EDISON STRUCK OFFICER MORGAN

| REPORTING OFFICER | BADGE | REPORTING OFFICER | BADGE | HOPD ACCESS NUMBER |
|---|---|---|---|---|
| CARLOS MCCLELLAND | 2166 | JAMES HERNANDEZ | 1859 | |

114

| OPD SERIAL | | NEW ORLEANS POLICE DEPARTMENT | SUPP STATE COMPUTER NUMBER | | | |
|---|---|---|---|---|---|---|
| 67-A | | UNIFORM MOTOR VEHICLE TRAFFIC ACCIDENT REPORT AND INCIDENT REPORT CONTINUATION SHEET | NOPD ITEM NUMBER | | | |
| AGE 4 of 4 | | | E-1378-84 | | | |
| K9 | QUANTITY | DESCRIPTION | SERIAL NO. | TYPE | STOLEN | RECOVERED |

AND OFFICER JONES, TEARING OFFICER JONES' WATCH FROM
HER WRIST AND ~~CAUSING A RED ABRASION ON HER LEFT WRIST~~

OFFICER MCCLELLAND AND HERNANDEZ THEN TRANSPORTED
THE ARRESTED SUBJECT BACK TO THE REAR OF 701 N MIRO.
WHERE AT ABOUT 4:30AM OFFICER MCCLELLAND RAN THE LICENSE
NUMBER VIA POLICE RADIO THRU NCIC's OFFICER HART AND
LEARNED THAT IT WAS A STOLEN VEHICLE UNDER THIS ITEM.

OFFICER HERNANDEZ THEN PLACED EDISON UNDER
ARREST AND ADVISED HIM OF HIS CONSTITUTIONAL RIGHTS

OFFICER HERNANDEZ, THEN VIA POLICE RADIO REQUESTED
THAT A TOW TRUCK BE SENT TO THE SCENE TO ASSIST IN
OPENING THE VEHICLE, OFFICER HERNANDEZ ALSO REQUESTED
THAT A CRIME LAB UNIT BE SENT TO THE SCENE TO DUST THE
CAR FOR FINGER PRINTS.

TOW TRUCK # 3967 MANNED BY BECASNER ARRIVED
AND OPENED THE VEHICLE

CRIME LAB UNIT 3722 MANNED BY OFFICER MIGAUD
ARRIVED AT ABOUT 4:45A AND DUSTED THE CAR FOR FINGER
PRINTS. AND FOUND TWO PARTIAL FINGER PRINTS ON THE
INTERIOR DOOR WINDOW AND TWO PARTIAL PALM PRINTS
ON THE RIGHT REAR FENDER.

OFFICERS MCCLELLAND & HERNANDEZ THEN TRANSPORTED
THE ARRESTED SUBJECT TO CENTRAL LOCKUP WHERE
EDISON WAS CHARGED WITH POSSESSION OF STOLEN PROPERTY,
RESISTING AN OFFICER, AND TWO COUNTS OF BATTERY ON A POLICE
OFFICER.

OFFICERS COULD NOT LOCATE A COPY OF THE
ORIGINAL REPORT IN THE THIRD DISTRICT FILE

| HTING OFFICER | BADGE | REPORTING OFFICER | BADGE | NOPD ACCESS NUMBER |
|---|---|---|---|---|
| JAVIER HERNANDEZ 1559 | | CRAIG McCLELLAND 2464 | | |

1143

10/13/89

The State of Louisiana } SS.

**PARISH OF ORLEANS**

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

PEIRCE A. HAMMOND   Assistant District Attorney for the Parish of Orleans, who in

the name and by the authority of the said State, prosecutes, in this behalf, in proper person comes into

the Criminal District Court for the Parish of Orleans, in the Parish of Orleans, and gives the said

Court here to understand and be informed that one _____ EDISON R. LEARSON _____

late of the Parish of Orleans, on the _____ 18th _____ day of _____ September _____ in the year

of our Lord, one thousand nine hundred and _____ eighty-nine _____ in the Parish

of Orleans aforesaid, and within the jurisdiction of the Criminal District Court for the Parish of

Orleans,     robbed LINDA JONES of U.S. CURRENCY,

*Nolle prosequied*
*entered 11/20/89*
*Kim K. McElwee*

EXHIBIT
18

0089  0290  0109  0231
0090  0104  0231

contrary to the form of the Statute of the State of Louisiana in such case made and provided and

against the peace and dignity of the same.

_____
Assistant District Attorney for the Parish of Orleans

# STATE OF LOUISIANA

## PARISH OF ORLEANS

Criminal District Court for the Parish of Orleans

338-364

_Monday_ the _20th_ day of _December_ 19 _89_

Present, the Honorable _____ Judge of the said Court, Section _4_

### STATE OF LOUISIANA

#### VERSUS

_Ellison R. Liacson_

No. _338-364_

For _14:65_

It is ordered that _Ellison Liacson_

stands charged before this Court with the above crime be released from custody without delay.

_The state entered a nolle prosequi_

_Released him_

## EXTRACTS FROM THE MINUTES OF THE COURT.

Clerk's Office _November 20_ 19 _89_

_Pat Comarda._

Minute Clerk

```
        CASE: 0338364                D O C K E T   M A S T E R              DATE: 11/27/89
SECTION: J                                                                 TIME: 14:17:40
        CLASS: 3                                                           PAGE:       1
                            ORLEANS PARISH CRIMINAL DISTRICT COURT
```

===========================================================================================

DF# DEFENDANT(S):          CNTS CHARGE(S):

  1   LEARSON, EDISON R
                            1    RS 14 65                      BOND:      100,000.00
                                 SIMPLE ROBBERY

===========================================================================================

DATE      PROCEEDINGS
===========================================================================================

10/16/89                                                              LEWISR
          FILED BILL OF INFORMATION
          CAPIAS ISSUED
          BOND SET $100,000.00
          MAGISTRATE PAPERWORK FILED (M-216808 DOB 6/16/65 F#461733)
10/17/89                                                              LEWISR
          ALLOTTED.  ARRIAGNMENT SET 10/19/89.
10/19/89                                                              JACKSON_MA
          DEFENDANT LEARSON WAS PRESENT FOR ARRAIGNMENT AND THROUGH HIS
          COURT APPOINTED COUNSEL, FLOYD GIBSON OF OIDP.  DEFT ENTERED A
          PLEA OF NOT GUILTY. SET FOR A HEARING ON MOTIONS ON 11/3/89.
11/03/89                                                              LEWISR
          THE DEFENDANT APPEARED IN COURT WITH COUNSEL.  THIS MATTER
          HAS BEEN CONTINUED ON MOTION OF THE STATE UNTIL 11/9/89.
11/09/89                                                              JONES VON
          DEFENDANT LEARSON WAS PRESENT AND REPRESENTED BY FLOYD GIBSON OF
          OIDP. COURT FOUND PROBABLE CAUSE. THE MOTION TO SUPPRESS THE EVID
          ENCE WAS DENIED BY THE COURT. THIS MATTER IS SET FOR TRIAL ON
          11/20/89.
11/20/89                                                              JONES VON
          DEFENDANT LEARSON WAS PRESENT. STATE HAS NOLLE PROSEQUI. PLEASE
          RELEASE THE DEFT AS TO THIS CASE.
                                     CLOSED

===========================================================================================
                                END OF DOCKET MASTER
===========================================================================================

0090  0011  0004  0955

NO. 338-364                    VIO. R. S. 14:65

STATE OF LA.
VERSUS
EDISON R. LEARSON

NOVEMBER 20, 1989

THE STATE HAS ENTERED A NOLLE PROSEQUI IN THIS MATTER.  PLEASE
RELEASE THE DEFENDANT AS TO THIS CASE.

CASE PROCESS

SET
FOR _____

_____
     DATE        TIME

NOTIFY: DEPT _____

    JAIL _____ BOND _____

    ATTY _____ SRTY _____

    STATE _____ DEF _____

    COCKETED  □

    ISSUED    □ _____

    CK/CHRG   □ _____

    CALENDAR  □ _____

RECEIVED
Nov 13  3 12 PM '89
CLERK'S OFFICE
CRIMINAL DISTRICT COURT

NO. 338-364                    VIO. R.S. 14:65

STATE OF LA.
VERSUS
EDISON LEARSON

NOVEMBER 9, 1989

THE DEFENDANT WAS PRESENT IN COURT THIS DATE AND WAS REPRESENTED
BY HIS ATTORNEY, FLOYD GIBSON OF THE OIDP.
AFTER HEARING TESTIMONY FROM P/O CLARENCE MITCHELL DURING THE
MOTION HEARINGS, THE COURT FOUND THAT THERE WAS PROBABLE CAUSE
FOR THE ARREST OF THE DEFENDANT.  THE MOTION TO SUPPRESS THE
EVIDENCE WAS DENIED BY THE COURT.
THIS MATTER IS SET FOR TRIAL ON MONDAY NOVEMBER 20, 1989 AT 9:00
A.M.

0089  0317  0119  1292

CASE PROCESS
SET
FOR        Trial
11-20-89      9:0
DATE         TIME
NOTIFY:DEPT
JAIL        BOND
ATTY        SRTY
STATE       DEF
DOCKETED  □
ISSUED
CN/CHRG
CALENDAR  □

RECEIVED

Nov 9  9 04 AM '89

CRIMINAL DISTRICT COURT

NO. 338-364                          VIO. R. S. 14:65

STATE OF LA.
VERSUS
EDISON R. LEARSON

NOVEMBER 3, 1989

THE DEFENDANT WAS PRESENT THIS DATE IN COURT AND WAS REPRESENTED
BY HIS ATTORNEY, FLOYD GIBSON OF THE OIDP.
THIS MATTER HAS BEEN CONTINUED ON MOTION OF THE STATE FOR A
HEARING ON THE MOTIONS UNTIL THURSDAY NOVEMBER 9, 1989 AT 9:00
A.M.

| CASE PROCESS | |
|---|---|
| SET FOR | Hon |
| DATE 11-9-89 | TIME 9:00 |
| NOTIFY: DEPT | |
| JAIL | BOND |
| ATTY | SRTY |
| STATE | DEF |
| DOCKETED | |
| ISSUED | ☐ |
| CHG/ARG | ☐ |
| CALENDAR | ☐ |

0089 0313.0118

RECEIVED

Oct 24   3 27 AM '89

CRIMINAL DISTRICT COURT

NO. 338-364                        VIO. R.S. 14:65

STATE OF LA.
VERSUS
EDISON R. LEARSON

OCTOBER 19, 1989

THE DEFENDANT APPEARED AT THE BAR OF THE COURT TO BE ARRAIGNED ON
THE CHARGES PREFERRED AGAINST HIM, AND THROUGH HIS COURT
APPOINTED COUNSEL, FLOYD GIBSON OF THE OIDP, THE DEFENDANT WAIVED
READING OF THE BILL OF INFORMATION AND ENTERED A PLEA OF NOT
GUILTY.   THE DEFENDANT WAS ADVISED OF HIS CONSTITUTIONAL RIGHTS.
THIS MATTER IS SET FOR A HEARING ON THE MOTIONS ON FRIDAY
NOVEMBER 3, 1989 AT 9:00 A.M.

CASE PROCESS

SET
FOR

DATE          TIME

NOTIFY

J&P

AT

STATE

0089  0297  01  13  0784
        DOCKETED

ISSUED

CK/CHRG

CALENDAR

OFFICE OF THE DISTRICT ATTORNEY
PARISH OF ORLEANS

Page ___ of ___ Pages

CASE NO. 338-364

SCREENING ACTION FORM

SMITH, RHONDA   10-19 D

ACCEPTED   REFUSED   DIVERTED   REFERRED
Circle if any charge is accepted   (Circle only if all charges refused)

| PENDANT'S NAME (LAST) | (FIRST) | (MIDDLE) | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|
| LEARSON, EDISON R | | | B | M | 06/16/65 |

| PENDANT'S ADDRESS | | SYSTEM # | MAGISTRATE'S CASE NO. |
|---|---|---|---|
| 1804 Lapeyrouse St | New Orleans, LA | 89067941 | M216808 |

| # OF DEFENDANTS | DATE SCREENED BY | SCREENED BY | CODE | NEW SYSTEM # | B OF I NO. |
|---|---|---|---|---|---|
| | 10-13-8 | Rhonda Smith | | | 256158 |
| | REVIEWED BY | | CODE | | MOTION NO. (CCN) |
| | | | | | 00633261 |

## CHARGES ACCEPTED

| ITEM NO. | ARREST NO. | CHARGE | CLASS | INIT-IATOR | TITLE | ATTEMPT ETC | STATUTE | PARA | SUB PARA |
|---|---|---|---|---|---|---|---|---|---|
| 12286889 | 01145629 | Robbery | 3 | 1 | 14 | ( ) | 65 | ( )( ) | |
| | | | | | | ( ) | | ( )( ) | |
| | | | | | | ( ) | | ( )( ) | |

| NAMES OR BILL OF INFORMATION FOR EACH COUNT | | DATE OF OFFENSE | DATE OF ARREST |
|---|---|---|---|
| Linda Jones | | 9-18 | 09/18/89 |
| | | CASE TYPE | SGU # |
| USCurrency | | | |
| | | | |
| | | | |
| | | 100,000 | |

## CHARGES REFUSED OR DIVERTED

| ITEM NO. | ARREST NO. | CHARGE | CLASS | INIT-IATOR | DISPOSITION REFUSAL CODE | TITLE | ATTEMPT ETC | STATUTE | PARA | SUB PARA |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2 | 0 | 373 | 14 | ( ) | 64 | ( )( ) | |
| | | Robbery | | | | | ( ) | | ( )( ) | |
| | | | | | | | ( ) | | ( )( ) | |

# OFFICE OF THE CRIMINAL SHERIFF, NEW ORLEANS, LA.

## ARREST REGISTER - MAGISTRATE OR MUNICIPAL COURT COPY

FOLDER # 00481733

**ARRESTEE DATA**

| ARRESTEE NAME | | | RACE | SEX | BIRTH DATE | HEIGHT | WEIGHT | HAIR | EYES | SKIN | ARREST NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LEARSON | EDISON | R | B | M | 061665 | 508 | 125 | BLK | BRO | MBR | 01145629 |

| ARRESTEE ADDRESS | CITY | STATE | | BIRTH STATE | NATIONALITY | BUREAU OF ID NO. |
|---|---|---|---|---|---|---|
| 1804 LAPEYROUSE ST | NEW ORLEANS | LA | | LA | US | 2561588 |

| OCCUPATION | EMPLOYER | | MOTION NUMBER |
|---|---|---|---|
| UNEMPLOYED | | | 00633261 |

| AKA NAME (S) | | MARITAL STATUS | SOCIAL SEC. NO. | OPERATOR'S LICENSE NO. | LIC. ST. | YEAR |
|---|---|---|---|---|---|---|
| | | SINGLE | 439399308 | | | |

| MARKS - SCARS - TATTOOS - ETC. | |
|---|---|
| WAL INITIAL R | WAR INITIAL ED |

| INJURED DESCRIBE BY WHOM AND IF TREATED; IF INTOXICATED DESCRIBE TO WHAT DEGREE | ADDICT | METHADONE |
|---|---|---|
| ANS...GOOD | | |

| | VEHICLE INVOLVED | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| LICENSE NUMBER | LIC. ST. | YEAR | VEH. YR. | MAKE | MODEL | TYPE | COLOR | VEHICLE IDENTIFICATION NUMBER | DISPOSITION |

**ARREST DATA**

| LOCATION OF ARREST | DIST. & ZONE | DATE OF ARREST | TIME OF ARREST | DATE OF BOOKING | TIME OF BOOKING | ITEM NUMBER |
|---|---|---|---|---|---|---|
| 1700 BLK ST.PHILLIP ST | 1 | 091889 | 0200AM | 091889 | 1640PM | I2206B09 |

| ARRESTING OFFICER'S NAME | OFFICER'S SER. | UNIT | ARREST CREDIT | |
|---|---|---|---|---|
| C MITCELL | 00703 | 0162 | 01 | FBI #: 854578CA7 |

| TRANSPORTING OFFICER'S NAME | OFFICER'S SER. | UNIT | |
|---|---|---|---|
| L RODGERS | 00715 | | FPC: 06AAAA0411TTAA04TT09 |

**CHARGES AND COURT SCHEDULE**

| ORDINANCE/STATUTE NO. | AFFIDAVIT NO. | RELATIVE TO | ☐ FOR ADDITIONAL CHARGES SEE SUPPLEMENTARY ARREST REGISTER |
|---|---|---|---|
| RS 14, 64 | | | ARMED ROBBERY (W/IMPLIED WEAP) |

| COURT OF TRIAL | SECTION | DATE OF TRIAL | TIME OF TRIAL |
|---|---|---|---|
| CDC | M | | |

| BOND | |
|---|---|

**OFFENSE DATA**

| LOCATION OF OFFENSE | DATE OF OFFENSE | TIME OF OFFENSE | DAY OF WEEK | WEAPON |
|---|---|---|---|---|
| 1000 BLK N CLAIBORNE AV | 091889 | 0130AM | | |

| COMPLAINANTS OR WITNESSES' NAME | RACE | SEX | BIRTH DATE | |
|---|---|---|---|---|
| LINDA JONES | N | F | 070560 | |

| ADDRESS | CITY | STATE | TELEPHONE NUMBER |
|---|---|---|---|
| 1233 MARIAS ST | | | 5689362 |

| COMPLAINANTS OR WITNESSES' NAME | RACE | SEX | BIRTH DATE |
|---|---|---|---|
| | | | |

| ADDRESS | CITY | STATE | TELEPHONE NUMBER |
|---|---|---|---|

REMARKS; BRIEF DESCRIPTION OF ARREST USE SPACE FOR INFORMATION NOT PROVIDED IN BLOCKS

GIST....THE ABOVE A/S WAS POSITIVELY IDENTIFIED BY THE VICTIM AS THE
SUBJECT WHO ROBBED HER AND IMPLIED HE HAD A WEAPON.
WAS NOT ABUSED BY A/O
NO KNOWN ENEMIES IN OPH89 0290 0100
EMERG. INFO---GLADYS MORRIS--947-5671---GRANDMOTHER 18
ASSIGNED TO HOD REC....

| SIGNATURE | | SIGNATURE | |
|---|---|---|---|
| DEP H SUELL | 0241AM | DEP D GEORGE | |
| DOORMAN (TYPE NAME) | TIME IN | BOOKER (TYPE NAME) | |

```
CASE:  338-364              D O C K E T   M A S T E R         DATE:   4/05/2002
SECTION: J                                                    TIME:   13:05:22
CLASS: 3                                                      PAGE:        1
                    ORLEANS PARISH CRIMINAL DISTRICT COURT
```

==============================================================================
DF# DEFENDANT(S):        CNTS CHARGE(S):
==============================================================================

```
 1  LEARSON, EDISON R
                        1   RS 14 65                     BOND:    100,000.00
                            SIMPLE ROBBERY
```

==============================================================================
  DATE      PROCEEDINGS
==============================================================================

```
10/16/1989                                                          LEWISR
           FILED BILL OF INFORMATION
           CAPIAS ISSUED
           BOND SET $100,000.00
           MAGISTRATE PAPERWORK FILED (M-216808 DOB 6/16/65 F#461733)

10/17/1989                                                          LEWISR
           ALLOTTED.   ARRIAGNMENT SET 10/19/89.

10/19/1989                                                       JACKSON_MA
           DEFENDANT LEARSON WAS PRESENT FOR ARRAIGNMENT AND THROUGH HIS
           COURT APPOINTED COUNSEL, FLOYD GIBSON OF OIDP, DEFT ENTERED A
           PLEA OF NOT GUILTY. SET FOR A HEARING ON MOTIONS ON 11/3/89.

11/03/1989                                                          LEWISR
           THE DEFENDANT APPEARED IN COURT WITH COUNSEL.  THIS MATTER
           HAS BEEN CONTINUED ON MOTION OF THE STATE UNTIL 11/9/89.

11/09/1989                                                        JONES VON
           DEFENDANT LEARSON WAS PRESENT AND REPRESENTED BY FLOYD GIBSON OF
           OIDP. COURT FOUND PROBABLE CAUSE. THE MOTION TO SUPPRESS THE EVID
           ENCE WAS DENIED BY THE COURT. THIS MATTER IS SET FOR TRIAL ON
           11/20/89.

11/20/1989                                                        JONES VON
           DEFENDANT LEARSON WAS PRESENT, STATE HAS NOLLE PROSEQUI. PLEASE
           RELEASE THE DEFT AS TO THIS CASE.
                              CLOSED
```

==============================================================================
                          END OF DOCKET MASTER
==============================================================================

1154

08/19/91

The State of Louisiana } SS.    PARISH OF ORLEANS

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

CHARLES HEUER    Assistant District Attorney for the Parish of Orleans, who in

the name and by the authority of the said State, prosecutes, in this behalf, in proper person comes into

the Criminal District Court for the Parish of Orleans, in the Parish of Orleans, and gives the said

Court here to understand and be informed that one _____ EDISON R. LEARSON

late of the Parish of Orleans, on the_____ 11th _____ day of_____ July _____ in the year

of our Lord, one thousand nine hundred and_____ ninety-one _____in the Parish

of Orleans aforesaid, and within the jurisdiction of the Criminal District Court for the Parish of

Orleans,  assaulted MICHAEL KENNER with a dangerous weapon, to wit: a GUN,

EXHIBIT
19

0091 0234  088 2282

contrary to the form of the Statute of the State of Louisiana in such case made and provided and

against the peace and dignity of the same.

_____
Assistant District Attorney for the Parish of Orleans

CRIMINAL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA
SECTION "C"

JUDGE JEROME M. WINSBERG

STATE OF LOUISIANA

CASE NO. 351-519

VERSUS

VIO. 14.37

EDISON LEARSON

## WAIVER OF CONSTITUTIONAL RIGHTS
## PLEA OF GUILTY

I, __EDISON LEARSON__, before my Plea of Guilty to the
crime of __AGG. ASSAULT__, have been informed and understand
the charge to which I'm pleading guilty. _EL_

I understand that I have a right to trial by Judge or Jury, and if convicted,
a right to appeal. And by entering a plea of guilty in this case, I am
waiving my rights to trial and appeal. _EL_

The acts constituting the offense to which I am pleading guilty have been
explained to me as well as the fact that for this crime I could possibly
receive a sentence of _0-6m_
__6M P.P. CR. FOR TIME SERVED GL__
__TO RUN CONCURRENT W/ 351-510__
I understand that by pleading guilty that I am waiving my rights to confront
and cross examine the witnesses who accuse me of the crime charged, and to
compulsory process of the Court to require witnesses to appear and testify
for me. _EL_

I am entering a plea of guilty to this crime because I am, in fact, guilty
of this crime. _EL_

I have not been forced, threatened or intimidated into making this plea. _EL_

I am fully satisfied with the handling of my case by my attorney and the way
in which he has represented me. _EL_

I further understand that I am waiving my right against self-incrimination,
that at my trial I would not have to testify, and if I did not testify,
neither the Judge nor the Jury could hold that against me. I also give up
the right not to say anything against myself, or against my interest, such
as I am doing by pleading guilty. _EL_

I understand that if I elected to have a trial, I have a right to have
competent counsel to represent me at trial. And if I was unable to pay
for counsel, the Court would appoint competent counsel to represent me,
but by entering the plea of guilty, I am waiving these rights. _EL_

If a plea bargain agreement has been made, I understand that no other
promises which may have been made to me other than as set out hereinabove
in this plea bargain are enforceable or binding. _EL_

The Judge has addressed me personally as to all of these matters and he has
given me the opportunity to make any statement I desire. _EL_

_9/6/91_
D A T E

_Edison Learson_
D E F E N D A N T

_Jerome M. Winsberg_
J U D G E

_Rachelle Vix_
ATTORNEY FOR THE DEFENDANT

OFFICE OF CRIMINAL SHERIFF NEW ORLEANS, LA.

**ARREST REGISTER - MAGISTRATE OR MUNICIPAL COURT COPY**  FOLDER # 085285755

## RRESTEE DATA

| RESTEE NAME | | RACE | SEX | BIRTH DATE | HEIGHT | WEIGHT | HAIR | EYES | SKIN | ARREST NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| L.EARSON | EDISON R | N | M | 061665 | 508 | 135 | BLK | BRO | DBR | 01226040 |

| RESTEE ADDRESS | CITY | STATE | BIRTH STATE | NATIONALITY | BUREAU OF ID NO. |
|---|---|---|---|---|---|
| 1618 LAHARPE ST | NEW ORLEANS | LA | LA | US | 256158P |

| CUPATION | EMPLOYER | | MOTION NUMBER |
|---|---|---|---|
| UNEMPLOYED | | | 00633261 |

| IAS NAME | MARITAL STATUS | SOCIAL SEC. NO. | OPERATOR'S LICENSE NO. | LIC. ST. | YEAR |
|---|---|---|---|---|---|
| | SINGLE | 439390308 | | | |

| KS - SCARS - TATTOOS - ETC. |
|---|
| SCR RIGHT |

| HIRED DESCRIBE BY WHOM AND IF TREATED IF INTOXICATED DESCRIBE TO WHAT DEGREE | | ADDICT | METHADONE |
|---|---|---|---|
| ANS. GREAT | | | |

| CENSE NUMBER | VEHICLE INVOLVED LIC. ST. | YEAR | VEH. YR. | MAKE | MODEL | TYPE | COLOR | VEHICLE IDENTIFICATION NUMBER | DISPOSITION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## RREST DATA

| ATION OF ARREST | DIST. & ZONE | DATE OF ARREST | TIME OF ARREST | DATE OF BOOKING | TIME OF BOOKING | ITEM NUMBER |
|---|---|---|---|---|---|---|
| 1618 LAHARPE ST | 1 | 071391 | 1230PM | 071391 | 0306PM | G1882291 |

| ESTING OFFICER'S NAME | OFFICER'S SER. | UNIT | ARREST CREDIT | ITEM NUMBER |
|---|---|---|---|---|
| C EVANS | 00732 | 0163 | 01 | FBI #1 054578CA7 |

| NSPORTING OFFICER'S NAME | OFFICER'S SER. | UNITS | |
|---|---|---|---|
| A FLINT | 00163 | | FPC: 06AAAA0411TTAA04TT09 |

## ARGES AND COURT SCHEDULE

| INANCE/STATUTE NO. | AFFIDAVIT NO. | RELATIVE TO | | |
|---|---|---|---|---|
| RS 14 37 | | | AGGRAVTED ASSAULT | FOR ADDITIONAL CHARGES SEE SUPPLEMENTARY ARREST REGISTER |

| RT OF TRIAL | SECTION | DATE OF TRIAL | TIME OF TRIAL |
|---|---|---|---|
| DC | M | | |

| BOND |
|---|
| |

## FENSE DATA

| ATION OF OFFENSE | DATE OF OFFENSE | TIME OF OFFENSE | DAY OF WEEK | WEAPON |
|---|---|---|---|---|
| 500 BLK N TONTI ST | 071191 | 1000PM | | |

| PLAINANTS OR WITNESSES' NAME | RACE | SEX | BIRTH DATE | |
|---|---|---|---|---|
| MICHAEL KENNER | N | M | 092648 | |

| RESS | CITY | STATE | TELEPHONE NUMBER |
|---|---|---|---|
| 2433 ORLEANS AV | NEW ORLEANS | LA | 5049451314 |

| PLAINANTS OR WITNESSES' NAME | RACE | SEX | BIRTH DATE | |
|---|---|---|---|---|
| | | | | |

| RESS | CITY | STATE | TELEPHONE NUMBER |
|---|---|---|---|
| | | | |

| ARKS - BRIEF DESCRIPTION OF ARREST USE FOR INFORMATION NOT PROVIDED IN BLOCKS |
|---|
| TAT. . .NONE STATED |
| AS NOT ABUSED BY A/O |
| O KNOWN ENEMIES |
| SSIGNED TO REC |
| HER. INFO. BARBER LAWLESS 947-5671 AUNT |

| SIGNATURE | | SIGNATURE | |
|---|---|---|---|
| DEP G JULIAN | 0135PM | DEP DUPLESSIS | |
| DOORMAN (TYPE NAME) | TIME IN | BOOKER (TYPE NAME) | |

```
   CASE:   351-510            D O C K E T   M A S T E R           DATE:    4/05/2002
SECTION:  C                                                       TIME:    13:05:26
   CLASS:  3                                                      PAGE:           1
                    ORLEANS PARISH CRIMINAL DISTRICT COURT
```

===============================================================================
DF# DEFENDANT(S):          CNTS CHARGE(S):
===============================================================================

```
 1   LEARSON, EDISON R        1   RS 14 67 (B)
                                  THEFT BETWEEN 100 AND 500       BOND:      1,500.00
```

===============================================================================
   DATE     PROCEEDINGS
===============================================================================

8/21/1991                                                               SLAUGHTERP
         FILED BILL OF INFORMTION
         CAPIAS ISSUED
         BOND SET $ 1,500.00
         MAGISTRATE PAPERWORK FILED (M#243630, DOB 6/16/65, F#523755)

8/22/1991                                                               SLAUGHTERP
         ALLOTTED.   ARRAIGNMENT SET 8/26/91.

8/26/1991                                                                 MACKEY_G
         THE COURT ORDERED THAT THIS CASE BE TRANSFERRED TO SECTION
         "J" UNDER THE RULES OF COURT.  TO FOLLOW REF #351-519.

8/30/1991                                                                 MACKEY_G
         ARRAIGNMENT SET FOR 9/6/91.  AS TO DEFENDANT LEARSON.  THIS
         MATTER CANNOT BE TRANSFERRED TO SECTION "J".Y

9/06/1991                                                                 MACKEY_G
         DEFENDANT LEARSON APPEARED IN COURT UNATTENDED BY COUNSEL FOR
         ARRAIGNMENT.  COURT APPOINTED SHELLEY VIX. TO REPRESENT THE
         DEFENDANT.  DEFENDANT THRU COUNSEL ENTERED A PLEA OF GUILTY AS
         CHARGED.  THE COURT SENTENCED THE DEFENDANT TO SERVE SIX (6)
         MONTHS IN ORLEANS PARISH PRISON, WITH CREDIT FOR TIME SERVED.
         COURT COST WAIVED.  THE SENTENCE TO RUN CONCURRENTLY WITH ONE
         ANOTHER.  DEFENDANT IS SAID TO BE 26 YEARS OF AGE HAVING BEEN
         BORN ON 6/6/65 IN THE STATE OF LOUISIANA.
                             (CLOSED)
```

===============================================================================
                             END OF DOCKET MASTER
===============================================================================

51-519

# NEW ORLEANS POLICE DEPARTMENT

**INCIDENT REPORT**
☒ **SUPPLEMENTAL REPORT**    PAGE 1 OF 3    ITEM NUMBER G-18822-91

## EVENT

| 2. SIGNAL | 3. INCIDENT | 4. DATE/TIME OCCURED | 5. DIST | 6. SECTOR |
|---|---|---|---|---|
| 37 | AGGRAVATED ASSAULT | 7-11-91  1000A | 1 | 107 |

7. LOCATION OF OCCURRENCE: 600 N. TONTI ST.

8. DATE/TIME OF REPORT: 7-13-91 1230  | 9. ZONE/SUBZONE: I 01 | 10. WEATHER: 1 | 11. TEMP: 80 | 12. LIGHTING: 1 | 13. BULLETIN REQD: ☐YES ☒NO

☐SELF INITIATED  ☐FLAGGED DOWN  ☐CFS

## WITNESS/REPORTING PERSON/VICTIM

14. NAME ☒VICTIM ☐REPORTING PERSON ☐WITNESS ☐PERSON INTERVIEWED: KENNER, MICHAEL (LAST NAME)(FIRST NAME)(MIDDLE NAME) | RACE B | SEX M | DATE OF BIRTH 9-26-48

VICTIM'S RACE/SEX: ☐601 WHITE ☒602 BLACK ☐603 OTHER / ☒610 MALE ☐611 FEMALE

16. HOME ADDRESS: 7433 ORLEANS AVE | 17. HOME PHONE: 945-1314 | 18. DRIVER'S LICENSE: — 

OCCUPATION: UNEMPLOYED

19. BUSINESS ADDRESS: N/A | 20. BUSINESS PHONE: — | 21. SOC. SECURITY NO. 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 | 18. RESIDENCE STATUS: ☒630 N.O. RESIDENT ☐631 METRO RESIDENT / ☐632 TOURIST ☐633 BUSINESS

22. SOBRIETY: 1 | INJURY: 7 | TYPE INJURY: — | TREATED — | MEDICAL — | TRANS. — | TRANS. TO — | 18. DOCTOR/CORONER

23. NAME ☐VICTIM ☐REPORTING PERSON ☐WITNESS ☐PERSON INTERVIEWED: (LAST NAME)(FIRST NAME)(MIDDLE NAME) | RACE | SEX | DATE OF BIRTH

## NUMBER OF ARRESTS

47. NAME OF ARRESTEE: LARSON, EDISON | RACE B | SEX M | DATE OF BIRTH 6-16-65 | 48. RIGHTS WAIVED ☐YES ☐NO | FORM NUMBER

48. ADDRESS: 1618 LAHARPE ST. | 50. DATE/TIME ARREST 7-13-91  1230A | 51. ARREST CREDIT | 52. RIGHTS ADVISED BY C. EVANS

53. ARREST LOCATION: 1620 LAHARPE ST. | 54. DIST 5 | 55. ZONE F | 56. RELAT 10 | 57. TRANS. UNIT 111 | 58. TRANSPORTED BY J. MARTIN

59. SOBRIETY 1 | INJURY 7 | TYPE INJURY — | TREATED — | MEDICAL — | TRANS. — | 60. TRANS. TO — | 61. DOCTOR/CORONER

MUNICIPAL ☐ STATED ☐ JUVENILE ☐ ALIAS | SOCIAL SECURITY 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 | MAGISTRATE DATE TO B2 | TIME SET

62. CHARGES/COMMENTS: R.S. 14-37 RELATIVE TO AGGRAVATED ASSAULT

PROPERTY/EVIDENCE RECEIPT ☐YES ☒NO  CONTROL #

## ARRESTED SUBJECT

GIST: SUBJECT WAS ARRESTED AFTER HE ASSAULTED VICTIM WITH A HANDGUN.

HEREBY TAKE CUSTODY OF THE ABOVE NAMED CHILD AND PROMISE TO BRING HIM/HER TO COURT, PROBATION DEPARTMENT, OR THE JUVENILE DIVISION, WHEN NOTIFIED

NAME (PRINT)   ADDRESS (PRINT)   (DATE & TIME)   RELATIONSHIP

RELEASED BY (PRINT)   SIGNATURE   CUSTODIAN

## CODES

| WEATHER | LIGHTING | RACE | SOBRIETY | INJURY | TREATED | MEDICAL/TRANS. | RELATIONSHIP TO VICTIM |
|---|---|---|---|---|---|---|---|
| 1 CLEAR | | I — Indian | 1. SOBER | 1. FATAL | 1. REFUSED | 1. POLICE EMS | 1. HUSBAND/WIFE  7. COMMON LAW |
| 2 CLOUDY | C — GOOD | S — Spanish | 2. HBD | 2. CRITICAL NON-FATAL | 2. TREATED/RELEASED | 2. OTHER EMS | 2. FATHER/MOTHER  8. RELATIVES |
| 3 RAIN | | N — Negro | 3. IN/TOX | 3. SERIOUS NON-FATAL | 3. HOSPITALIZED | 3. POLICE | 3. SON/DAUGHTER  9. STRANGER |
| 4 SNOW | F — FAIR | W — White | 4. DRUGS | 4. SEVERE | | 4. CIVILIAN | 4. BROTHER/SISTER  (KNOWN TO AREA) |
| 5 FOG | | O — Oriental | 5. UNKNOWN | 5. MODERATE | | | 5. EMPLOYEE/EMPLOYER  10. COMPLETE |
| 6 OTHER | P — POOR | X — OTHER | | 6. MINOR | | | 6. FRIEND/ACQUAINTANCE  STRANGER |
| | | | | 7. NO INJURY | | | |

## ADM

| 63. DETECTIVE | 64. TECHNICIAN | 65. EMS/TDM/OTHER | 66. ACCESS NUMBER |
|---|---|---|---|
| L. ROGERS #715 | C. MITCHELL #703 | | |

66. REPORTING OFFICER: C. EVANS #732 | BADGE | 67. REPORTING OFFICER: A. FLINT | BADGE | 68. CAR 163 | SUPERVISOR: Sgt. C. PAVILLION

SAB

| N.O.P.D. MODUS OPERANDI | PAGE | OF | ITEM NUMBER |
|---|---|---|---|

## 100 SUSPECTS ACTIONS BEFORE OFFENSE

- ☐ 101 STOOD AT BUS STOP
- ☐ 102 LOITERED IN AREA
- ☐ 104 APPROACHED FROM FRONT
- ☐ 105 APPROACHED FROM BEHIND
- ☐ 106 FOLLOWED VICTIM ON FOOT
- ☐ 107 FOLLOWING/APPROACHED VICTIM WITH VEHICLE

- ☐ 108 ASKED VICTIM FOR HELP OR DIRECTIONS
- ☐ 109 STOPPED VICTIM ON STREET
- ☐ 110 USED PRETEXT OF CAR TROUBLE
- ☐ 111 ASSISTED VICTIM WITH CAR TROUBLE
- ☐ 112 ATTACKED FROM CONCEALMENT
- ☐ 113 CLAIMED TO BE SENT BY PARENTS/FRIEND

- ☐ 114 ANSWERED AD OR ASKS FOR JOB
- ☐ 115 MET VICTIM AT BAR, PARTY ETC
- ☐ 116 OFFERED JOB, GIFTS, MONEY
- ☐ 117 USED SLEIGHT OF HAND
- ☐ 118 USED TRICKERY/DROP THE PIGEON
- ☐ 119 USED DRUGS/ALCOHOL

- ☐ 121 ENTERED AFTER KNOCKING ON DOOR OR RINGING BELL
- ☐ 122 OFFERED DRUGS
- ☐ 123 OFFERED SEX
- ☐ 124 OFFERED RIDE

## 160 SUSPECTS ACTIONS DURING OFFENSE

- ☐ 162 DISABLED PHONE
- ☐ 163 DISABLED CAMERA/ALARM
- ☐ 165 RANSACKED PREMISES
- ☐ 166 COMMITTED CRIMINAL DAMAGE
- ☐ 167 SET FIRE
- ☐ 168 USED FACILITIES, TELEPHONE, CONSUMABLES
- ☐ 169 KNEW LOCATION OF HIDDEN CASH
- ☐ 170 USED LOOKOUT/DRIVER
- ☐ 171 USED DEMAND NOTE
- ☐ 172 PLACED PROPERTY IN SACK/POCKET
- ☐ 173 DEMANDED MONEY

- ☐ 174 DEMANDED JEWELRY
- ☐ 175 DEMANDED SILENT
- ☐ 176 GAGGED VICTIM
- ☐ 177 BOUND/GAGGED VICTIM
- ☐ 178 KIDNAPPED VICTIM/TOOK HOSTAGES
- ☐ 179 DEMANDED DRUGS
- ☐ 180 DEMANDED CAR KEYS
- ☐ 180 WIPED PRINTS
- ☐ 210 WORE GLOVES
- ☐ 182 OFFERED VICTIM LIQUOR

- ☐ 183 CALLED VICTIM BY SOME NAME
- ☐ 184 CRIED DURING/AFTER OFFENSE
- ☐ 185 UNABLE TO ACHIEVE ERECTION
- ☐ 186 REQUESTED HELP IN SEX ACTS
- ☐ 187 PENIS/VAGINAL PENETRATION
- ☐ 190 PERFORMED HOMOSEXUAL ACTS
- ☐ 196 FORCED VICTIM TO MASTURBATE ASSAILANT
- ☐ 200 MASTURBATED
- ☐ 201 UNMATED/EJACULATED ON VICTIM
- ☐ 202 PERFORMED ORAL PERVERSION ON VICTIM
- ☐ 203 FORCED VICTIM TO PERFORM ORAL ACTS

- ☐ 204 COMMITTED ANAL PENETRATION
- ☐ 206 KISSED, BIT, LICKED VICTIM
- ☐ 184 CUT VICTIM'S CLOTHING
- ☐ 185 FORCED VICTIM TO DISROBE
- ☐ 186 FORCED VICTIM INTO SPECIFIC POSITION, LOCATION
- ☐ 191 USED CONTRACEPTIVE, LUBRICANT
- ☐ 211 PERPETRATOR DISROBED
- ☐ 212 PERPETRATOR REMAINED CLOTHED, EXPOSED GENITAL
- ☐ 213 FONDLED BREAST/GENITALS
- ☐ 214 CLEANED UP/WASHED
- ☐ 215 PENETRATED WITH OTHER THAN GENITALS

| 220 INJURY/THREATS | 240 SUSPECT'S ACTIONS VEHICLE INVOLVED | 130 SUSPECT IMPERSONATED | 650 MOTIVE |
|---|---|---|---|
| ☐ 221 FIRED WEAPON | ☐ 241 USED VEHICLE IN OFFENSE | ☐ 131 CUSTOMER | ☐ 651 HATE |
| ☐ 222 THREATENED TO HARM VICTIM/FAMILY | ☐ 242 TOOK VICTIM'S VEHICLE | ☐ 132 MAN MAN | ☐ 652 REVENGE |
| ☐ 223 SNATCHED OBJECT FROM VICTIM'S GRASP | ☐ 243 VEHICLE NEEDED TO REMOVE PROPERTY | ☐ 133 SERVICEMAN | ☐ 653 JEALOUSY |
| ☐ 224 KNOCKED VICTIM TO GROUND | ☐ 244 FORCED VICTIM INTO VEHICLE | ☐ 134 DELIVERY BOY | ☐ 654 HEAT OF PASSION |
| ☐ 225 STRUCK VICTIM WITH WEAPON, OBJECT OR FIST | ☐ 245 FORCED INTO PERPETRATOR'S VEHICLE | ☐ 135 POLICE | ☐ 656 DURING PERPETRATION OF OTHER CRIM |
| ☐ 226 CUT/STABBED VICTIM | ☐ 246 FORCED INTO VICTIM'S VEHICLE | ☐ 136 BILL COLLECTION | ☐ 658 NARCOTICS |
| ☐ 227 SHOT VICTIM | ☐ 247 ATTEMPED VICTIM PARKS VEHICLE | ☐ 137 UTILITY CO. REP. | ☐ 657 SEXUAL |
| ☐ 228 STRANGLED/CHOKED VICTIM | ☐ 248 KICKED VICTIM | ☐ 138 SURVEY TAKER | ☐ 658 RACIAL |
| ☐ 230 DROWNED VICTIM | | ☐ 138 SALESMAN | ☐ 658 FINANCIAL/PROPERTY GAIN |
| ☐ 231 BURNED VICTIM | | ☐ 140 FRIEND | ☐ 860 FAMILY FEUD |
| | | ☐ 141 ILL OR INJURED | ☐ 661 NONE |
| | | ☐ 142 WELFARE WORKER | ☐ 904 UNKNOWN |

| 300 TYPE OF LOCATION | 360 TYPE OF STRUCTURE | 430 POINT OF ENTRY | 410 METHOD OF ENTRY |
|---|---|---|---|
| ☐ 301 SINGLE FAMILY DWELLING | ☐ 361 ONE STORY | ☐ 431 UNKNOWN | ☐ 411 ATTEMPT ONLY |
| ☐ 302 APARTMENT COMPLEX | ☐ 362 MULTIPLE STORY | ☐ 432 FRONT | ☐ 412 NO FORCED ENTRY |
| ☐ 304 PRIVATE RESIDENCE IN PUBLIC HOUSING PROJECT | ☐ 363 WOOD FRAME | ☐ 433 GARAGE | ☐ 413 KEY |
| ☐ 305 COMMON AREA IN PUBLIC HOUSING PROJECT BUILDING | ☐ 364 BRICK | ☐ 434 REAR | ☐ 414 BODILY FORCE |
| ☐ 308 MOBILE HOME | ☐ 365 CINDER BLOCK | ☐ 435 SIDE | ☐ 415 SAW/DRILL/BURN |
| ☐ 309 BOAT | ☐ 366 CONCRETE | ☐ 436 DOOR | ☐ 418 NO HR BUILDING |
| ☐ 311 MARINA | ☐ 367 CORRUGATED METAL | ☐ 437 DUCT/VENT | ☐ 417 CHANNEL LOCKS/VICE GRIPS |
| ☐ 348 WHARF | | ☐ 438 SIDE | ☐ 418 PIPE WRENCH |
| ☐ 312 PRIVATE GARAGE | | ☐ 438 TRUNK | ☐ 418 DUCK DOOR |
| ☐ 315 VEHICLE – PRIVATE | **370 STRUCTURE OCCUPIED** | ☐ 440 WALL | ☐ 420 BRICK/ROCK |
| ☐ 348 CAB, LIMOUSINE, ETC | | ☐ 441 WINDOW | ☐ 421 TIRE TYPE PRY BAR |
| ☐ 353 TRAIN | ☐ 371 BUILDING OCCUPIED | ☐ 442 OTHER | ☐ 422 BOLT CUTTERS |
| ☐ 316 FINANCIAL INSTITUTION | ☐ 372 BUILDING UNOCCUPIED | ☐ 443 FLOOR | ☐ 423 PUNCH LOCK |
| ☐ 317 JEWELRY STORE | ☐ 373 BUILDING VACANT | ☐ 444 ROOF | ☐ 424 SMASH WINDOW |
| ☐ 318 LIQUOR STORE | | ☐ 446 ADJ. BUILDING | ☐ 426 REMOVED WINDOW/SCREEN |
| ☐ 329 BAR/TAVERN/NIGHT CLUB | | ☐ 447 ADJ. APT | ☐ 426 OPENED/UNLOCKED WINDOW OR DOOR |
| ☐ 319 SUPERMARKET/GROCERY STORE | **380 TIME OF OCCURRENCE** | | ☐ 427 PULLED OUT WINDOW, DOOR OR WALL |
| ☐ 320 CONVENIENCE STORE | | | ☐ 428 ADMITTED INTO RESIDENCE |
| ☐ 321 GAS STATION | ☐ 381 NIGHTTIME | **450 POINT OF EXIT** | |
| ☐ 322 AUTO PARTS/AUTO SERVICE CENTER | ☐ 382 DAYTIME | | |
| ☐ 322 DRUG STORE | ☐ 383 AT OPENING TIME | ☐ 451 UNKNOWN | |
| ☐ 326 LAUNDRY/DRY CLEANER | ☐ 384 AT CLOSING TIME | ☐ 452 FRONT | |
| ☐ 325 DEPARTMENT STORE | ☐ 385 HOLIDAY | ☐ 453 GARAGE | **490 TYPE LOCK DEFEATED** |
| ☐ 327 HOTEL/MOTEL | | ☐ 454 REAR | |
| ☐ 378 RESTAURANT/DINING/COFFEE SHOP | **390 TARGET(s)** | ☐ 455 SIDE | ☐ 481 CHAIN/BOLT |
| ☐ 327 FAST FOOD | | ☐ 456 DOOR | ☐ 482 DEADBOLT |
| ☐ 328 SHOPPING MALL | ☐ 391 CASH REGISTER | ☐ 457 DUCT/VENT | ☐ 483 PADLOCK |
| ☐ 330 SHOPPING MALL PARKING AREA | ☐ 392 DISPLAY ITEMS | ☐ 458 ROOF | ☐ 484 SPRINGLATCH |
| ☐ 331 OTHER PARKING AREA | ☐ 393 PERSON | ☐ 460 TRUNK | |
| ☐ 333 GOVERNMENT OFFICE BUILDING | ☐ 394 SAFE/BOX | ☐ 460 WALL | |
| ☐ 334 CHURCH | ☐ 395 SALES AREA | ☐ 461 WINDOW | **470 SECURITY USED** |
| ☐ 335 SCHOOL | ☐ 396 VENDING MACHINE | ☐ 462 OTHER | |
| ☐ 336 HOSPITAL | ☐ 398 ATTIC | ☐ 463 FLOOR | ☐ 471 ALARM |
| ☐ 338 SUPER DOME/SUPER DOME PARKING GARAGE | ☐ 399 BASEMENT | ☐ 464 WOOD | ☐ 472 BAR/GATE |
| ☐ 340 PUBLIC PARK OR PLAYGROUND | ☐ 400 BATHROOM | ☐ 446 ADJ. BUILDING | ☐ 473 DOG |
| ☐ 341 STREET/HIGHWAY, ALLEY, OR SIDEWALK | ☐ 401 BEDROOM | ☐ 467 ADJ. APT | ☐ 474 EXT LIGHT |
| ☐ 345 PEDESTRIAN | ☐ 407 DEN | | ☐ 476 GUARD |
| ☐ 347 WAREHOUSE | ☐ 403 FAMILY ROOM | | ☐ 476 INT LIGHT |
| ☐ 348 OFFICE BUILDING | ☐ 104 GARAGE | | ☐ 477 LOCKED DOORS |
| ☐ 350 PARKING GARAGE | ☐ 405 CARPORT | | ☐ 478 LOCKED WINDOWS |
| ☐ 352 FAIRGROUNDS | ☐ 406 KITCHEN | | ☐ 478 NEIGHBOR/WATCH |
| ☐ 354 OTHER | ☐ 407 LIVING ROOM | | ☐ 480 PHOTO CAMERA |
| | ☐ 408 STORAGE AREA | | ☐ 481 FENCE |
| | ☐ 409 VEHICLE | | ☐ 482 NONE |
| | ☐ 410 PURSE/WALLET | | |

ACCESS NUMBER

## N.O.P.D. — PROPERTY CONTINUATION

PAGE **3** OF **3**       ITEM: **G-18922-91**

| STOLEN | | | | | UCR CATEGORIES | |
|---|---|---|---|---|---|---|
| ☐ 521 CASH | ☐ 526 FURS | ☐ 532 FIRE ARM | ☐ 538 DRUGS | ☐ 546 MOTOR VEHICLE PARTS OR ACC. | | |
| ☐ 522 CREDIT CARD | ☐ 527 CLOTHING | ☐ 533 HOUSEHOLD ITEM | ☐ 539 LINGERIE, UNDERCLOTHING | ☐ 547 BICYCLE | | |
| ☐ 523 CHECK OR NEGOTIABLE | ☐ 528 TV & RADIO – NOT VEHICLE | ☐ 534 FOOD, LIQUOR | ☐ 540 ART OBJECTS, ANTIQUES | ☐ 548 TOOLS, CONSTRUCTION EQUIP. | A CURRENCY | G FIREARMS |
| ☐ 524 JEWELRY | ☐ 529 STEREO | ☐ 535 TOBACCO PRODUCTS | ☐ 541 STAMP, COIN COLLECTIONS | ☐ 549 OTHER PROPERTY | B JEWELRY | H HOUSEHOLD |
| ☐ 525 PRECIOUS METALS | ☐ 530 TAPE RECORDER, VIDEO RECORDER | ☐ 536 GAS AND OIL | ☐ 542 LANDSCAPING/PLANTS | ☐ 550 BUILDING OUTSIDE - DAMAGE | C CLOTHES | I CONSUMABLES |
| | ☐ 531 CAMERA, PROJECTOR | ☐ 537 TOILETRIES | ☐ 543 MOTOR VEHICLE | ☐ 561 BUILDING INSIDE - DAMAGE | D VEHICLE | J LIVESTOCK |
| | | | | | E OFFICE EQUIPMENT | K MISC. |
| | | | | | F TV/RADIO/CAMERA | L DAMAGE |

| SEQ | QUAN | BRAND/MANUFACTURER | DESCRIPTION/MODEL | SERIAL NO. | UCR CATEGORY | VALUE | |
|---|---|---|---|---|---|---|---|
| | | | | | | STOLEN | RECOVERED |

- NARRATIVE -

ON JULY 18, 1991 AT 1230 PM OFFICER C. EVANS HAD THE OC-
CASION TO ARREST EDISON LEARSON FOR A THEFT OF A BICYCLE THAT
OCCURRED ON JULY 10, 1991 UNDER N.O.P.D. ITEM # G-18920-91.

UPON THE SUBJECT'S ARREST, HE WAS ALSO PLACED UNDER
ARREST FOR AN AGGRAVATED ASSAULT UNDER ABOVE ITEM # G-18922-91
BASED ON THE FOLLOWING CIRCUMSTANCES.

ON JULY 10, 1991 SUBJECT MICHAEL KENNER ADVISED OFFI-
CER C. EVANS THAT A SUBJECT NAME "EDISON" HAD STOLEN HIS BICYCLE
AND OBSERVED DOING SO BY THE VICTIM. THE VICTIM STATED THAT
HE SAW THE SUBJECT "EDISON" THE FOLLOWING DAY AND DEMANDED
THE RETURN OF THE BICYCLE ONLY TO BE ASSAULTED BY A
HANDGUN THAT THE SUBJECT POINTED AT HIM. THE VICTIM RETREATED
AND NOTIFIED POLICE. OFFICER C. EVANS AND THE VICTIM RELOCATED
TO 1620 LAHARPE ST. IN AN EFFORT TO LOCATE THE SUBJECT BUT
TO NO AVAIL. WITH A THOROUGH DESCRIPTION OF THE SUBJECT, OFFICER
C. EVANS, KELWIN, L. RODGERS, AND C. MITCHELL RELOCATED TO 1620 LAHARPEST
THE FOLLOWING DAY AND LOCATED THE SUBJECT "EDISON", WHO WAS IDEN
TIFIED AS EDISON LEARSON, WHO WAS PLACED UNDER ARREST AND ADVISED OF
HIS RIGHTS, AND BOOKED AT C.L.U.

ACCESS NUMBER

## NEW ORLEANS POLICE DEPARTMENT

**INCIDENT REPORT / SUPPLEMENTAL REPORT**

PAGE 1 OF 4

ITEM NUMBER: G-18822-91

**EVENT**

| 1. SIGNAL | 2. INCIDENT |
|---|---|
| 37 | AGGRAVATED ASSAULT |

7. LOCATION OF OCCURRENCE: 600 N. TONTI ST.

DATE/TIME OCCURRED: 7-11-91 1000P
DATE/TIME OF REPORT: 7-12-91 1230P

8. DIST: 1
9. SECTOR: 107
6. ZONE/SUBZONE: I01
10. WEATHER: 1
11. TEMP: 80
12. LIGHTING: G
13. BULLETIN REQD: NO

☐ SELF INITIATED ☒ FLAGGED DOWN ☐ CFS

**WITNESS / REPORTING PERSON / VICTIM**

14. NAME: ☒ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED
(LAST NAME) KENNER (FIRST NAME) MICHAEL (MIDDLE NAME)
RACE: B  SEX: M  DATE OF BIRTH: 9-26-48

VICTIM'S RACE/SEX: ☐ 801 WHITE ☒ 802 BLACK ☐ 803 OTHER — ☒ 810 MALE ☐ 811 FEMALE

16. HOME ADDRESS: 2433 ORLEANS ST.
17. HOME PHONE: 945-1314
18. DRIVER'S LICENSE: —
OCCUPATION: UNEMPLOYED

19. BUSINESS ADDRESS: N/A
20. BUSINESS PHONE: —
21. SOC SECURITY NO: 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
15. RESIDENCE STATUS: ☒ 830 N.O. RESIDENT ☐ 831 METRO RESIDENT ☐ 832 TOURIST ☐ 833 BUSINESS

22. SOBRIETY: 1  INJURY: 7  TYPE INJURY:  TREATED:  MEDICAL:  TRANS:  23. TRANS. TO:  24. DOCTOR/CORONER:

25. NAME: ☐ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED
(LAST NAME) (FIRST NAME) (MIDDLE NAME)
RACE:  SEX:  DATE OF BIRTH:

VICTIM'S RACE/SEX: ☐ 801 WHITE ☐ 802 BLACK ☐ 803 OTHER ☐ 810 MALE ☐ 811 FEMALE

27. HOME ADDRESS:  28. HOME PHONE:  29. DRIVER'S LICENSE:  OCCUPATION:

30. BUSINESS ADDRESS:  31. BUSINESS PHONE:  32. SOC. SECURITY NO:  26. RESIDENCE STATUS: ☐ 830 N.O. RESIDENT ☐ 831 METRO RESIDENT ☐ 832 TOURIST ☐ 833 BUSINESS

33. SOBRIETY:  INJURY:  TYPE INJURY:  TREATED:  MEDICAL:  TRANS:  34. TRANS. TO:  35. DOCTOR/CORONER:

36. NAME: ☐ VICTIM ☐ REPORTING PERSON ☐ WITNESS ☐ PERSON INTERVIEWED
(LAST NAME) (FIRST NAME) (MIDDLE NAME)
RACE:  SEX:  DATE OF BIRTH:

VICTIM'S RACE/SEX: ☐ 801 WHITE ☐ 802 BLACK ☐ 803 OTHER ☐ 810 MALE ☐ 811 FEMALE

38. HOME ADDRESS:  39. HOME PHONE:  40. DRIVER'S LICENSE:  OCCUPATION:

41. BUSINESS ADDRESS:  42. BUSINESS PHONE:  43. SOC. SECURITY NO:  37. RESIDENCE STATUS: ☐ 830 N.O. RESIDENT ☐ 831 METRO RESIDENT ☐ 832 TOURIST ☐ 833 BUSINESS

44. SOBRIETY:  INJURY:  TYPE INJURY:  TREATED:  MEDICAL:  TRANS:  45. TRANS. TO:  46. DOCTOR/CORONER:

**NUMBER OF ARRESTS**

47. NAME OF ARRESTEE:  RACE:  SEX:  DATE OF BIRTH:  49. RIGHTS WAIVED ☐ YES ☐ NO  FORM NUMBER:

48. ADDRESS:  50. DATE/TIME ARREST:  51. ARREST CREDIT:  52. RIGHTS ADVISED BY:

53. ARREST LOCATION:  54. DIST:  55. ZONE:  56. RELAT:  57. TRANS. UNIT:  58. TRANSPORTED BY:

59. SOBRIETY:  INJURY:  TYPE INJURY:  TREATED:  MEDICAL:  TRANS:  60. TRANS TO:  61. DOCTOR/CORONER:

MUNICIPAL ☐  STATE ☐  JUVENILE ☐  ALIAS:  SOCIAL SECURITY:  MAGISTRATE DATE:  TIME:

**ARRESTED SUBJECT**

62. CHARGES/COMMENTS:

PROPERTY/EVIDENCE RECEIPT ☐ YES ☐ NO  CONTROL #:

NAME (PRINT):  ADDRESS (PRINT):  (DATE & TIME):  RELATIONSHIP:

I HEREBY TAKE CUSTODY OF THE ABOVE NAMED CHILD AND PROMISE TO BRING HIM/HER TO COURT, PROBATION DEPARTMENT, OR THE JUVENILE DIVISION, WHEN NOTIFIED

RELEASED BY (PRINT):  SIGNATURE CUSTODIAN:

**CODES**

| WEATHER | LIGHTING | RACE | SOBRIETY | INJURY | TREATED | MEDICAL/TRANS. | RELATIONSHIP TO VICTIM |
|---|---|---|---|---|---|---|---|
| 1. CLEAR | | I — Indian | 1. SOBER | 1. Fatal | 1. REFUSED | 1. POLICE EMS | 1. HUSBAND/WIFE | 7. COMMON LAW |
| 2. CLOUDY | G — GOOD | S — Spanish | 2. NBD | 2. Critical Non-Fatal | 2. TREATED/ | 2. OTHER EMS | 2. FATHER/MOTHER | 8. RELATIVES |
| 3. RAIN | | N — Negro | 3. INTOX | 3. Serious Non-Fatal | RELEASED | 3. POLICE | 3. SON/DAUGHTER | 9. STRANGER |
| 4. SNOW | F — FAIR | W — White | 4. DRUGS | 4. Severe | 3. HOSPITALIZED | 4. CIVILIAN | 4. BROTHER/SISTER | (KNOWN TO AREA) |
| 5. FOG | | O — Oriental | 5. UNKNOWN | 5. Moderate | | | 5. EMPLOYEE/EMPLOYER | 10. COMPLETE |
| 6. OTHER | P — POOR | X — OTHER | | 6. Minor | | | 6. FRIEND/ACQUAINTANCE | STRANGER |
| | | | | 7. No Injury | | | | |

**ADM**

63. DETECTIVE: —  64. TECHNICIAN:  65. EMS/TOW/OTHER:  66. ACCESS NUMBER:

66. REPORTING OFFICER: C. EVANS  BADGE: #732
67. REPORTING OFFICER: —  BADGE:  68. CAR: 163  SUPERVISOR: SGT. C. DAVILLIER

SAD.

# N.O.P.D. — CONTINUATION

PAGE 2 of 4

70. CHARGES R.S. 14-37  71. ITEM G-17822-91

## TOTAL PERPETRATORS

**72. NAME** ☑ ARRESTED ☐ STATE ☐ MISSING  #1 "EDISON"  ☐ WANTED ☐ MUNICIPAL ☐ RUNAWAY  RACE B  SEX M  DATE OF BIRTH 20-25

**73. ADDRESS** UNK  RELAT. —  HEIGHT 5'7"  WEIGHT 150

### PERPETRATOR RACE/SEX
☐ 1601 WHITE
☑ 1602 BLACK
☐ 1603 OTHER
☐ 1610 MALE
☐ 1611 FEMALE

**71 & 2 HAIR STYLE**
☐ 751 AFRO
☐ 752 BRAIDED
☐ 753 CURLY
☐ 754 STRAIGHT
☐ 755 CREWCUT
☐ 756 WAVY
☐ 757 BALD
☐ 758 BALD BACK
☐ 759 BALD FRONT
☑ 760 SHORT
☐ 761 MEDIUM
☐ 762 LONG

**71 & 2 HAIR COLOR**
☐ 731 BLONDE
☐ 732 RED
☐ 733 BROWN
☑ 734 BLACK
☐ 735 GREY/SILVER
☐ 736 SALT/PEPPER
☐ 737 MULTI-COLOR
☐ 738 PLAT. BLONDE
☐ 739 STRAKEE-
☐ 740 GREY PATCHES
☐ 741
☐ 742

**74. NAME** ☐ ARRESTED ☐ STATE ☐ MISSING  ☐ WANTED ☐ MUNICIPAL ☐ RUNAWAY  RACE  SEX  DATE OF BIRTH

**75. ADDRESS**  RELAT.  WEIGHT

### PERPETRATOR RACE/SEX
☐ 1601 WHITE
☐ 1602 BLACK
☐ 1603 OTHER
☐ 1610 MALE
☐ 1611 FEMALE

## ARRESTED/WANTED SUBJECT

### 1 & 2 FACIAL HAIR
☐ 771 NO SIDEBURNS
☐ 772 LONG SIDEBURNS
☐ 773 MUTTON CHOPS
☐ 774 BEARD
☐ 775 GOATEE
☐ 776 MUSTACHE
☐ 777 FU-MANCHU
☐ 778 HAIR LINE LIP
☐ 779 NEAT
☐ 780 UNSHAVEN
☐ 781 BUSHY EYEBROWS
☐ 782 THIN EYEBROWS
☐ 783 CLEAN SHAVEN

### 1 & 2 BUILD
☐ 801 SMALL/PETITE
☑ 802 THIN
☐ 803 MEDIUM
☐ 804 MUSCULAR
☐ 805 HEAVY/STOCKY
☐ 806 FLABBY
☐ 807 STOOPED SHOULDERS
☐ 808 NARROW SHOULDERS
☐ 809 BROAD SHOULDERS
☐ 810 LARGE CHEST
☐ 811 DWARF/MIDGET
☐ 812 LARGE BUTTOCKS

### 1 & 2 EYES
☐ 861 BLUE
☐ 862 BROWN
☐ 863 GREY
☐ 864 GREEN
☐ 865 EYES
☐ 866 BLOODSHOT
☐ 867 BULGING
☐ 868 CROSSED
☐ 869 MISSING/GLASS
☐ 870 SQUINTS/BLINKS
☐ 871 GLASSES/CONTACTS
☐ 872 SLANTED/ORIENTAL

### 1 & 2 NOSE
☐ 881 LARGE
☐ 882 SMALL
☐ 883 LONG
☐ 884 THIN
☐ 885 PUG
☐ 886 BLOODSHOT
☐ 887 BROAD
☐ 888 FLAT
☐ 889 BROKEN
☐ 890 HOOKED
☐ 891 RED/PURPLE
☐ 892 BIG NOSTRIL

### 1 & 2 TEETH
☐ 901 GOOD
☐ 902 IRREGULAR
☐ 903 DECAYED
☐ 904 PROTRUDING
☐ 905 GAPS
☐ 906 MISSING
☐ 907 CHIPPED
☐ 908 FALSE
☐ 909 GOLD
☐ 910 DESIGN
☐ 911 DIAMOND
☐ 912 BRACED

### 1 & 2 COMPLEXION
☐ 821 ALBINO
☐ 822 FAIR
☐ 823 RUDDY
☐ 824 OLIVE
☐ 825 LT. SKIN
☐ 826 BROWN
☐ 827 DARK

### 1 & 2 ACCENT
☐ 1021 AFRO/AMERICAN
☐ 1022 SPANISH
☐ 1023 ORIENTAL
☐ 1024 FRENCH
☐ 1025 ENGLISH
☐ 1026 JAMAICAN

### 1 & 2 SPEECH
☐ 1001 SOFT/POLITE
☐ 1002 RASPY/DEEP
☐ 1003 RAPID
☐ 1004 SLOW
☐ 1005 LOUD
☐ 1006 MUTE
☐ 1007 MUMBLES
☐ 1008 STUTTERS/LISP
☐ 1009 VULGAR
☐ 1010 APOLOGETIC
☐ 1011 EFFEMINATE
☐ 1012 TALKATIVE

### 1 & 2 FACIAL ODDITIES
☐ 921 BIRTHMARKS
☐ 922 BLOTCHES
☐ 924 MOLES/WARTS
☐ 925 PIMPLES/PIMPLES
☐ 926 WRINKLES
☐ 927 HIGH CHEEKS
☐ 928 THICK LIP
☐ 929 HARELIP
☐ 930 LARGE EARS
☐ 931 CAULIFLOWER EARS
☐ 932 MISSING EARS

### 1 & 2 ODDITIES
☐ 941 BOW LEGS
☐ 942 LIMP
☐ 943 CRIPPLED ARM
☐ 944 MISSING ARM
☐ 945 MISSING FINGERS
☐ 946 MISSING HAND
☐ 947 MISSING FOOT
☐ 948 MISSING LEG
☐ 949 ABNORMAL GENITALS
☐ 950 BODY ODOR
☐ 951 LEFT HANDED
☐ 952 UNUSUAL ODORS

### 1 & 2 SCARS
☐ 961 CHEEK, LEFT
☐ 962 CHEEK, RIGHT
☐ 963 CHIN
☐ 964 EAR, LEFT
☐ 965 EAR, RIGHT
☐ 966 EYEBROW, LEFT
☐ 967 EYEBROW, RIGHT
☐ 968 LIP, UPPER
☐ 969 LIP, LOWER
☐ 970 NOSE
☐ 971 BURN SCAR
☐ 972 ARM, LEFT

### 1 & 2 SCARS
☐ 973 ARM, RIGHT
☐ 974 HAND, LEFT
☐ 975 HAND, RIGHT
☐ 976 WRIST, LEFT
☐ 977 WRIST, RIGHT
☐ 978 CHEST
☐ 979 NECK
☐ 980 BACK
☐ 981 LEG, LEFT
☐ 982 LEG, RIGHT
☐ 983 TRACK MARKS
☐ 984

### 1 & 2 TATTOOS
☐ 985 ARM, LEFT
☐ 986 ARM, RIGHT
☐ 987 HAND, LEFT
☐ 988 HAND, RIGHT
☐ 989 FOREHEAD
☐ 990 CHEST
☐ 991 NECK
☐ 992 BACK
☐ 993 LEG, LEFT
☐ 994 LEG, RIGHT
☐ 996 CHEEK, LEFT
☐ 995 CHEEK, RIGHT

### 1 & 2 APPAREL
☐ 1041 CLOTH OVER FACE
☐ 1042 STOCKING OVER FACE
☐ 1043 MASK
☐ 1044 HEAD CLOTH/RAG
☐ 1045 EARRINGS
☐ 1046 SUNGLASSES
☐ 1047 RINGS
☐ 1048 GLOVES
☐ 1049 CAP/HAT
☐ 1050 MAN-FEMALE ATTIRE
☐ 1051 WESTERN WEAR
☐ 1052 TENNIS SHOES

**ADDITIONAL DESCRIPTION/CLOTHING — TATOOS — SCARS AND TEETH**  IDENTIFIABLE #1 ☑ #2 ☐

1. WHITE T-SHIRT, GREY JEANS

2.

## VEHICLE

☐ 1061 WANTED
☐ 1062 VICTIM
☐ 1063 STOLEN LOCAL
☐ 1064 STOLEN FOREIGN
☐ 1065 RCVD LOCAL
☐ 1066 IMPOUNDED
☐ 1067 SUSPECT
☐ 1068 RCVD FOREIGN

78. YEAR  77. MAKE  78. MODEL  79. STYLE  80. VIN/SERIAL NO.

81. LIC. NUMBER  82. LIC. ST.  84. LIC. YR.  84. COLOR OF VEH.

UCR CATEGORY **D**

VALUE | STOLEN | RECOVERED

85. LOCATION OF RECOVERY

RECOVERY INFORMATION
DIST    ZONE/SUB-ZONE

☐ 1101 AMC
☐ 1102 BUICK
☐ 1103 CADILLAC
☐ 1104 CHEVY
☐ 1105 CHRYSLER
☐ 1106 DODGE

☐ 1107 FORD
☐ 1108 LINCOLN
☐ 1109 MERCURY
☐ 1110 OLDS
☐ 1111 PLYMOUTH
☐ 1112 PONTIAC

☐ 1113 AUDI
☐ 1114 DATSUN
☐ 1115 FIAT
☐ 1116 HONDA
☐ 1117 MAZDA
☐ 1124 OTHER

☐ 1119 PORSCHE
☐ 1120 TOYOTA
☐ 1121 TRIUMPH
☐ 1122 VOLKS
☐ 1123 VOLVO

☐ 1131 2 DOOR
☐ 1132 4 DOOR
☐ 1133 STA. WAGON
☐ 1134 PICK-UP
☐ 1135 CONVERTIBLE
☐ 1138 TRUCK

☐ 1137 MOTRCYCLE
☐ 1138 BICYCLE
☐ 1139 OTHER
☐ 1140

☐ 1201
☐ 1202
☐ 1203
☐ 1204
☐ 1205
☐ 1206

☐ 1207
☐ 1208
☐ 1209
☐ 1210
☐ 1211
☐ 1212

☐ 1213
☐ 1214
☐ 1215

VEHICLE DAMAGE

☐ LT  ☐ MED  ☐ HEAVY

## STOLEN/RECOVERED VEHICLE M.O.

☐ 570 VEHICLES
☐ 571 GAS STOLEN ONLY
☐ 572 BATTERY STOLEN ONLY
☐ 573 JOY RIDE
☐ 574 VIN CHANGED/RESOLD
☐ 575 LOCKS BROKEN OUT

☐ 576 LOCKED STEERING/TRANS. DEFEATED
☐ 577 USED IN OTHER CRIME
☐ 578 WINDOW ENTERED
☐ 579 KEYS LEFT IN CAR
☐ 580 CAR LEFT RUNNING BY VICTIM
☐ 581 CAR LEFT LOCKED BY VICTIM

☐ 501 FAMILY RESIDENTIAL
☐ 502 APARTMENT COMPLEX
☐ 503 HOUSING PROJECT
☐ 504 COMMERCIAL
☐ 506 PARK/PLAYGROUND
☐ 506 DESERTED HIGHWAY/STREET

86. ADDITIONAL DESCRIPTION

## WEAPON

NOIC  PAWNSHOP  87 MAKE UNK  88. MODEL UNK  89. CAL. ZZ  90. SERIAL NO. UNK  91. BUTT NO. UNK
☐ STOLEN  ☐ RECORD
☐ NOT STOLEN  ☐ NO RECORD

WEAPON
☐ 1141 HAND GUN
☐ 1142 SHOTGUN
☐ 1143 RIFLE
☐ 1144 SIMULATED
☐ 1145 IMPLIED
☐ 1146 KNIFE

☐ 1147 VEHICLE
☐ 1148 BLUNT INSTRUMENT
☐ 1149 THROWN OBJECT
☐ 1150 EXPLOSIVE
☐ 1161 LIQUID/GAS
☐ 1152 OTHER

FIREARM FEATURES
☐ 1153 CHROME NICKEL
☐ 1154 BLUE STEEL
☐ 1155 SHORT BARREL
☐ 1156 DOUBLE BARREL
☐ 1157 SINGLE BARREL
☐ 1158 SAWED OFF

☐ 1159 PUMP
☐ 1160 BOLT
☐ 1161 AUTOMATIC
☑ 1162 REVOLVER
☐ 1163 ALT. STOCK
☐ 1164 OTHER

92. ADDITIONAL INFORMATION

ACCESS NUMBER

1161

**N.O.P.D. — PROPERTY CONTINUATION**   PAGE 4 of 4   ITEM G - 18822-91

| | |
|---|---|
| ☐ 521 CASH | ☐ 526 FURS ☐ 532 FIREARM ☐ 538 DRUGS ☐ 546 MOTOR VEHICLE PARTS OR ACC. |
| ☐ 522 CREDIT CARD | ☐ 527 CLOTHING ☐ 533 HOUSEHOLD ITEM ☐ 539 LINGERIE, UNDERCLOTHING ☐ 547 BICYCLE |
| ☐ 523 CHECK OR NEGOTIABLE | ☐ 528 TV & RADIO -- NOT VEHICLE ☐ 534 FOOD, LIQUOR ☐ 540 ART OBJECTS, ANTIQUES ☐ 548 TOOLS, CONSTRUCTION EQUIP. |
| ☐ 524 JEWELRY | ☐ 529 STEREO ☐ 535 TOBACCO PRODUCTS ☐ 541 STAMP/COIN COLLECTIONS ☐ 549 OTHER PROPERTY |
| ☐ 525 PRECIOUS METALS | ☐ 530 TAPE RECORDER, VIDEO RECORDER ☐ 536 GAS AND OIL ☐ 542 LANDSCAPING/PLANTS ☐ 550 BUILDING OUTSIDE -- DAMAGE |
| | ☐ 531 CAMERA, PROJECTOR ☐ 537 TOILETRIES ☐ 543 MOTOR VEHICLE ☐ 551 BUILDING INSIDE -- DAMAGE |

UCR CATEGORIES

A CURRENCY   G FIREARMS
B JEWELRY   H HOUSEHOLD
C CLOTHES   I CONSUMABLES
D VEHICLE   J LIVESTOCK
E OFFICE EQUIPMENT   K MISC.
F TV/RADIO/CAMERA   L DAMAGE

| SEQ | QUAN | BRAND/MANUFACTURER | DESCRIPTION/MODEL | SERIAL NO. | UCR CATEGORY | VALUE STOLEN | RECOVERED |
|---|---|---|---|---|---|---|---|

- NARRATIVE -

ON JULY 18, 1991 AT 1230 AN OFFICER C. EVANS WAS FLAGGED DOWN AT 501 N. RAMPART ST. (1ST DISTRICT POLICE STATION) BY SUBJECT MICHAEL KENNER WHO STATED THAT A SUBJECT "EDISON" HAD PULLED A NASTY GUN FROM HIS WAISTBAND AND POINTED IT AT HIM AS HE CONFRONTED HIM ABOUT A BICYCLE HE STOLE THE PREVIOUS DAY (7-10-91). THE INCIDENT OCCURRED IN THE 600 BLOCK OF N. TONTI ST. THE SUBJECT THEN LEFT THE VICTIM AND RELOCATED TO THE 1600 BLOCK OF LAHARPE ST. WHERE THE VICTIM FOLLOWED HIM. THE VICTIM STATED HE KNEW THE SUBJECT FROM HIS NEIGHBORHOOD OF 2433 ORLEANS ST. WHERE THE THEFT OF THE BICYCLE OCCURRED.

OFFICER C. EVANS WITH VICTIM MICHAEL KENNER RELOCATED TO 1620 LAHARPE ST. WHERE THE VICTIM BELIEVE HE LIVE, BUT TO NO AVAIL. THE VICTIM STATED HE COULD IDENTIFY THE SUBJECT IF SEEN AGAIN.

ACCESS NUMBER

1162



# N.O.P.D. MODUS OPERANDI

PAGE ___ OF ___   ITEM NUMBER  C - 18822-91

## 100 SUSPECT'S ACTIONS BEFORE OFFENSE

- ☐ 101 STOOD AT BUS STOP
- ☐ 102 LOITERED IN AREA
- ☐ 104 APPROACHED FROM FRONT
- ☐ 105 APPROACHED FROM BEHIND
- ☐ 106 FOLLOWED VICTIM ON FOOT
- ☐ 107 FOLLOWED/APPROACHED VICTIM WITH VEHICLE
- ☐ 108 ASKED VICTIM FOR HELP OR DIRECTIONS
- ☐ 109 STOPPED VICTIM'S VEHICLE OR STREET
- ☐ 110 USED PRETEXT OF CAR TROUBLE
- ☐ 111 ASSISTED VICTIM WITH CAR TROUBLE
- ☐ 112 ATTACKED FROM CONCEALMENT
- ☐ 113 CLAIMED TO BE SENT BY PARENTS/FRIEND
- ☐ 114 ANSWERED AD OR ASKS FOR JOB
- ☐ 115 MET VICTIM AT BAR, PARTY, ETC.
- ☐ 116 OFFERED JOB, GIFTS, MONEY
- ☐ 117 USED SLEIGHT OF HAND
- ☐ 118 USED TRICKERY/DROP THE PIGEON
- ☐ 119 USED DRUGS/ALCOHOL
- ☐ 121 ENTERED AFTER KNOCKING ON DOOR OR RINGING BELL
- ☐ 122 OFFERED DRUGS
- ☐ 123 OFFERED SEX
- ☐ 124 OFFERED RIDE

## 160 SUSPECT'S ACTIONS DURING OFFENSE

- ☐ 162 DISABLED PHONE
- ☐ 163 DISABLED CAMERA/ALARM
- ☐ 165 RANSACKED PREMISES
- ☐ 166 COMMITTED CRIMINAL DAMAGE
- ☐ 167 SET FIRE
- ☐ 168 USED FACILITIES, TELEPHONE, CONSUMED FOOD
- ☐ 169 KNEW LOCATION OF HIDDEN CASH
- ☐ 170 USED LOOKOUT/DRIVER
- ☐ 171 USED DEMAND NOTE
- ☐ 172 PLACED PROPERTY IN SACK/POCKET
- ☐ 173 DEMANDED MONEY
- ☐ 174 DEMANDED JEWELRY
- ☐ 175 REMAINED SILENT
- ☐ 176 HAD ME WILL RETURN
- ☐ 177 BOUND/GAGGED VICTIM
- ☐ 178 KIDNAPPED VICTIM/TOOK HOSTAGES
- ☐ 207 DEMANDED DRUGS
- ☐ 208 DEMANDED CAR KEYS
- ☐ 209 WIPED PRINTS
- ☐ 210 WORE GLOVES
- ☐ 182 OFFERED VICTIM LIQUOR
- ☐ 193 CALLED VICTIM BY SOME NAME
- ☐ 194 CRIED DURING/AFTER OFFENSE
- ☐ 196 UNABLE TO ACHIEVE ERECTION
- ☐ 196 REQUESTED HELP IN SEX ACTS
- ☐ 197 PENILE/VAGINAL PENETRATION
- ☐ 198 PERFORMED HOMOSEXUAL ACTS
- ☐ 199 FORCED VICTIM TO MASTURBATE ASSAILANT
- ☐ 200 MASTURBATED
- ☐ 201 URINATED/EJACULATED ON VICTIM
- ☐ 202 PERFORMED ORAL PERVERSION ON VICTIM
- ☐ 203 FORCED VICTIM TO PERFORM ORAL ACTS
- ☐ 204 COMMITTED ANAL PENETRATION
- ☐ 205 KISSED BIT, LICKED VICTIM
- ☐ 194 CUT VICTIM'S CLOTHING
- ☐ 185 FORCED VICTIM TO DISROBE
- ☐ 186 FORCED VICTIM IN TO SPECIFIC POSITION, LOCATION
- ☐ 181 USED CONTRACEPTIVE, LUBRICANT
- ☐ 211 PERPETRATOR DISROBED
- ☐ 212 PERPETRATOR REMAINED CLOTHED, EXPOSED GENITALS
- ☐ 213 FONDLED BREASTS/GENITALS
- ☐ 214 CLEANED UP/WASHED
- ☐ 216 PENETRATED WITH OTHER THAN GENITALS

## 220 INJURY/THREATS

- ☐ 221 FIRED WEAPON
- ☐ 222 THREATENED TO HARM VICTIM/FAMILY
- ☐ 223 SNATCHED OBJECT FROM VICTIM'S GRASP
- ☐ 224 KNOCKED VICTIM TO GROUND
- ☐ 225 STRUCK VICTIM WITH WEAPON, OBJECT OR FIST
- ☐ 226 CUT/STABBED VICTIM
- ☐ 227 SHOT VICTIM
- ☐ 229 STRANGLED/CHOKED VICTIM
- ☐ 230 DROWNED VICTIM
- ☐ 231 BURNED VICTIM

## 240 SUSPECT'S ACTIONS VEHICLE INVOLVED

- ☐ 241 USED VEHICLE IN OFFENSE
- ☐ 242 TOOK VICTIM'S VEHICLE
- ☐ 243 VEHICLE NEEDED TO REMOVE PROPERTY
- ☐ 244 LURED VICTIM INTO VEHICLE
- ☐ 245 FORCED INTO PERPETRATOR'S VEHICLE
- ☐ 246 FORCED INTO VICTIM'S VEHICLE
- ☐ 247 AFTER/WHEN VICTIM PARKS VEHICLE
- ☐ 248 LOCKED VICTIM

## 130 SUSPECT IMPERSONATED

- ☐ 131 CUSTOMER
- ☐ 132 MAILMAN
- ☐ 133 SERVICEMAN
- ☐ 134 DELIVERY BOY
- ☐ 135 POLICE
- ☐ 136 BILL COLLECTOR
- ☐ 137 UTILITY CO. REP.
- ☐ 138 SURVEY TAKER
- ☐ 139 SALESMAN
- ☐ 140 FRIEND
- ☐ 141 ILL OR INJURED
- ☐ 142 WELFARE WORKER

## 650 MOTIVE

- ☐ 656 HATE
- ☐ 652 REVENGE
- ☐ 653 JEALOUSY
- ☐ 654 HEAT OF PASSION
- ☐ 655 DURING PERPETRATION OF OTHER CRIME
- ☐ 656 NARCOTICS
- ☐ 657 SEXUAL
- ☐ 658 RACIAL
- ☐ 659 FINANCIAL/PROPERTY GAIN
- ☒ 660 FAMILY FEUD
- ☐ 661 NONE
- ☐ 664 UNKNOWN

## 300 TYPE OF LOCATION

- ☐ 301 SINGLE FAMILY DWELLING
- ☐ 302 APARTMENT COMPLEX
- ☐ 304 PRIVATE RESIDENCE IN PUBLIC HOUSING PROJECT
- ☐ 308 COMMON AREA IN PUBLIC HOUSING PROJECT BUILDING
- ☐ 306 MOBILE HOME
- ☐ 308 BOAT
- ☐ 311 MARINA
- ☐ 340 WHARF
- ☐ 312 PRIVATE GARAGE
- ☐ 315 VEHICLE – PRIVATE
- ☐ 344 PUBLIC TRANSIT VEHICLE
- ☐ 346 CAB, LIMOUSINE, ETC.
- ☐ 353 TRAIN
- ☐ 316 FINANCIAL INSTITUTION
- ☐ 317 JEWELRY STORE
- ☐ 318 LIQUOR STORE
- ☐ 328 BAR/TAVERN/NIGHT CLUB
- ☐ 319 SUPERMARKET/GROCERY STORE
- ☐ 320 CONVENIENCE STORE
- ☐ 321 GAS STATION
- ☐ 322 AUTO PARTS/AUTO SERVICE CENTER
- ☐ 323 DRUG STORE
- ☐ 324 LAUNDRY/DRY CLEANER
- ☐ 329 DEPARTMENT STORE
- ☐ 327 HOTEL/MOTEL
- ☐ 328 RESTAURANT/DINING/COFFEE SHOP
- ☐ 333 FAST FOOD
- ☐ 329 SHOPPING MALL
- ☐ 330 SHOPPING MALL PARKING AREA
- ☐ 331 OTHER PARKING AREA
- ☐ 333 GOVERNMENT OFFICE BUILDING
- ☐ 334 CHURCH
- ☐ 336 SCHOOL
- ☐ 336 HOSPITAL
- ☐ 338 DUPLEX HOME/SUPER DOME, PARKING GARAGE
- ☐ 340 PUBLIC PARK OR PLAYGROUND
- ☐ 341 STREET, HIGHWAY, ALLEY, OR SIDEWALK
- ☐ 346 PEDESTRIAN
- ☐ 347 WAREHOUSE
- ☐ 348 OFFICE BUILDING
- ☐ 350 PARKING GARAGE
- ☐ 356 SMALL BUSINESS SHOP
- ☐ 352 FAIRGROUNDS
- ☐ 364 OTHER

## 360 TYPE OF STRUCTURE

- ☐ 361 ONE STORY
- ☐ 362 MULTIPLE STORY
- ☐ 363 WOOD FRAME
- ☐ 364 BRICK
- ☐ 366 CINDER BLOCK
- ☐ 366 CONCRETE
- ☐ 387 CORRUGATED METAL

### 370 STRUCTURE OCCUPIED

- ☐ 371 BUILDING OCCUPIED
- ☐ 372 BUILDING UNOCCUPIED
- ☐ 373 BUILDING VACANT

### 380 TIME OF OCCURENCE

- ☐ 381 NIGHTTIME
- ☐ 382 DAYTIME
- ☐ 383 AT OPENING TIME
- ☐ 384 AT CLOSING TIME
- ☐ 386 HOLIDAY

### 390 TARGET(s)

- ☐ 391 CASH REGISTER
- ☐ 392 DISPLAY ITEMS
- ☐ 393 PERSON
- ☐ 394 SAFE/BOX
- ☐ 396 SALES AREA
- ☐ 396 VENDING MACHINE
- ☐ 398 ATTIC
- ☐ 399 BASEMENT
- ☐ 400 BATHROOM
- ☐ 401 BEDROOM
- ☐ 402 DEN
- ☐ 403 FAMILY ROOM
- ☐ 404 GARAGE
- ☐ 406 CARPORT
- ☐ 406 KITCHEN
- ☐ 407 LIVING ROOM
- ☐ 408 STORAGE AREA
- ☐ 409 VEHICLE
- ☐ 410 PURSE/WALLET

## 430 POINT OF ENTRY

- ☐ 431 UNKNOWN
- ☐ 432 FRONT
- ☐ 433 GARAGE
- ☐ 434 REAR
- ☐ 436 SIDE
- ☐ 436 DOOR
- ☐ 437 DUCT/VENT
- ☐ 436 ROOF
- ☐ 438 TRUNK
- ☐ 440 WALL
- ☐ 441 WINDOW
- ☐ 442 OTHER
- ☐ 443 FLOOR
- ☐ 444 HOOD
- ☐ 446 ADJ. BUILDING
- ☐ 447 ADJ. APT.

### 450 POINT OF EXIT

- ☐ 461 UNKNOWN
- ☐ 462 FRONT
- ☐ 463 GARAGE
- ☐ 464 REAR
- ☐ 466 SIDE
- ☐ 466 DOOR
- ☐ 467 DUCT/VENT
- ☐ 468 ROOF
- ☐ 468 TRUNK
- ☐ 460 WALL
- ☐ 461 WINDOW
- ☐ 462 OTHER
- ☐ 463 FLOOR
- ☐ 464 HOOD
- ☐ 466 ADJ. BUILDING
- ☐ 467 ADJ. APT.

## 410 METHOD OF ENTRY

- ☐ 411 ATTEMPT ONLY
- ☐ 412 NO FORCED ENTRY
- ☐ 413 KEY
- ☐ 414 BODILY FORCE
- ☐ 416 SAW/DRILL/BURN
- ☐ 416 HID IN BUILDING
- ☐ 417 CHANNEL LOCKS/VICE GRIPS
- ☐ 418 TIRE IRON
- ☐ 420 BRICK/ROCK
- ☐ 421 UNK. TYPE PRY BAR
- ☐ 422 BOLT CUTTERS
- ☐ 423 PUNCH LOCK
- ☐ 424 SMASH WINDOW
- ☐ 426 REMOVED WINDOW/SCREEN
- ☐ 426 OPENED/UNLOCKED WINDOW OR DOOR
- ☐ 427 PULLED OUT WINDOW, DOOR OR WALL
- ☐ 428 ADMITTED INTO RESIDENCE

### 490 TYPE LOCK DEFEATED

- ☐ 491 CHAIN/BOLT
- ☐ 492 DEADBOLT
- ☐ 493 PADLOCK
- ☐ 494 SPRINGLATCH

### 470 SECURITY USED

- ☐ 471 ALARM
- ☐ 472 BAR/GATE
- ☐ 473 DOG
- ☐ 474 EXT. LIGHT
- ☐ 476 GUARD
- ☐ 476 INT. LIGHT
- ☐ 477 LOCKED DOORS
- ☐ 478 LOCKED WINDOWS
- ☐ 479 NEIGHBOR/WATCH
- ☐ 480 PHOTO CAMERA
- ☐ 481 FENCE
- ☐ 482 NONE

ACCESS NUMBER

**OFFICE OF THE DISTRICT ATTORNEY**
**PARISH OF ORLEANS**

**SCREENING ACTION FORM**

WILSON, GRETA

Page ___ of ___ Pages

CASE NO.

35 |5,9J

7,17/00

DATE RECEIVED FROM NOPD  7/9/91 G.W.

ACCEPTED  (Circle if any charge is accepted)   REFUSED  Circle only if all charges refused 7-17 18:00   DIVERTED   REFERRED

| FENDANT'S NAME (LAST) (FIRST) | | (MIDDLE) | RACE | SEX | DATE OF BIRTH |
|---|---|---|---|---|---|
| LEARSON, EDISON R | 01 | | B | M | 06/16/65 |

| FENDANT'S ADDRESS | | SYSTEM # | MAGISTRATE'S CASE NO. |
|---|---|---|---|
| 1618 Lanarpe St | New Orleans, LA | 91109371 | M243630 |

| FENDANTS | DATE SCREENED AUG 1 8 1991 8/7/91 | SCREENED BY Wilson g | CODE 6w/C | NEW SYSTEM # | # OF 1 NO. 256150 |
|---|---|---|---|---|---|
| | | REVIEWED BY MAS 8/16 | CODE | | MOTION NO. (ECN) 00633261 |

**CHARGES ACCEPTED**

| ITEM NO. | ARREST NO. | CHARGE | CLASS | INIT-IATOR | TITLE 48-49 | ATTEMPT ETC 58-59 | STATUE 50-53 | PARA 54-55 | SUB PARA 56-58 |
|---|---|---|---|---|---|---|---|---|---|
| 882291 | 01226040 | Aggravated Assault | 4 | O | 14 | ( ) | 37 | ( )( ) | |
| | | | | | | ( ) | | ( )( ) | |
| | | | | | | ( ) | | ( )( ) | |
| | | | | | | ( ) | | ( )( ) | |

| NO. OF BILL OF INFORMATION FOR EACH COUNT | DATE OF OFFENSE 7-1-91 | DATE OF ARREST 07/13/91 |
|---|---|---|

a gun

(V) Michael Kenner

| | CASE TYPE | ECU # |
|---|---|---|

| | VIC'T INFO | RACE SEX | AGE | DOB | RELATION TO DEFENDANT |
|---|---|---|---|---|---|
| | CT.1 | | | | |
| | CT.2 | | | | |
| | CT.3 | | | | |
| | CT.4 | | | | |

**CHARGES REFUSED OR DIVERTED**

| ITEM NO. | ARREST NO. | CHARGE | CLASS | INIT-IATOR | DISPOSITION REFUSAL CODE | TITLE 48-49 | ATTEMPT ETC 58-59 | STATUE 50-53 | PARA 54-55 | SUB PARA 56-58 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ( ) | | ( )( ) | | |
| | | | | | | ( ) | | 1164 | | |



( guilty plea in offing
reinst. in off + mp
9/14 at. dept 90 days

WARRANT!

```
MHIS        MOTION HISTORY              16233600   CS02   07/13/91   16:59:46
WARRANT:    0020 MUNI ATTACH   4535B6B   WARRANT  04/30/91           $500.00
            MUNICIPAL COURT                       4535B6B
            000000000                    97  MUNICIPAL    04/30/91   036021J
WARRANT:    0020 MUNI ATTACH   4535950   WARRANT  10/10/90          $2,500.00
            MUNICIPAL COURT                       4535950
            000000000                    97  MUNICIPAL    10/11/90   036021J
NAME:       LEARSON        EDISON        R   NM  06/16/65   LA
            508  135  HAIR/BLK  EYE/BRO                    01/01/00   NFD0000
            SSN /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                         999   07/13/91   NFD0000
            SSN /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                         999   09/30/88   NFD0000
ADDRESS:    1618    LAHARPE     ST    NEW ORLEANS  LA  966  07/13/91  NFD0000
ADDRESS:    1804    LAFEYROUSE  ST    NEW ORLEANS  LA  974  09/18/69  NFD0000
ADDRESS:    1532 N  MIRO        ST    NEW ORLEANS  LA  981  02/15/89  NFD0000
ADDRESS:    1549 N  PRIEUR      ST    NEW ORLEANS  LA  987  10/09/88  NFD0000
ADDRESS:    1549 N  PRIEUR      ST    NEWORLEANS   LA  992  09/30/88  NFD0000
ADDRESS:    639  N  DERBIGNY    ST    NEWORLEANS   LA  996  05/02/84  NFD0000
ADDRESS:    1541 N  ROBERTSON   ST    NEWORLEANS   LA  997  05/06/82  NFD0000
ADDRESS:    2214    SEVENTH     ST    NEWORLEANS   LA  998  12/14/81  NFD0000
ADDRESS:    2419    OAK         PL    NEWORLEANS   LA  999  11/13/81  NFD0000
NICKNAME:   REYNES                             NM  06/16/65   01/01/00  NFD0000
F/N
```



EXHIBIT
20

```
MHIS      MOTION HISTORY              16233600    CS02   07/13/91   16:59:46

PHYS DESC: SCAR, CHEEK, RIGHT    RIGHT              973   07/13/91   NPD0000
PHYS DESC: TATW, ARM, LEFT       "R"                981   07/05/90   NPD0000
PHYS DESC: TATW, ARM, RIGHT      INITIAL ED         988   09/18/89   NPD0000
PHYS DESC: TATW, ARM, LEFT       INITIAL R          994   09/18/89   NPD0000
PHYS DESC: TATW, ARM, RIGHT      ED                 988   02/15/89   NPD0000
PHYS DESC: TATW, ARM, RIGHT      E,D                993   11/28/88   NPD0000
PHYS DESC: TATW, ARM, LEFT       R                  997   11/28/88   NPD0000
PHYS DESC: TATW, BACK            INITIALS    ED     000   01/01/00   NPD0000
PHYS DESC: TATW, BACK            INITIAL     R      001   01/01/00   NPD0000
ARRESTS:   FELONY/03  MISDEMEANOR/03  CITY/005  TRAFFIC/000   11/15/90
CONUS:     FELONY/00  MISDEMEANOR/01  CITY/000  TRAFFIC/000   11/15/90
STATUS:    NO KNOWN STATUS INDICATORS                         11/15/90
HISTORY:   NO KNOWN HISTORY INDICATORS                        11/15/90
OCCPTN:    UNEMPLOYED                                07/13/91   NPD0000
OCCPTN:    UNEMPLOYED                                09/18/89   NPD0000
OCCPTN:    STOCK CLERK           CLAIBORNE CENTER
                                                    984   02/15/89   NPD0000
OCCPTN:    LABORER               UNEMPLOYED
                                                    993   10/09/88   NPD0000


P/N
```

000918



| MHIS | MOTION HISTORY | | 16233600 | CS02 | 07/13/91 | 16:59:46 |
|------|----------------|--------|----------|------|----------|----------|
| OCCPTN: | STOCK | CLAIBORNE CENTER | | 996 | 09/30/88 | NPD0000 |
| OCCPTN: | UNEMPLOYED | UNEMPLOYED | | | 04/08/88 | NPD0000 |
| OCCPTN: | UNEMPLOYED | | | | 05/02/84 | NPD0000 |
| | FBI /85457BCA7 | | | 000 | 01/01/00 | NPD0000 |
| | BOFI/J6832B | | | 000 | 01/01/00 | NPD0000 |
| | BOFI/25615BP | | | 001 | 01/01/00 | NPD0000 |
| | FPC /06AAAA0411TTAA04TT09 | | | 001 | 01/01/00 | NPD0000 |

X/MARR.16233600

000919

```
MARR      MOTION ARREST                    16233600   CS02   07/13/91   17:00:23

NAME:     LEARSON          EDISON       R   NM  06/16/65  LA
          508  135  HAIR/BLK  EYE/BRO                    01/01/00  NPD0000
ARRESTS:  FELONY/03  MISDEMEANOR/03  CITY/005  TRAFFIC/000   11/15/90
CONVS:    FELONY/00  MISDEMEANOR/01  CITY/000  TRAFFIC/000   11/15/90
STATUS:   NO KNOWN STATUS INDICATORS                        11/15/90
HISTORY:  NO KNOWN HISTORY INDICATORS                       11/15/90
          BOFI/588528                         000  01/01/00  NPD0000
          BOFI/256158P                        001  01/01/00  NPD0000
ARREST:   01618   LAHARPE    ST          NEW ORLEANS    LA  1  UNKNOWN
          01041 MARTIN          X  07/13/91 01:30 PM 01 0111  G2066491
          00000                    01226038                07/13/91  NPD0000
          ATTACH                   MUN OR TRAFFIC ATTACHMENT      00S23755
                                                            4535868  999
                             /  /      $0.00      0              NPD0000
ARREST:   01618   LAHARPE    ST          NEW ORLEANS    LA  1  UNKNOWN
          01041 MARTIN          X  07/13/91 01:30 PM 01 0111  G2066491
          00000                    01226039                07/13/91  NPD0000
          ATTACH                                              00S23755
                                                            4535958  999
                             /  /      $0.00      0              NPD0000
```

000920

MARR        MOTION ARREST

                              16233600    CS02    07/13/91    17:00:23

ARREST:     01618    LAHARPE      ST
            00732 EVANS                       NEW ORLEANS    LA  1  UNKNOWN
            00163 FLINT               C  07/13/91 12:30 PM 01 0163  G1882091
            RS 14 37                  A  01226040                07/13/91  NPD0000
                                         AGGRAVATED ASSAULT              00523753
                                              /  /                             999
                                                    $0.00    0              NPD0000
ARREST:     01618    LAHARPE      ST                  NEW ORLEANS    LA  5  UNKNOWN
            00732 EVANS               C  07/13/91 12:30 PM 01 0105  G1882091
            00163 FLINT               A  01226041                07/13/91  NPD0000
            RS 14 67 (B)              THEFT BETWEEN 100 AND 500           00523753
                                              /  /                             999
                                                    $0.00    0              NPD0000
ARREST:     GOV NICHOL AV  N DERBIGNY  ST  NEW ORLEANS    LA  1  UNKNOWN
            01672 LOHMAN              X  07/05/90 05:00 AM 01 0102  E0006490
            01642 BOUVILLIAN          X  01179273                07/05/90  NPD0000
            828MCS42-36               THEFT                            00487853
                                              /  /                     024572   999
                                                    $0.00    0              NPD0000

000921

P/N



MARR        MOTION ARREST
                                        16233600   CS02   07/13/91   17:00:23
ARREST:     GOV NICHOL AV  N BERBIGNY  ST  NEW ORLEANS   LA  1  UNKNOWN
            01672 LOHMAN                X 07/05/90 05:00 AM 01 0102  C2501990
            01642 BOUVILLIAN            X 01179274                07/05/90  NPD0000
            828MCS42-36                 THEFT                              00487856
                                        / /                           024571   999
ARREST:     01700    ST.PHILLIP ST                   $0.00    0             NPD0000
            00703 MITCELL                       NEW ORLEANS   LA  1  UNKNOWN
            00715 RODGERS               C 09/18/89 02:00 AM 01 0102  I3286889
            RS 14 64                    L 01145629                09/18/89  NPD0000
                                        ARMED ROBBERY                      00461733
                                        / /                                  999
ARREST:     00600 N TONTI     ST                     $0.00    0             NPD0000
            01011 FORTENBERRY                   NEW ORLEANS   LA  1  UNKNOWN
            00000                       X 02/14/89 05:50 PM 01 0192  B1877489 ET AL
            828MCS61-114.1              01120106                02/15/89  NPD0000
                                        OBSTRUCT STREET-ELSE              00441560
                                        / /                           001522   999

000922

P/N



MARR          MOTION ARREST
ARREST:       00730 S WHITE                   16233600   CS02    07/13/91   17:00:23
              01688 ANTHONY        ST
              00000                    T  11/28/88 05:30 PM 94 5069 UNKNOWN
              ATTACH                       01109171                 K333748B
                                                                 11/28/88  NPD0000
ARREST:       00700 N TONTI                                              00432574
              00732 EVANS          ST      / /                        4168188   999
              00841 HENRY                      $0.00     0              NEW ORLEANS    NPD0000
              828MCS61-114.1          C  10/09/88 03:30 PM 01 0112   LA 1 UNKNOWN
                                     T    01102288                       J111818B ET AL
                                        OBSTRUCT STREET-ELSE              10/09/88  NPD0000
ARREST:       02200 N TONTI                   / /                       00426958
              01801 RIZZUTO        ST      $0.00     0                  990780   999
              00957 MORETTI                   NEW ORLEANS    LA 1 UNKNOWN   NPD0000
                                     F  09/30/88 12:10 AM 01 0106         I375898B ET AL
                                     P    01109954                       09/30/88  NPD0000

000922

$0.00          0                    NPD0000

P/N

MARR          MOTION ARREST

ARREST:    00678 N TONTI        ST          16233500    CS02    07/13/91    17:00:23
           00841 ODD                            NEW ORLEANS    LA  1   UNKNOWN
           00732 EVANS                  H  04/08/88 07:50 PM 01 0112  D09167BB
           RS 14 108.1                  C  01080587                04/08/88  NPD0000
           REFUSED                      FLIGHT FROM AN OFFICER            00409407
           NO SENTENCE               04/22/88  MISSING NECESSARY EL
           RS 14 92 (C)                    $0.00          0                    997
           REFUSED                      CONTRIB TO DELINQUENCY MINOR     NPD0000
           NO SENTENCE               04/22/88  MISSING NECESSARY EL      00409407
           RS 14 90                        $0.00          0                    998
           REFUSED                      GAMBLING                          NPD0000
           NO SENTENCE               04/22/88  MISSING NECESSARY EL      00409407
ARREST:    00700  N MIRO        ST          $0.00          0                    999
                                            NEW ORLEANS    LA  3   UNKNOWN

000824

```
        RS 14 34.2                    BATTERY OF POLICE OFFICER
           REF-NO CRIME               05/22/84   NO REASON GIVEN                991
           NO. SENTENCE                          $0.00                      NPD0000
```

P/N

```
    MARR        MOTION ARREST              16233600    CS02    07/13/91    17:00:23

                RS 14 34.2                    BATTERY OF POLICE OFFICER
                   REF-NO CRIME           05/22/84   NO REASON GIVEN                992
                   NO SENTENCE                     $0.00      0             NPD0000
                RS 14 69                      RECEIVING STOLEN THINGS
                   REF-INSUFF EVIDENCE    05/22/84   NO REASON GIVEN                993
                   NO SENTENCE                     $0.00      0             NPD0000
                RS 14 108                     RESISTING AN OFFICER
                   PLED GUILTY           06/11/84   NO REASON GIVEN       301798   994
                   TIME                         $0.00      6 MONTHS        NPD0000
                RS 14 27-67                   ATTEMPTED THEFT
                   PLED GUILTY           06/11/84   NO REASON GIVEN       301798   995
                   TIME                         $0.00     90 DAYS         NPD0000
```

000925

```
                                        04/19/82 11:45 PM          02197282
                                           JUV                  04/19/82  NPD0000
        RS 13 8-5                    AGGRAVATED BATRY-KNIFE
           NO DISPOSITION            00/00/00  NO REASON GIVEN              996
           NO SENTENCE                      $0.00      0                 NPD0000
```

P/N

```
   MARR        MOTION ARREST                16233600   CS02   07/13/91   17:00:23

   ARREST:    00600 N TONTI     ST          NEW ORLEANS   LA  8  UNKNOWN
                                      11/25/81 07:15 PM               K2693581
                                         JUV                    11/25/81  NPD0000
              RS 13 8-27                SIMPLE BURGLARY-VEHICL
                 NO DISPOSITION      00/00/00  NO REASON GIVEN              997
                 NO SENTENCE                $0.00      0                 NPD0000
   ARREST:    00901  CANAL        ST          NEW ORLEANS   LA  1  UNKNOWN
                                      10/21/81 02:20 PM             K0505081 ET AL
                                         JUV                    10/21/81  NPD0000
              RS 17 R-47                RECEIVE STOLEN THINGS
```

000926

NO DISPOSITION
NO SENTENCE
RS 13 8-36
NO DISPOSITION
NO SENTENCE

00/00/00   NO REASON GIVEN
$0.00       0
THEFT-SHOPLIFTING
00/00/00   NO REASON GIVEN
$0.00       0

998
NPD0000

999
NPD0000

P/C    16233600

000927

```
BASE N     5124  006.633261
**WARRANT/WANT INFO COMPUTER CENTER**

NP00000  LEARSON            EDISON    R   NM 06/16/65 LA 508 130 BLK BRO    000
NP00000  SP*439.390380                                                     000
NP00000  00639 N  DERBIGNY    ST        NEWORLEANS LA            05/02/84   996
NP00000  TATLSHLD  INITIAL **ED**                         PHYS DESCRIPTOR  000
MURDER  REYNES                          NM 06/16/65 LA 508 130 BLK BRO      000
NP00000  SP*439.390380                                                     001
NP00000  01581 N  ROBERTSON  ST        NEWORLEANS LA     8G    05/06/82     991
NP00000  02214   SEVENTH     ST        NEWORLEANS LA     61    12/14/81     996
NP00000  02419   OAK         PL        NEWORLEANS LA     8W    11/13/81     998
NP00000  TATLSHLD  INITIAL **R**                         PHYS DESCRIPTOR   00
NP00000  011882    C308 NGALVEZ & ORLEANS 0425AM         FIC LOCATION      000
NP00000  121483    C388 ORLEANS & N TONTI 0915PM         FIC LOCATION      001
NP00000  BUSBOY                                 UNEMPLOYED 05/02/84        999
NP00000  B1*J68328   TRAFFIC T=00 C=00  CITY A=000 C=000  FELONY A=02 C=00  000
         MISD A=02 C=00
NP00000  B1*256158   TRAFFIC T=00 C=00  CITY A=000 C=000  FELONY A=01 C=00  001
         MISD A=03 C=00   FPC=06AAAA0411TTAA04TT09

^X/R 5124,CON/00633261


BASE R     5124                                         CON/00633261

NP00000  LEARSON            EDISON    R NM 06/16/65 LA 508 130 BLK BRO
NP00000  B1/J68328   TT/00   TC/00   CA/000   CC/000   FA/02   FC/00   MA/02   MC/00
NP00000  B1/256158   TT/00   TC/00   CA/000   CC/000   FA/01   FC/00   MA/03   MC/00
NP00000  00700 BLK N   MIRO    ST    3    E0137884        ARR-NO/00897779   699
         RS 14   34.2    BATTERY ON POLICE OFF  05/02/84 0415 PM AC/03      696
         RS 14   34.2    BATTERY ON POLICE OFF  05/02/84 0415 PM AC/03      697
         RS 14   108     RESISTING AN OFFICER   05/02/84 0415 PM AC/03      698
         RS 14   69.8    POSSESSION FELONY      05/02/84 0415 PM AC/03      699
NP00000  00700 N   MIRO       ST    8G   D2197282         ARR-NO/JUV        996
         RS 13   8-5     AGGRAVATED BATRY-KNIFE 04/19/82 1145 PM           996
NP00000  00600 BLK N   TONTI   ST    8R   K2693581 ET AL  ARR-NO/JUV        997
         RS 13   8-27    SIMPLE BURGLARY-VEHICL 11/25/81 0715 PM           997
NP00000  00901   CANAL      ST    1G   K0505081 ET AL  ARR-NO/JUV          998
         RS 13   8-43    RECEIVE STOLEN THINGS  10/21/81 0220 PM           998
NP00000  00601   CHEF       HW    3M   J2317281 ET AL  ARR-NO/JUV          999
         RS 13   8-36    THEFT-SHOPLIFTING      10/21/81 0855 PM           999
```

1131