UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GEORGE TOCA** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-2292** |
| **BURL CAIN, WARDEN** | **SECTION: "I"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of George Toca for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITHOUT PREJUDICE** due to his failure to exhaust his state court remedies.

**IT IS FURTHER ORDERED** that petitioner be allowed, within 30 days after exhausting his state court remedies, to reopen the above-captioned action.

**IT IS FURTHER ORDERED** that petitioner's "Motion to Stay and Abate Accompanying Application for Writ of Habeas Corpus" is **DENIED** as moot.

New Orleans, Louisiana, this \_\_\_\_\_15th\_\_\_\_\_ day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE