No. 06-2292

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

GEORGE TOCA
Plaintiff-Appellant,

v.

BURL CAIN, WARDEN,
Defendant-Appellee.

———————————

EXHIBITS TO MR. TOCA'S AMENDED APPLICATION FOR A WRIT OF
HABEAS CORPUS

———————————

DAVID PARK
LA Bar No. 28973
Innocence Project New Orleans
3301 Chartres Street
New Orleans, LA 70117
(504) 943-1902

Counsel for Mr. Toca

## EXHIBITS

| | |
|---|---|
| Exhibits 1 – 74 | Previously filed with this Court on April 26, 2006 (Attached to Document # 1) |
| Exhibit 75 | Affidavit of Kevin Tervalon |
| Exhibit 76 | Affidavit of Jeanetta Batiste |
| Exhibit 77 | Statement of Father Michael Jacques |
| Exhibit 78 | Affidavit of Theola Jones Stevens |
| Exhibit 79 | Affidavit of Reginald Magee (I) |
| Exhibit 80 | Affidavit of Reginald Magee (II) |
| Exhibit 81 | NOPD Information Daily, 5/15/84 |
| Exhibit 82 | NOPD Arrest History Printout for Sean Jackson |
| Exhibit 83 | Handwritten NOPD Investigation Notes from Detective's File |
| Exhibit 84 | NOPD Arrest History Printout for Ralph Lomax |
| Exhibit 85 | No Such Exhibit |
| Exhibit 86 | NOPD Arrest History Printout for George Toca |
| Exhibit 87 | NOPD Bulletin, 4/25/84 |
| Exhibit 88 | NOPD Bulletin, 4/26/84 |
| Exhibit 89 | Affidavit of Kim Green |
| Exhibit 90 | Affidavit Bridgette Green |
| Exhibit 91 | Affidavit of Gloria Anthony |
| Exhibit 92 | Affidavit of Kenneth Dilosa |
| Exhibit 93 | Affidavit of Joseph Davis |
| Exhibit 94 | Affidavit of Beverly Tarleton |
| Exhibit 95 | Affidavit of Sheborah Howard |
| Exhibit 96 | Affidavit of Edward Smith |
| Exhibit 97 | Affidavit of Emily Maw |
| Exhibit 98 | NOPD Arrest Register (District Attorney's Copy), from Item # E-1378-84, Edison Learson, Theft, 5/2/84 |
| Exhibit 99 | Letter to E. Bolton from District Attorney's Office regarding State v. Edison Learson, 301-798 (and document establishing DA's Office Case # 301-798 corresponds with NOPD Item # E-1378-84 |
| Exhibit 100 | NOPD Evidence and Property Card, Eric Batiste's Clothing, from Item # D-24067-84 |
| Exhibit 101 | Coroner's Office Day Record for Eric Batiste from Item # D-24067-84 |

i

Exhibit 102          Letter to E. Bolton from District Attorney's Office regarding State v. George Toca, 301-875

Exhibit 103          Affidavit of David Park

Exhibit 104          Affidavit of Todd Phillips

Exhibit 105          NOPD Family Services Personal History Form and NOPD Arrest History Printout for Eric Batiste

Exhibit 106          NOPD Complaint History relating to the MRV hotel from 1983-1985

Exhibit 107          Death Certificate for Sean Jackson

Exhibit 108          NOPD Arrest Register, from Item # 24067-84, George Toca

Exhibit 109          Minute Entry from 6/16/10

Exhibit 110          Photographic Array

Exhibit 111          Affidavit of Kenneth Dilosa

Exhibit 112          Affidavit of Henry Julien

Exhibit 113          Photograph of Edison Learson

State of Louisiana
Parish of Orleans

<u>Affidavit of Kevin Tervalon</u>

COMES NOW, Kevin Tervalon, being duly sworn, and hereby deposes and states as follows:

1.     I, Kevin Tervalon, am a resident of Orleans Parish. I live in the 7th Ward, on Hope Street.

2.     I grew up in the Lafitte housing project, at ■■Miro. I knew George Toca back then, along with Eric Batiste, Troy Learson, Edison Learson, Sterling Lambert, and the rest. We were all part of the neighborhood group and would hang out in Tonti Court. I was best friends with Edison Learson at the time.

3.     The day before Eric got shot, we went to a dance at the Superdome. I remember we went as a big group. I stayed until it closed, real early in the morning, and then I walked home. I was tired from the dance so I went to sleep.

4.     Around 8 o'clock in the morning or a little bit earlier, someone knocked on my door. It was Edison and he was crying so much that he could barely talk. He told me, "Eric dead, man." I asked him what he meant and he said, "He got shot. It was an accident. I didn't mean to do it." I asked him when it happened and he told me, "Just a little while ago, like 6." He said, "He ain't deserve it. Eric didn't deserve it." Then he said he had to go. I don't remember seeing him after that.

I swear that the foregoing is true and accurate to the best of my knowledge and belief, this ___ day of March 2009.

_____
SIGNED

_____   DAVID PARK
NOTARY
# 77273

MY COMMISSION EXPIRES: At Death

Page 1 of 1

EXHIBIT
75

State of Louisiana
Parish of Orleans

**Affidavit of Jeanetta Batiste**

COMES NOW, Jeanetta Batiste, being duly sworn and does depose and state as follow:

1.  I, Jeanetta Batiste, am the mother of Eric Batiste, who was killed in 1984. I later learned that George Toca had been arrested and convicted for the shooting.

2.  Nobody ever contacted me about the police investigation and George going to court. No police, no lawyers.

3.  From what I have learned about the case, it does not make sense how George got charged because he was shorter and smaller than Eric.

4.  I know in my heart that George did not do this. George was very close with my son, and he would stay over at my house often. They were like brothers. If George had anything to do with Eric's death, he would have told me. I also feel that he would have taken his own life over it.

I swear that the foregoing is true and accurate to the best of my knowledge and belief, this 7 day of April, 2009.

_Jeanetta Batiste_
JEANETTA BATISTE

_David Park_
DAVID PARK
No. 77273
My commission expires _at Death_

EXHIBIT
76

State of Louisiana
Parish of Orleans

### Affidavit of Fr. Michael Jacques

COMES NOW, Fr. Michael Jacques, being duly sworn, and hereby deposes and states as follows:

1.  I, Father Michael Jacques, am a Catholic priest assigned to St. Peter Claver Church at 1910 Ursulines in New Orleans. I have been at St. Peter Claver for over 26 years.

2.  I have been contacted by investigators at Innocence Project New Orleans regarding the MRV motel during a period in the 1980's. The motel is also on Ursulines. Our office faces it.

3.  The MRV has been around at least as long as I have been with St. Peter Claver. It is what I call a nuisance business.

4.  The MRV was a magnet for crime in the area, including drug trafficking and prostitution. Children from the high school down the street were accosted by prostitutes. It did not and does not promote a good quality of life for the children in the neighborhood.

5.  They were known to rent out rooms without having documents of the rent, which allowed them to get away with renting to minors. They were also widely known to rent by the hour. The children joked that they never changed the sheets because so many people went in and out of there.

6.  I have worked hard since the day I started at St. Peter Claver to have the MRV change its business practices so that it does not foster such a negative environment for the people living around it.

Initials _M#J_

**EXHIBIT**
**77**
tabbies'

7.    In the 1980's and 1990's we worked diligently to pass an ordinance that required motels to rent by the day, not the hour. I was part of the committee that helped get the ordinance passed, along with Pearl Dupart who is a church employee and lives close to the MRV. Ms. Dupart and I and other people in the neighborhood testified at City Council hearings. We eventually got this requirement instituted statewide.

8.    The way MRV conducted itself was no secret. Everyone in the neighborhood knew what was going on there, including the police.

I swear that the foregoing is true and accurate to the best of my knowledge and belief, this ___ day of _Feb 16_____, 2009.

SIGNED

NOTARY    Shelagh O'Donnell

MY COMMISSION EXPIRES: _____

Initials _____

Parish of Avoyelles
State of Louisiana

### Affidavit of Theola Jones Stevens

COMES NOW, Theola Jones Stevens, being duly sworn and does depose and state as follows:

1.  I, Theola Jones Stevens, worked at the MRV motel on Ursulines from 1988 until August 2005, when I evacuated to Bunkie, Louisiana. I have lived in Bunkie ever since.

2.  I remember the MRV room policies well because I worked there as a cleaner and on the front desk. The policy at the MRV was not to let minors in, but some would sneak in. It would depend on who was working the front desk. Sometimes they asked for ID, sometimes they didn't. Sometimes minors would use a false name, or have someone else get the room for them who was an adult.

3.  The MRV would rent rooms by short periods of time – 4, 6 and 12 hours. Mostly the customers were from New Orleans. Some were users or prostitutes. They would rent a room for four hours and leave after 15 or 20 minutes. People rarely rented for 24 hours.

4.  There were neighbors that didn't like the motel. Mrs. Pearl Dupart was one; she lived right across the street. Other neighbors didn't care for it as well. They may have started a petition to close down the motel.

5.  When I was working there, renters could make local calls for 25 cents. The clerks would have to connect the calls to the rooms, but the renters ended the calls themselves. The clerks could see the light go off when they hung up. People used the phone a lot, especially on weekends.

6.  I remember Gwen Hagen from when I worked there. She was a desk clerk. She left in the early 1990's I believe. She was a real nice lady from Uptown, a little older. She would have seizures from time to time and black out. That's why she had to stop working at the motel, because of her seizures.

I swear that the foregoing is true and accurate to the best of my knowledge and belief, this __13__ day of __August__, 2009.

_Theola Jones Stevens_
THEOLA JONES STEVENS


NOTARY DAVID PARK
# 97223

My commission expires: _at Death_.

**EXHIBIT**

**_78_**

tabbies®

Parish of East Baton Rouge
State of Louisiana

### Statement of Reginald Magee

1.  I, Reginald Magee, am an inmate at Hunt Correctional.

2.  I used to live in the Lafitte project in the 6th Ward when I was a teen. I knew George Toca and Eric Batiste. We all live in the neighborhood, including the Fulfords, Edison and Troy Learson. I also knew Sean Jackson and his brother, Charles. They were from uptown.

3.  I usually went to the Superdome dances, but didn't go the year Eric was killed. I do remember that not long after the shooting Edison Learson told me he was there when it happened. He said they went on a caper, trying to rob the people and Eric got shot. It was like Edison had to get it off his chest.

4.  Edison said he wasn't trying to go to prison on the charge. He felt they wouldn't get his name because they were on the wrong track. He thought George would come home anyway because he was the wrong guy.

I swear under penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief, this ___1___ day of ___June___, 2010.


_____
REGINALD MAGEE


_____
Notary: Kristin Wenstrom

**KRISTIN M. WENSTROM**
**NOTARY PUBLIC**
Parish of Orleans, State of Louisiana
Notary Number: 88229
My Commission is issued for Life.

EXHIBIT
79

Parish of East Baton Rouge
State of Louisiana

**Statement of Reginald Magee**

1. I, Reginald Magee, am an inmate at Hunt Correctional. I grew up in the 6th Ward of New Orleans, near the Lafitte Projects. I went to Warren Easton High School on Canal Street.

2. I grew up with Chicken George Toca, Eric Batiste, Edison and Troy Learson, the Fulfords. I also knew Hawkeye (Sean Jackson) because I hung with his brother, Charles Jackson, who was called Booby.

3. After Eric was killed, I was hanging out in the Calliope with Hawkeye and Booby. I used to hang in the Calliope because my sister stayed there. Booby and Hawkeye's father stayed in the Calliope. Hawkeye started talking about the incident where Eric was killed. I could tell by the way he was talking that he was there when it happened. He knew all the details. He was messed up that they had to leave Eric there.

4. Hawkeye felt bad that Chicken got caught up in it because Chicken didn't have anything to do with Eric's death. Hawkeye was killed soon after we had this conversation.

I swear under penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief, this ___1___ day of ___June___, 2010.

REGINALD MAGEE

Notary: Kristin Winstrom

KRISTIN M. WENSTROM
NOTARY PUBLIC
Parish of Orleans, State of Louisiana
Notary Number: 88239
My Commission is issued for Life.

**EXHIBIT**
**80**

CRIMINAL INVESTIGATION BUREAU

4401

| | | | | |
|---|---|---|---|---|
| T. te 4-23-84 | Off. Time 6:05 AM | Item D-24067-84 | Off. Location S. Broad | Off. Dist 2 |

pe of Offense Homicide/Att Armed Rob  Name of Business _____  Phone _____
ctim Eric Batiste NM dob 3-10-67  Address 633 N. Galvez  Phone _____
eapon .22 cal. auto  Stolen Value _____  Recovered Value _____
rested/Wanted/Accused George Toca NM dob 2-14-67 residing 704 N. Rocheblave
scription
itness:

### Information daily

Person interviewed:
Danielle Bernard NF dob ▮▮▮▮ residing ▮▮▮ Gen Taylor Hm.Phone 895-7203

On May 15, 1984 Det. Louis Berard was contacted, via telephone, by
Danielle Bernard who stated to Det. Berard that the subject who had been
arrested for the murder of Batiste, Toca, was the wrong perpetrator.
Bernard went on to say that she had talked to a girl whom she knew by the
name of Kelley who resided somewhere in the St. Thomas project and this
girl told her that her boyfriend shot Batiste.
Det. Berard learned that the name of the boyfriend was Sean Jackson NM dob
▮▮▮ who resided at 2043 Rousseau Apt. B.

Det. Berard then checked the name, Jackson, through the NOPD computer
and learned that he had a juvenile record and a juvenile B of I number
J52287.  Det. Berard compiled a photo line up and met with the victims of
the attempt armed robbery, Struttmann and Collins.  Upon interviewing each
of the witnesses separately neither witness could identify the photo of
Jackson as being the second subject who was with Batiste.  Both Collins and
Struttmann still say that the subject they previously identified, Toca, was
the subject who was with Batiste.



**EXHIBIT**

**81**

Det. Louis Berard                                    5-15-84

DETS. ASSIGNED _____                          DATE _____

N: 002758  REFERENCES: _____          SUPV. SIGNATURE _____

```
                  3:46  JACK 20M              JEAN            NM 17
NO WARRANT/WANT NOPD COMPUTER CENTER<
**JUV** JACKSON          SEAN           C  NM           LA 509 135 BLK BRO 100 000
                                    MITCYDAL<
NPD0000              ROUSSEAU  ST       B    NEWORLEANS LA        B      03/24 80
NPD0000              C2475 BURLUND & PIFFIER 0450M               ITC LOCATION     000
NPD0000 02043   ROUSSEAU  ST              NEWORLEANS LA         6B     04/09 89    998
NPD0000 02224   TERPSICHOR ST             NEWORLEANS LA         6H     01/06/76    999
0360100  0427844A  C5304 SPANISH PLAZA 1830 HRS               FIC LOCATION       001
NPD0000  NMAH      AP E  U7207 B                             JUVENILE INFO        003
NPD0000 BI-J67207   TRAFFIC T=00 C=01  CITY A=003 C=001  FELONY A=02 C=00       000
          MISD A=13 C=00<
   X/R 3246,CCN/00368207
```

```
NPD0000 BATISTE        ERIC        A  NM           LA 506 125 BLK BRO 100 000
NPD0000 00633 N  GALVEZ   ST      G   NEWORLEANS LA                01/18/82  998
036011J 201477B   37  W 0210  MI  VIOLATION            03/27/84             000
036011J 200062A   HIS APPEARANCE IN COURT                    LOCAL REMARKS  003
NPD0000 02323   URSULINE  ST          NEWORLEANS LA    BN   06/10/81  999
036011J 201477B   DELINQUENT                                 LOCAL REMARKS  004
036011J 201477B   CRIMINAL TRESPASS                          LOCAL REMARKS  005
036011J 201477B   POSS OF A DANGEROUS DRUG                    LOCAL REMARKS  006
036011J 201477B   DETAIN IN YSC PENDING HIS APPR IN CT        LOCAL REMARKS  007
NPD0000  SCRLEG                                       PHYS DESCRIPTOR  000
NPD0000 123181   C102 12PROYAL 1240AM                        FIC LOCATION   000
NPD0000 042683   C102 1700 LAFITTE 1030PM                    FIC LOCATION   001
NPD0000 081883   C2475 100 BLK ROYAL ST 1201AM               FIC LOCATION   002
NPD0000 012284   C2475 IBERVILLE & CLAIBORNE 0235AM          FIC LOCATION   003
NPD0000 BI-J67200  TRAFFIC T=00 C=00  CITY A=002 C=000  FELONY A=04 C=00   000
          MISD A=10 C=00<
*X/R 3346,CCN/00611844<
```

```
 CID1 R   3346
NPD0000 BATISTE          ERIC       A NM            CCN/00611844<
NPD0000  BI/J67200   TT/00  TC/00  CA/002  GG/000  FA/04  FG/00  MA/10  MC/00<
NO ARREST DATA FOUND NOPD MASTER FILE FOR INFORMATION ENTERED<
```

EXHIBIT

**82**

RALPH LOMAX

SEAN JACKSON   17-18-

DANIELLE BERNARD   6 -25-67
895-7203   GEN TAYLOR

KELLEY

MARDI GRAS  GAME ROOM  ON CANAL
RAMS II   JACKSON & SIMON BOLIVAR

EXHIBIT
tabbies
83



```
X/PRNT    3246 00474329(
NPD0000 LOMAX         RALPH        NM ████████ LA 510 160 BLK BRO      000
NPD0000 05319 N RAMPART    ST         NEWORLEANS LA      5E    02/04/82 996
NPD0000 B07533B4   057 C 0560  SIMP CRIM DMG         02/09/84 01981    521 000
NPD0000  63077061   C359 2600 WASHINGTON 4159AM          FIC LOCATION     000
MONIKER DOP FEEN                 NM ████████ LA 510 160 BLK BRO      000
NPD0000 02435    MARENGO     ST         NEWORLEANS LA      2J    08/31/79 997
NPD0000 09127    BELFAST     ST         CITY       LA            09/20/78 998
NPD0000 01918    AMELIA      ST         CITY       LA            05/09/78 999
NPD0000  0916782W  C224 EAGLE & AIRLINE 0515PM             FIC LOCATION    001
NPD0000 BI=J62924  -TRAFFIC T=00 C=00  CITY A=000 C=000  FELONY A=02 C=00  000
         MISD A=03 C=00(
  X/R.3246,CCN/00474329
```

EXHIBIT

84

tabbies

```
JUVB NN   3009 TOCA            GEORGE       NM 17(

NO WARRANT/WANT NOPD COMPUTER CENTER(
NPD0000 TOCA            GEORGE      C J NM ████████ LA 505 100 BLK BRO 100 000
NPD0000 00704 N  ROCHEBLAVE ST .            NEWORLEANS LA      8P    03/08/82  999
NPD0000  030302 ── C2475 100ROYAL 1125PM ───────────── FIC LOCATION ─── 000
MONIKER CHICKENGEORGE                NM ████████ LA 505 100 BLK BRO 100 000
NPD0000  062182    C2475 608 IBERVILLE ST 0310PM            FIC LOCATION    001
NPD0000 BI=J68974    TRAFFIC I=00 C=01  CITY A=003 C=001  FELONY A=01 C=00    000
── MISD A=06 C=00(
<X/R 3009,CCN/006511192(
─JUVB R─ 3009─ ────────────────────────────── CCN/006511192(───
NPD0000 TOCA            GEORGE      C NM ████████ LA 505 100 BLK BRO(
NPD0000─ BI/J68974     TT/00  TC/01  CA/003  CC/001  FA/01  FC/00  MA/06  MC/00(
NPD0000 00421    LOYOLA      AV       1I01 F3122383        ARR-NO/JUV      987
─ ── RS 13  8-82    WARRANT ISSUED BY JUV  06/16/83 1000 AM ──      987
NPD0000 09830    LAKEFOREST BD        7D36 C2775883 ET AL  ARR-NO/JUV      989
    RS 13  8-72    RESISTING AN OFFICER  03/25/83 0700 PM            988
    RS 13  8-40    THEFT OTHER           03/25/83 0700 PM            989
─NPD0000 00424    LOYOLA      AV       1104 L2279282        ARR-NO/JUV      991─
    RS 13  8-82    WARRANT ISSUED BY JUV  12/15/82 1000 AM            990
─ ── RS 13  8-82    WARRANT ISSUED BY JUV  12/15/82 1000 AM ──      991─
NPD0000 00700 BLK N  CLAIBORNE   AV      BI01 K1303182        ARR-NO/JUV      992
    RS 13  8-63    RECKLESS DRIVING      11/12/82 1156 PM            992
NPD0000 00421    LOYOLA      AV       1I   J3001382        ARR-NO/JUV      993
    RS 13  8-82    WARRANT ISSUED BY JUV  10/25/82 1000 AM            993
NPD0000 00704 N  ROCHEBLAVE ST        8P   I2708482        ARR-NO/JUV      994
    RS 13  8-79    LOCAL RUNAWAY FROM PAR 09/17/82 0500 PM            994
NPD0000 06600    MORRISON    ST       7D01 I0897882 ET AL  ARR-NO/JUV      996
    RS 13  8-40    THEFT OTHER           09/08/82 0600 PM            995
─NPD0000 STPHILIP  & VILLERE       1J   D0090282 ET AL  ARR-NO/JUV      996
    RS 13  8-29    ARMED.ROBBERY-GUN     04/01/82 0750 PM            997
─NPD0000 04223   CHEF       HW        3M   B0401582        ARR-NO/JUV ─   999
P/N
──── RS 13  8-19    SMPLE DAMGE TO PROPETY 02/05/82 0230 PM            998
    RS 13  8-40    THEFT OTHER           02/05/82 0230 PM            999
```

EXHIBIT
86

**BULLETIN**

Supplemental on victim of Homicde and
co-perpetrator of 27-64

Homicide
_____
DISTRICT, DIVISION, SECTION          TO HDQS. BULLETIN _____

TYPE OF OFFENSE AND PEDESTRIAN/BUSINESS _Street_

UNDER ITEM # __D-24067-84__          TIME AND DATE SENT _4 ᵖᵐ 4-25-84_

INVESTI. OFF. (S). __Det. Louis Berard__

*VICTIM(S) of sig. 30  Eric Anthony Batiste  (co-perpetrator of 27-64)

AGE __17__ SEX __M__ RACE __N__ ADDRESS __formerly ███ N. Galvez__

TIME & DATE OF OFFENSE __4-23-84 6:05 AM__ LOCATION OF OFFENSE __4401 S. Broad St.__
                                                          (NAME OF BUSINESS)

POINT OF ENTRY _____ WEAPON OR TOOL USED _.22 auto_ HOW USED _____

*ARRESTED AND/OR WANTED SUBJECT(S) __Unknown at present__ DOB _____ AGE __16-17__

SEX __M__ RACE __N__ ADDRESS _____ B OF I # _____

HEIGHT_5'8"-5'10"_WEIGHT __140__ EYES _____ HAIR _short_ COMPLEXION _med_ BUILD _thin_

ARRESTED FROM _____

AND PHYSICAL MARKS (TATTOOS, SCARS) _____

CLOTHING _____


VEHICLE USED:  YEAR_____MAKE _____ BODY STYLE _____ COLOR _____ LICENSE # _____

UNUSUAL CHARACTERISTICS OF VEHICLE _____

LIST STOLEN & RECOVERED PROPERTY BY TYPE, BRAND NAME, SERIAL NUMBER, VALUE, ETC. _____

_____

_____


*REMARKS (USE REVERSE SIDE FOR ADDITIONAL REMARKS) __Subject Batiste who was presently
wanted by NOPD under Juvenile capias 201477B was shot and killed by his
unknown accomplice during the commission of an attempt armed robbery of
two pedestrians.  Subject was identified by fingerpri nts and visual identif-
ication by mother. cancel pickup.__

_____


DISPOSITION: RTF

INITIALS                              COMMANDER
                                      UNIT SENDING

*NOTE:  ADDITIONAL INFORMATION REGARDING MULTIPLE VICTIMS, ARRESTED SUBJECTS AND REMARKS MAY
         BE ADDED TO REVERSE SIDE OF FORM.

**EXHIBIT**

**87**

## BULLETIN

Homicide _____ _____ TO HDQS. BULLETIN   Supplemental to attempt armed robb[ery]
                                            murder and wanted subject

DISTRICT, DIVISION, SECTION                 TYPE OF OFFENSE AND PEDESTRIAN/BUSINESS

UNDER ITEM # _____D-24067-84_____ TIME AND DATE SENT _4-26-84   8:58_am_

INVESTI. OFF. (S). Det. Louis Berard / assisting Officer Marlon Defillo of 3rd Dist.

*VICTIM(S) of murder Eric Batiste

AGE __17_ SEX _M_ RACE _N_ ADDRESS ____■■■_ N. Galvez

TIME & DATE OF OFFENSE 4-23-84 6:05AM LOCATION OF OFFENSE  4401 S. Broad St.
                                      (NAME OF BUSINESS)
POINT OF ENTRY _____ WEAPON OR TOOL USED ___.22 cal aut_c HOW USED _shot victim_

*ARRESTED XXXX OR WANTED SUBJECT(S) _George Toca_____ DOB ■■■__ AGE __17_

SEX _M_ RACE _N__ ADDRESS _704 N. Rocheblave_____ B OF I # _J68974_

HEIGHT_____ WEIGHT _____ EYES _____ HAIR _____ COMPLEXION _____ BUILD _____

ARRESTED FROM _____

AND PHYSICAL MARKS (TATTOOS, SCARS) _____

CLOTHING _____

VEHICLE USED:  YEAR_____ MAKE _____ BODY STYLE _____ COLOR _____ LICENSE # _____

UNUSUAL CHARACTERISTICS OF VEHICLE _____

LIST STOLEN & RECOVERED PROPERTY BY TYPE, BRAND NAME, SERIAL NUMBER, VALUE, ETC. _____

_____

_____

*REMARKS (USE REVERSE SIDE FOR ADDITIONAL REMARKS) While conducting a follow up investiga[tion]
into the murder of Eric Batiste(also co-perpetrator of attrmpt armed robbery
Det. Berard was contacted by Officer Defillo of the 3rd District who related
that Toca was a known associate of Batiste's.  A further follow up investiga[tion]
~~proved~~ with a photo line up verified that Toca was the other perpetrator of
the attempt armed robbery and the perpetrator of the homicide of Batiste.
Arrest warrant of File.

DISPOSITION: RTF / Supp.

INITIALS                          COMMANDER
                                  UNIT SENDING

*NOTE:  ADDITIONAL INFORMATION REGARDING MULTIPLE VICTIMS, ARRESTED SUBJECTS AND REMARKS MAY
        BE ADDED TO REVERSE SIDE OF FORM.

EXHIBIT
tabbies
88

Parish of Orleans
State of Louisiana

### Affidavit of Kim Green

1.  I, Kim Green, am a resident of Marrero, Louisiana, and work as a hospice care nurse. I was a friend of George Toca back in 1984, when Eric Batiste got shot.

2.  George and I were close, but it was a secret from his girlfriend, Danielle Bernard, because she was very jealous. I was a teenager back then. I lived Uptown. My life was very different to George's life, as I had a mom I could rely on.

3.  The night before Eric was shot, I saw George at the Superdome dance with Danielle. This was on that Easter Sunday. Eric was there with a bunch of guys.

4.  After the dance ended I went home. George called me very early that same morning from the motel he was staying at called the MRV. We talked with one another until almost 7 a.m. I think this was because we hadn't talked in a long time as my family had moved. I got off so my mom wouldn't know I was on the phone. She didn't like me using the phone like that. She used to get up at 7 a.m. to open the grocery store that she owned.

5.  The MRV motel was near the Lafitte Project. George had stayed there before, and called me on their phone.

6.  I never testified at trial because nobody asked me to. Nobody ever even talked to me. I never met George's lawyer.


I swear that the foregoing is true and accurate to the best of my knowledge and belief, this

_28_ day of _____, 2009.

_____
KIM GREEN

_____
DAVID PARK

No. _____

My commission expires _at Death_.

EXHIBIT
**89**

State of Louisiana
Parish of Orleans

### Affidavit of Bridgette Green

COMES NOW, Bridgette Green, being duly sworn and does depose and state as follows:

1.  I, Bridgette Green, live at ▨▨▨ Walmsley, New Orleans, Louisiana, with my mother,

    Gloria Anthony. I have a younger sister named Kim Green. I work as a nurse.

2.  I knew George Toca and Eric Batiste back in the day, only enough to say hi to. They

    were friends with Kim, but I was older and didn't hang out with them.

3.  I remember George Toca getting arrested because, after we found out, Kim told me that

    she had been on the phone with him all that night of the shooting. She didn't tell me

    before because it was no big deal – she was always on the phone.

4.  We both used to talk on the phone at night when our mother was asleep and didn't know

    what was going on. She would not have let us if she knew.

5.  No one ever talked to Kim or asked her to come to George Toca's trial. Kim didn't have

    the mind to go to the police and tell them she was on the phone with him when the crime

    happened. But she has always said since that day that she was on the phone with him.

I swear that the foregoing is true and accurate to the best of my knowledge and belief, this
22nd day of _July_, 2009.

_Bridgette Green_
BRIDGETTE GREEN

NOTARY: _David Phelle_
# _77773_

MY COMMISSION EXPIRES: _at Death_

---

**EXHIBIT**
**90**

State of Louisiana
Parish of Orleans

### Affidavit of Gloria Anthony

COMES NOW, Gloria Anthony, being duly sworn and does depose and state as follows:

1.   I, Gloria Anthony, live at ███ Walmsley, New Orleans, Louisiana. I have two daughters, Bridgette and Kim (Green). I was told by investigators from Innocence Project New Orleans that they were working on a case for a client named George Toca, but I do not remember ever meeting anyone by that name.

2.   I owned and ran a grocery store on Second and Prieur in New Orleans. It was called G&G, and I opened it in March of 1982. I worked at Universal Insurance prior to opening the store, and the two jobs overlapped for a few weeks. I owned the store for 23 years. I didn't go back to the store after Hurricane Katrina.

3.   The grocery store was open from 8 AM to 7 PM every day. I worked there every day and would take a break in the afternoon. My niece would fill in for me in the afternoon and then I would go back. My niece worked at the store for a long time.

4.   During those years I woke up between 6:30 and 7:00 AM every morning, depending on how I felt, but I would be up no later than 7:00 AM. I would leave my house at 2507 General Taylor by 7:45 AM. It took about 6 minutes to drive to the store. When I got home from work, I would eat dinner, watch the 10 o'clock news, and go to bed some time afterward.

5.   I do not know about my daughters' phone habits back then, but they were not allowed to just use the phone all night. There would have been a fuss if I found out that Kim was on the phone early in the morning and she had been on all night with George Toca or anyone else. I did not think it was right for a young lady to be on the phone all night when I had to get up for work in the morning.

I swear that the foregoing is true and accurate to the best of my knowledge and belief, this _2nd_ day of _July_, 2009.

_Gloria Anthony_
GLORIA ANTHONY

NOTARY: DAVID PARK
# 87233

MY COMMISSION EXPIRES: _at Death_

EXHIBIT
**91**

State of Louisiana
Parish of West Feliciana

### Affidavit of Kenneth Dilosa

COMES NOW, Kenneth Dilosa, being duly sworn and does depose and state as follows:

1.  I, Kenneth Dilosa, am an inmate at the Louisiana State Penitentiary.  I grew up in the Iberville Projects in New Orleans.

2.  I went to junior high with Chicken George Toca at Andrew J. Bell. I also knew Eric Batiste.

3.  I was at the Superdome dance the night Eric was killed. I was with my girlfriend at the time, Roxanne. George was with his girlfriend Danielle. George and Danielle left together.

4.  I saw Eric at the dance, too. He was with Hawkeye Sean. They left together.

5.  Sean used to do robberies and Eric would go along with whatever anyone else was doing. They started off shoplifting and moved on to robberies, victimizing people.

6.  Sean used to hang out downtown, but he stopped coming around us after Eric was killed.


I swear that the foregoing is true and accurate to the best of my knowledge and belief, this
26 day of JANUARY , 2010.


*Kenneth Dilosa*
KENNETH DILOSA


*K Wenstrom   Kristin Wenstrom*
NOTARY:
# 88229

MY COMMISSION EXPIRES: upon death

**KRISTIN M. WENSTROM**
**NOTARY PUBLIC**
Parish of Orleans, State of Louisiana
Notary Number: 88229
My Commission is issued for Life.


**EXHIBIT**

**92**

State of Louisiana
Parish of West Feliciana

<u>Affidavit of Joseph Davis</u>

COMES NOW, Joseph Davis, being duly sworn and does depose and state as follows:

1.     I, Joseph Davis, am an inmate at Louisiana State Penitentiary. I grew up in the 9<u>th</u> ward in New Orleans. I used to date someone from the Lafitte and knew people from there.

2.     I met Hawkeye Sean through a mutual friend. I also knew Eric Batiste. He and Sean were super close. They used to pull armed robberies together. Sean got killed in 1985 or 1986. Eric got killed before that.

3.     Eric was off into anything. He was fast and wanted money. Hawkeye was in the same line of work. They both carried guns.

I swear that the forgoing is true to the best of my knowledge and belief this __11__ day of February, 2010.

_Joseph Davis_
JOSEPH DAVIS

Notary: DAVID PARK
#: 77273

MY COMMISSION EXPIRES: _at death_.

EXHIBIT
93

Parish: Orleans
State: Louisiana

(1) I, Beverly Yarbrough am a resident of New Orleans, LA. In 1984 I lived on ████ ████

(2) On the evening of April 22nd 1984, I saw Sean Jackson and Eric Batiste hanging together in the ~~Lafitte~~ ~~Project~~ Iberville Projects. I remember seeing Sean that particular night because he had on a brand new pair of Bally Shoes.

(3) Sean Jackson and Eric Batiste were good friends and I saw them together a few times.

(4) After Eric Batiste was killed, I didn't see Sean Jackson around as much. However, when I did see him, he appeared mentally unstable. He was a mess and was using drugs a lot. He used to dress really nice but after the murder, he didn't keep himself up well.

I swear that the above is true to my recollection on this 10-19-09 day of October 2009.

"Beverly Yarbrough"

DAVID PARK #77273

witnessed by Brandon Earing [signature] 10/19/09

EXHIBIT
94

Parish of Orleans
State of Louisiana

(1) I Sheborah Howard reside at ███████████

(2) In 1984, I resided at ████ Ursulines Ave. in New Orleans,
as I had recently moved from the Iberville Housing Projects

(3) On the day of April 22nd 1984 I saw
Shawn Jackson and Eric Batiste hanging together
in the Iberville Housing Projects.

(4) Rwenly Tarlton and I were together when we saw
Shawn Jackson and ~~Betty Tarlton~~ Eric Batiste.

(5) I frequently saw Shawn Jackson and Eric Batiste
hanging together before Eric was killed.

(6) After Eric Batiste was killed, I did not see Shawn
Jackson around as much as I did prior to his killing.

I swear under penalty of perjury that the above
statements are true to the best of my knowledge
on this 26 day of October 2009.

Kristin Wenstrom
Notary: Kristin Wenstrom

Sheborah Howard
Sheborah Howard

**KRISTIN M. WENSTROM**
**NOTARY PUBLIC**
Parish of Orleans, State of Louisiana
Notary Number: 88229
My Commission is issued for Life.

witnessed by

Brandon Early

EXHIBIT
95

Parish of Orleans;
State of Louisiana

Affidavit of Edward Smith

I, Edward Smith, do hereby attest to the following:

1. I, Edward Smith, am a resident of New Orleans, LA. Back in the 1980's I knew George Toca from having a girlfriend in the Lafitte E.S. project. Her name was Yvonne.

2. I met George through a friend named Plum, real name Charles Collins. I also knew Eric Batiste and Sean Jackson, I used to hang out with a group of people over there.

3. After Eric got killed, people were saying that Edison did it. Some people said Sean had something to do with it.

4. Sean used to be good friends with Eric and Eric was friends with Edison.

I swear that the above is true to the best of my belief, this 26th day of January, 2010.

*Edward Smith*
EDWARD SMITH

NOTARY: DAVID PARK
#77723



EXHIBIT
96

Parish of Orleans
State of Louisiana

### Affidavit of Emily Maw

BEFORE ME, the undersigned Notary, personally came and appeared Emily Maw, who after being duly sworn did depose and say that:

1.   I, Emily Maw, am a practicing attorney and the Director of Innocence Project New Orleans. I have held this position since 2004.

2.   On September 1, 2009, I went to the NOPD records office to view the original homicide file on the investigation of the homicide of Eric Batiste, NOPD item # D-24067-84.

3.   Prior to going to NOPD records on September 1, IPNO had received documents from the NOPD file on the Eric Batiste homicide on July 23, 2009.  Because some of those documents were illegible due to copy quality, my colleague, Mr. David Park, called Cherie Guggenheim on August 28, 2009, to request that we be permitted to view the originals.

4.   Pursuant to this request to view the originals, IPNO received a phone call that the documents were ready for viewing and I went to NOPD on September 1, 2009.  When I went to the records office, I was not given access to the original of the homicide file. However, I was allowed to view and copy some copies of documents from the homicide file that were of better quality than those we previously had obtained.  Those documents included:  (1) handwritten NOPD investigative notes (Exhibit 83); (2) NOPD computer print-out for George Toca (Exhibit 86); (3) NOPD bulletin of 4/25/84 (Exhibit 87); (4) NOPD bulletin of 4/26/84 (Exhibit 88).

5.   I was also given three documents which we had never previously seen. I took our existing copies of NOPD records on the Batiste homicide with me to the NOPD records room in order to cross-check and ensure we had a legible copy of the complete file.  Because I had our existing NOPD documents with me, I knew that we had never been given these documents before.  Included in the new documents I copied that day were: (1) an NOPD Daily entry of 8/15/84 (Exhibit 81); (2) NOPD Computer print-out for Sean Jackson (Exhibit 82); (3) NOPD print-out for Ralph Lomax (Exhibit 84).

Signed:  _____
              Emily L. A. Maw

SWORN AND SUBSCRIBED TO ME ON THIS 11th day of March 2010.

_____
DAVID PARK

No. 77273

My commission expires at death.

EXHIBIT
97

301-798

# DEPARTMENT OF POLICE — NEW ORLEANS, LA
## ARREST REGISTER — DISTRICT ATTORNEY'S COPY

### ARRESTEE DATA

ARRESTEE NAME: LEARSON, EDISON JR
RACE: B  SEX: M  HEIGHT: 508  WEIGHT: 130  HAIR: BLK  EYES: BRO  SKIN: DBR

ARRESTEE ADDRESS: (redacted)  STATE: LA  NATIONALITY: US

OCCUPATION: BUSBOY

ALIAS NAME: REYNES  MARITAL STATUS: SINGLE

MARKS/SCARS/TATTOOS: TAT L SHLD INTS "E.D." TAT L SHLD INT "R"

IF INJURED: ANS "NO FEEL ALRIGHT"

### ARREST DATA

LOCATION OF ARREST: 700 BLK N MIRO ST  DATE OF ARREST: 050204  TIME OF ARREST: 0945 PM  DATE OF BOOKING: 050204  TIME OF BOOKING: 0743 PM  ITEM NUMBER: E0137084

ARRESTING OFFICER'S NAME: LEBLANC  OFFICER'S SER#: 2166  CREDIT: 05

TRANSPORTING OFFICER'S NAME: HIGANOD  OFFICER'S SER#: 2166

### CHARGES AND COURT SCHEDULE

| ORDINANCE/STATUTE NO. | RELATIVE TO |
|---|---|
| RS 14-69.B | POSSESSION OF STOLEN PROPERTY VALUED AT $1400.00 |
| RS 14-108 | RESISTING AN OFFICER |
| RS 14-34.2 | BATTERY ON PZO |
| RS 14-34.2 | BATTERY ON PZO |

COURT OF TRIAL: CDC  SECTION: M  TIME OF TRIAL: 08:00 PM

### OFFENSE DATA

LOCATION OF OFFENSE: 700 BLK N MIRO ST  DATE OF OFFENSE: 050204  TIME: 0415 PM  DAY: WEDNESDAY

COMPLAINANTS OR WITNESS'S NAME: STATE OF LA

REMARKS: LEARSON WAS OBSERVED BY OFFICERS ON PASS. SIDE OF THE STOLEN VEHICLE TAMPERING WITH SAME. LEARSON UPON SEEING OFFICERS FLED AND WHEN APPREHENDED HE RESISTED AND FOUGHT POLICE. NO ENEMIES IN PP. 3RD FLOOR REC. IN CASE OF EMERGENCY NOTIFY GLADYS MARTIN GRANDMOTHER PHONE# 945-9722.

JUDGE BOND 1500, 1500, 1500, 1500
ADA REC 7000, 500
5000

EXHIBIT 98

SIGNATURE: DEP C RODRIGUEZ



# Harry F. Connick
## District Attorney of New Orleans
### State of Louisiana

**TIMOTHY J. McELROY**
FIRST ASSISTANT DISTRICT ATTORNEY

619 SOUTH WHITE STREET
NEW ORLEANS, LOUISIANA 70119
504/822-2414
www.noda.new-orleans.la.us

March 15, 2002

Ms. Emily Bolton
636 Baronne Street
New Orleans, LA 70113

RE:  State vs Edison Learson
301-798

Dear Ms. Bolton:

Accompanying this correspondence is a copy of the record you requested.

Sincerely,

PETER F. BRANDT
Executive Assistant District Attorney

PFB/tcb

EXHIBIT
99

DISTRICT ATTORNEY
PARISH OF ORLEANS
WITNESS WORK SHEET

301-798

| TRANS TOTE | DEFENDANT'S NAME (Last) | First | Middle | ITEM NO. | DA'S NO. | MAGISTRATE OR COURT CASE | R OF I NO. |
|---|---|---|---|---|---|---|---|
| | Lawson Clifton | | | E137084 | 14-7089 | 254/58 | |

| NO. | POLICE NAME, RANK, BADGE NO. AND SERIAL CREDIT # | ADDRESS |
|---|---|---|
| 1. | P/o Curtis McClelland | Third Dist |
| 2. | P/o James Hernandez | |
| 3. | P/o Darrell Morgan | |
| 4. | P/o Julie Jones | |

OTHER WITNESS — LIST IN ORDER OF CALL

| NO. | NAME | ADDRESS |
|---|---|---|
| 5. | Andrew Bradford | 1101 Colony Rd 3713 Richland |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |

DATES SUBPOENAS MAILED OR WITNESS NOTIFIED

TYPES OF WITNESS CODES

FIRST DIGIT
A . Arresting Officer
B . Accusing Officer
D . Investigating Officer
1 . Other, PD
2 . Victim
3 . Eyewitness
4 . Fingerprint
5 . Handwriting
6 . Narc. Chemist
C . Other, Chemist
7 . Other, Expert

SECOND DIGIT
Essential
Non-Essential

FORM DFDA    000848

B452 0324       0000 0345

OFFICE OF THE DISTRICT ATTORNEY
PARISH OF ORLEANS
SCREENING ACTION FORM

DATE RECEIVED FROM NOPD
5-16-84          4 5 0 4 5 1 1 0 5 0

ACCEPTED          REFUSED          DIVERTED

DEFENDANT'S NAME
LARSON          WILSON          P.

DEFENDANT'S ADDRESS
639 N. DERBIGNY ST.

| | 3-27-84 | October | | | |

| ITEM NO. | ARREST NO. | CHARGES ACCEPTED | | | | | CHARGE CODE |
|---|---|---|---|---|---|---|---|
| | | CHARGE | | | | | |
| E137884 | 897779 | weapon | 4 | 0 | A | | |
| | | Battery | 4 | 20 | B | | |

| ITEM NO. | ARREST NO. | CHARGES REFUSED OR DIVERTED | | | | DISPOSITION | CHARGE CODE |
|---|---|---|---|---|---|---|---|
| E137884 | 897779 | Poss | 8 | 30 | D | W | |
| | | Battery PD | 14 | 40 | D | 84 | |
| | | | | 50 | E | 84 | |

REFUSAL REASONS:

REMARKS AND OFFENSE SUMMARY

000843

CLERK OF COURT CASE FILE

Control No. A 64092

**NEW ORLEANS POLICE DEPARTMENT**
**EVIDENCE/PROPERTY CARD**

Class 3S

Item No. D-24067-84    Catalog No. 35B/39G1    Affidavit No.

Time/Date Confiscated: 7:00PM 4-23-84    Received From: CIB-Homicide L. Berard #44

Time/Date Received: 10:05AM 4-23-84    Received By: Galmon

Confiscated From: Accused/Deceased    Address: 1532 Tulane

Owner: Accused    Telephone No.

Owner's Address:

Accused: Unknown NM    Address:

Court: CDC    Date Arrested:    Charges: 64/30

Describe Property:   E1-1 pair torned jeans; E2-1 marroon T-shirt torned;
E3-1 white under shirt torned; E4-1 pair black socks; E5-1 pair
white under shorts torned; E6-1 pair Converse tennis shoes;
P1-1 yellow metal chain 18 inch; P2-1 Benrus wrist watch;
P3-1 yellow metal "Christ Head" pendant../...............

I certify this to be a true, and correct copy of the
original official document on file in the Record
Room of the New Orleans Police Department.

(Name)    (Date) 6/14/10

Custodian of Records - New Orleans Police Department.
NOT VALID WITHOUT DEPARTMENT SEAL.

**EXHIBIT**
tabbies
**100**

4-24-84

# CORONER'S OFFICE
## DAY RECORD

SS NO. ..........................
Driver ..........................
Wagon Out ..........................
Wagon In ..........................

Cert. __4/24__ 198**4**

729

Item No. D-24067-84

Informant DR. LATTIKMAN

3837

Date... 23 April 84   Time 6:55 AM   Telephone No. 3837

Name Wht ERIC ANTHONY Baptiste Batiste

Address 633 No. Galvez St.

Age 17½ Sex M Race B Marital Status u/m P.B. No

Date of Death 23 April 84   Occupation _____ Nativity J_c_

Place of Death CHArity

Adm. to Hospital 23April 84 @ 6:25am Undertaker J. J. Willis

Received By BARNES   Reported to Dr. Jupin

Autopsy By CO Dr Jupin on 4-24-84 @ 845am Wt 125 Ht 56" Box No.

---

## VIOLENT DEATHS:

To Scene: Coroner .......... Investigator .......... Photographer .......... Photo No. D-43-8

B of I Printed L. Nettles 2724/P. MacKinney Seal No. .......... N.O.P.D. No.

By Picture

Identified By Mrs. Jeannetta Batiste   Address 633 N. Galvez St.

In presence of Smith, E.J.

Pub. Adm.:( ) ..........

@ 6:25am

History: Pronounced dead by:

Dec was transported to hospital by N.J.P.D.

Adm' G-SW to head

Cause of death same

Dec was involved in an armed robbery attempt with another

perpetrator. 2nd perpetrator was shooting at victims but

his partner received the bullet.

Incident happened at Napoleon + Fontainebleau Dr

4401 So. Broad St. place of occurrence. (P)

Final Diagnosis: Gunshot wound to head with depressed

skull fracture and cerebral laceration.

Homicide: Happened in front of 4401 So. Broad

St. on 4-23-84

To Toxicologist For

Analysis On

E.R. Jupin, MD

Assistant Coroner

Case No. 118

EXHIBIT
tabbies
101

Wht Baptiste

# JOHN S. KELLER
### ATTORNEY AT LAW
### NOTARY PUBLIC

SUITE 2102, ENTERGY BUILDING
639 LOYOLA AVENUE
P.O. BOX 56367
NEW ORLEANS, LA 70156-6367

(504) 588-9173
TELECOPIER (504) 588-9972
e-mail:joske@bellsouth.net

ALSO ADMITTED IN THE
STATE OF COLORADO

Date:   February 21, 2001

Emily Bolton, Esquire
636 Baronne Street
New Orleans, LA  70113



Re:   Request for Records under Public Records Act

State of Louisiana
versus   GEORGE TOCA

Case Number:   301-875

Dear  Ms. Bolton:

This acknowledges receipt of your request for records under the Public Records Act. Please be advised that the record requested contains an estimated 216 pages. The cost of copies at a reduced rate is 50¢ per page unless made from microfilm. The reduced rate for microfilm copies is 75¢ per page. A warehouse fee of $3.00 may be assessed as well as the cost for significant postage.

Except for Grand Jury information and District Attorney work product, all contents of the file will be copied, including duplicative material contained therein. The quality of copies cannot be assured as some copies must be made from copies. As a matter of note to you, District Attorney files do not contain trial testimony and transcripts, jury instructions, or the like. Some police departments records can be obtained only from the Police Department.

Should you desire a copy of this record, please remit the sum of $ 114.00  payable to the District Attorney, Parish of Orleans. After receipt of payment, the subject records will be copied and mailed to you at the above address. In the event that we have over-estimated the number of documents to be copied for which you have paid, a refund will be sent to you separately.

Yours truly,

JOHN S. KELLER
Assistant District Attorney

---

**EXHIBIT**

**102**

tabbies®

State of California
County of Los Angeles

### Affidavit of David Park

COMES NOW, David Park, being duly sworn and does depose and state as follows:

1. I, David Park, am an attorney at law licensed in the State of Louisiana. I became a licensed attorney in 2004. I worked as an attorney at Innocence Project New Orleans from April, 2004 to March, 2010.

2. Before becoming an attorney, I worked as a **law clerk** at Innocence Project New Orleans from 2001-2004.

3. For most of my time at Innocence Project New Orleans, I worked on the case of <u>George Toca v. Burl Cain</u>. The case was investigated before Mr. Toca's original post-conviction application was filed in 2004. In 2002, we began talking to witnesses in the case.

4. No information given to us by the witnesses we talked to in this case was known to us before we interviewed and obtained statements or affidavits from them. It is the policy of this office to interview witnesses and obtain statements or affidavits as quickly thereafter as is practicable. Therefore, all of the facts contained in the witness statements or affidavits submitted in support of Mr. Toca's post-conviction pleadings filed by Innocence Project New Orleans became known to Mr. Toca's lawyers on or about the date of the statement given by each witness. None of the information obtained from witnesses was known by this office before we began interviewing witnesses in 2002.

5. George Toca had one prior lawyer assist him with post-conviction proceedings in his case, Arcenious Armond. When we obtained Mr. Armond's file, it contained no information from any witnesses other than a statement taken by the police from one of the two eyewitnesses, Todd Struttmann, who testified at trial.

6. Our office requested Mr. Toca's District Attorney file in 2001.

I swear that the foregoing is true and accurate to the best of my knowledge and belief, this 14th day of June, 2010.

DAVID PARK

NOTARY: _____
# _____

MY COMMISSION EXPIRES: _____

↳ See Attached Notarial Certificate

[signature] 6-14-2010

EXHIBIT
**103**

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _Los Angeles_ }

On _June 14, 2010_ before me, _Young H. Shin, a Notary Public_
Date                              Here Insert Name and Title of the Officer

personally appeared _DAVID PARK._
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _Young a Sh_
Signature of Notary Public

> YOUNG H. SHIN
> COMM. # 1746768
> NOTARY PUBLIC-CALIFORNIA
> LOS ANGELES COUNTY
> My Comm. Exp. June 19, 2011

Place Notary Seal and/or Stamp Above

--- **OPTIONAL** ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Affidavit of David Park_   RE: George Toca v. Burl Cain, State of Louisiana

Document Date: _6-14-2010_   Number of Pages: _One page plus_

Signer(s) Other Than Named Above: _His Certificate_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____

☐ Corporate Officer — Title(s): _____
☐ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

| RIGHT THUMBPRINT OF SIGNER |
| Top of thumb here |

Signer's Name: _____

☐ Corporate Officer — Title(s): _____
☐ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

| RIGHT THUMBPRINT OF SIGNER |
| Top of thumb here |

©2008 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

State of Louisiana
Parish of Orleans

### Affidavit of Todd Phillips

COMES NOW, Todd Phillips, being duly sworn and does depose and
state as follows:

1.  I, Todd Phillips, am an Orleans Parish prisoner being held on
    a drug possession charge. My case is currently pre-trial.

2.  I grew up in the same neighborhood as George Toca and Eric
    Batiste, and was friends with the same kids in the Lafitte
    project that they were friends with. I know that George did
    not shoot Eric Batiste.

3.  A whole group of us went to the Superdome dance the night
    before the shooting. It included George Toca, Eric Batiste,
    Edison Learson, Troy Learson, Sterling Lambert, Robert
    Fulford, Brian English, and Ivory Johnson. We stayed until the
    early morning, maybe about 1:30 - 2:00 AM, then left. George
    Toca and his girl had already left by themselves to go to the
    MRV motel on Ursulines.

4.  Our group left to go to a place called Bill's Bar & Lounge out
    on Roman or Annette Street. We stayed until the place shut,
    which was around 5:30 - 6:00 AM.

5.  We all left in Sterling Lambert's van, a green and white van
    that was wired up for music. We called it the "war wagon"
    because when we piled up in it we were ready for war.

6.  We all went back to the project in the war wagon, and everyone
    went inside except for Eric and Edison Learson. They weren't
    ready to go to sleep and went off somewhere.

7.  The next evening, which was Monday, we found out that Eric was
    dead. We heard from Edison that he and Eric were trying to
    armed rob a couple of folks, and Eric was tussling with a
    white dude and got shot by accident. Edison was crying when he
    said this to us.

8.  George Toca was not Eric Batiste that morning. He did not
    commit this crime. I know he is innocent because Edison told
    us himself that he was the one with Eric that morning when
    Eric got shot.

I swear that the foregoing is true and accurate to the best of my
recollection, this _14_ day of _12, mo_, 2006.

_Todd Phillips_
TODD PHILLIPS

_David Park_
Notary Name
No. _28973_

--

EXHIBIT
104

J #67200

**FAMILY SERVICES**
**NEW ORLEANS POLICE DEPT.**
**PERSONAL HISTORY FORM**

District 3
Zone 005

| Name | BATISTE, ERIC ANTHONY | | | | | Alias | | | | | | | |

Address – Phone
633 N. GALVEZ ST., 821-0383

| Race | Sex | Code | Date of Birth | Certificate # | Place of Birth | Last School Attended |
| B | M | E. | | | New Orleans La. | De Paul |

Fathers Name: Rodney Batiste — Address: Unk — Employment: Unk — Phone: Unk

Mother: Jenetta Batiste

Mothers Maiden Name: Jenetta Varnum — Address: Same — Employment: Warwick Hotel — Phone: None

Step(Mother or Fathers) Name — Address — Employment — Phone

Resides With (Name & Relationship): Mother Jenetta Batiste

Height: 4'6   Weight: 58   Eyes: Brown   Hair: Black   Complexion: Med

Tattoos, Gold Teeth, Etc.: Large Scar inner right leg

Juveniles Signature: x Eric Batiste

Remarks or useful Information

Date and Officer that engaged and detained Juvenile

1. Det. B. Jones 7-19-82   2. Re-Photo P. Oubre 1-7-83.

| Date & Time of Arrest | Item | Offense | Date, Time & Location of Offense | F.S.D. Officer Assigned | Badge # | Arresting Officer | Badge # | Custody | Dist. & Zone of Offense | Code | Disp. | Height & Weight at Arrest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-12-81 9:00P | E.81 13294 | Begging by Tapdancing | 500 Bourbon 5-12-81 9:00 P | P. Oubre 2038 | | J Bernard 186 D. Nuessly 1350 | | 0 | 1 G | 68 | 8 | 4'6 58 cm |
| 1:40AM 12-31-81 | U32205 | THEFT POSSESSION OF STOLEN PROPERTY | 12-31-81 1:30AM 29 ROYAL ST. | J. VERRETT 1666 | | R. BLACK564 | | 0 | 1G | 40 | 8 | 4'6 60 |
| 2-13-82 6:45PM | B14142 | THEFT | 2-13-82 6:45PM 5700 read | " | | D. HUGHES 553 | | " | " | | | " " |
| 7-19-82 4:30pm | G20677 | Possession Of A Stolen Auto | 7-19-82 6:10pm 900 City Park | T.BUNCH 807 | | W. McINNIS 1363 | | 0 | 7M | 36 | 8 | 5'0 100 |
| | | Resisting Arrest | | Jones | 1654 | Luther 1974 | | "1 | 3R06 | 43 | 8 | " " |
| 7/22/82 1:30PM | E- 32581 | THEFT | 5/28/82 2:00PM 2239 URSULINE | L. THOMAS2092 | | E. COOPER2091 | | 1 | 3R-02 | 72 | 8 | 5' 100# |
| | 2466 | ATTEMPT THEFT | 6/3/82 9:30PM 1233 N. BROAD ST. | " | | " | | " | 3V-02 | 40 | 8 | " " |
| | 190 | THEFT | 6/6/82 8:15PM 2135 ORLEANS | " | | " | | " | 3N08 | 40 | 8 | " " |
| | F-8306 | THEFT | 6/15/82 757 N. CLAIBORNE AVE. | " | | " | | " | 3L-08 | 40 | 8 | " " |
| | F-21316 | THEFT | 2239 URSULINE 6/15P | " | | " | | " | 3N-08 | 40 | 8 | " " |

(210)

EXHIBIT 105

UCN # 41/844    J #    Card ___ of ___

| Date of Arrest | Item | Offense | Date & Location of Offense | F.S.D. Officer Assigned | Badge # | Arresting Officer | Badge # | Custody | Dist. & Zone of Offense | Code | Disp. | Height & Weight at Arrest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-31-83 8:10pm | B36483 | Bicycle Theft | 5-31-83, 8:05pm Dreyfrou & Tennis Ct. Lane | A. Gilds | | Lt. K. Barbin 920 | | 0 | 3rd S05 | 38 | 8 | 5'1 1 |
| 8-10-83 10:30 am | H-10995 | JUVENILE WARRANT 200062A | 7-1-83  10am 421 LOYOLA | L.REECH | 812 | LAWLESS BONIO   1539 | | 9 | 1 I | 82 | 8 | 5'1/12 |
| 11-7-83 3:30P | K7041 | Criminal Trespassing Possession of Valium 47 Tablets | 11-7-83 3,A. 2624 Esplanade | P. Oubre  2038 | | J. Rice  1890 D. Morgan 2345 | | 1 | 3 YO4 | 411 | | 125 5'6 |
| " | " | " | " | " | | " | | " | " | 9349 | | " |

(211)



JGCHIST

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

07/16/02

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

ITEM-NO = A082447-82     DATE = 010882     SIGNAL = 103     CODE = N2C     LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST     UNIT = 808C

TIME-RECV = 0128:29          TIME-DISP = 0129:09          TIME-ONSC = 0132:23          TIME-CLOS = 0225:03          DISPO = NAT

OPERATOR-POSITION = CMP4          OPERATOR-NO = 096          DISPATCH-POSITION = DSP 1          DISPATCH-NO = 004

COMPLAINANTS-NAME = MS MOORE          ADDRESS = MRV HOTEL          PHON-NO = 821-8702

COMPLAINANTS-TEXT = GUEST//95K INV---W/M, 5'7, RED HAIR, MOUSTACH, DK JACKET/TAN SHIRT

TIME  ACTIVITY
0129  DISP  808
0132  ONSONE808C
0133  CODE-4808
0154  ASSIST847
0154  ONSONE847C
0154  TRANS 847      CLU
0156  TRANS 808      CLU
0158  TRCOMP847
0200  TRCOMP808
0212  CLEAR 847
0225  CLRAL808  NAT  A=2
0225  CLOSED

EXHIBIT
106
tabbies®

1320

```
JCCHIST                          NEW ORLEANS POLICE DEPARTMENT                    07/16/02
                                    DATA SYSTEMS SECTION

                                       COMPLAINT HISTORY
                                    CHISTS FOR 1100 N PRIEUR ST
                                    01/01/82 THRU 01/01/99

ITEM-NO = A11530-82    DATE = 011182   SIGNAL = 67   CODE = N1E   LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST   UNIT = 801C

TIME-RECV = 0209:06    TIME-DISP = 0218:29   TIME-ONSC = 0223:29   TIME-ONSC = 0252:59   TIME-CLOS = 0252:59   DISPO = RTF

OPERATOR-POSITION = CMP6   OPERATOR-NO = 064   DISPATCH-POSITION = DSP4   DISPATCH-NO = 058

COMPLAINANTS-NAME = JUNE MOORE        ADDRESS =                    PHON-NO = 821-8700

COMPLAINANTS-TEXT = MRV HOTEL

TIME  ACTIVITY
0215  HOLD
0218  DISP  801
0223  ONSCNE801C
0252  CLEAR 801      RTF
0252  CLOSED
1619  ACCNUMA2855-2    18JAN82 133
```

JGCHIST

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

07/16/02

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

ITEM-NO = A12589-82     DATE = 011282     SIGNAL = 107     CODE = N2B     LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST     UNIT = 808C

TIME-RECV = 0139:16     TIME-DISP = 0140:32     TIME-ONSC = 0140:50     TIME-CLOS = 0144:50     DISPO = NAT

OPERATOR-POSITION = CMP4     OPERATOR-NO = 082     DISPATCH-POSITION = DSP1     DISPATCH-NO = 019

COMPLAINANTS-NAME = MS DIXIE WILLIAMS/     ADDRESS = MRV HOTEL     PHON-NO = 821-8700

COMPLAINANTS-TEXT = B/M WEARING CREAM COLOR    SUIT WALING AROUND THE HOTEL//POSS CASISNG THE HOTEL//THE MAN IS NOT A GUESTTHERE/ --

TIME  ACTIVITY
0140  DISP 808      /
0141* ASSIST810      #138
0144  ONSCNE808C
0144  ONSCNE810C
0147  CODE-4808
0200  TRANS 808     CLU
0203  FROM808
0215  FREMPT810C
0229  CLRALL808     NAT
0229  CLOSED

1322

JGCHIST

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

07/16/02

ITEM-NO = A30029-82      DATE = 012982      SIGNAL = 20      CODE = N1A      LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST      UNIT = 801C

TIME-RECV = 0035:56          TIME-DISP = 0120:48          TIME-ONSC = 0129:00          TIME-CLOS = 0259:03          DISPO = RTF

OPERATOR-POSITION = CMP6          OPERATOR-NO = 109          DISPATCH-POSITION = TAC1          DISPATCH-NO = 077

COMPLAINANTS-NAME = MR SAM                    ADDRESS = MANAGER                    PHON-NO = MRV HOTEL.

COMPLAINANTS-TEXT = 821-8700, VEH HAS GONE THROUGH BRICK      WALL----NO KNOWN INJURIES AT THIS TIME

TIME  ACTIVITY
0038  HOLD
0120  DISP 801
0129  ONSCNE801C
0219  RELOC 801     ESPLANDE/N BROAD
0259  CLRALL801     RTF
0259  CLOSED
1446  ACCNUMA6829-2    02FEB82 133

1323

JGCHIST

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

07/16/02

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

ITEM-NO = B01375-82     DATE = 020282     SIGNAL = 103F     CODE = N2B     LOCATION = 1100 N PRIEUR ST #206 NEAR GOV NICHOLL     UNIT = 807A

TIME-RECV = 1220:00     TIME-DISP = 1220:45     TIME-ONSC = 1223:12     TIME-CLOS = 1320:03     DISPO = NAT

OPERATOR-POSITION = CMP6     OPERATOR-NO = 112     DISPATCH-POSITION = DSP4     DISPATCH-NO = 038

COMPLAINANTS-NAME = MS GWEN HIGGIN     ADDRESS = MRV HOTEL     PHON-NO = 821-8700

COMPLAINANTS-TEXT = FIGHTING INSIDE OF THE SAID LOG //NFI

TIME  ACTIVITY
1220  HOLD
1220* DISP  810  #138
1221  ASSIST807A
1223  ONSCNE807A
1226  CODE-4810
1230  PREMPT810A
1320  CLEAR 807  NAT
1320  CLOSED

1324

```
JGCHIST                                                                    07/16/02

                        NEW ORLEANS POLICE DEPARTMENT
                           DATA SYSTEMS SECTION
                            COMPLAINT HISTORY
                       CHISTS FOR 1100 N PRIEUR ST
                         01/01/82 THRU 01/01/99

ITEM-NO = B09667-82    DATE = 020982    SIGNAL = 59    CODE = H1A   LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST    UNIT = 4079

TIME-RECV = 2046:35    TIME-DISP = :    TIME-ONSC = :    TIME-CLOS = 2116:49    DISPO = V01

OPERATOR-POSITION = CMP5    OPERATOR-NO = 117    DISPATCH-POSITION =    DISPATCH-NO =

COMPLAINANTS-NAME = MS K NORRIS    ADDRESS =    PHON-NO = 821-8700

COMPLAINANTS-TEXT = COMP STATES SHE IS HOLDING A 13 Y/O JUV : MALE//NOT HAVING TROUBLE

TIME  ACTIVITY
2047  HOLD
2115  SUPP 085,,,,,,  1C-22
2116  CANCEL033
```

1325

JGCHIST                                                                        07/16/02

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

ITEM-NO = F12431-82    DATE = 061182    SIGNAL = 18    CODE = N1H    LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST    UNIT = 801A

TIME-RECV = 0857:05    TIME-DISP = 1003:47    TIME-ONSC = 1005:31    TIME-ONSG = 1006:02    DISPO = UNF

OPERATOR-POSITION = CMP8    OPERATOR-NO = 081    DISPATCH-POSITION = DSP4    DISPATCH-NO = 074

COMPLAINANTS-NAME =    ADDRESS =    PHON-NO =

COMPLAINANTS-TEXT =    TAN COLORED #365B217 VEH PK IN AREA FOR SEVERAL DAYS POSS 67A

TIME    ACTIVITY
0902    HOLD
1003    DISP 801    #111
1005    ONSCNE801A
1006    CLEAR 801    UNF
1006    CLOSED

1326

```
JGCHIST                                    NEW ORLEANS POLICE DEPARTMENT                              07/16/02
                                              DATA SYSTEMS SECTION
                                               COMPLAINT HISTORY
                                          CHISTS FOR 1100 N PRIEUR ST
                                              01/01/82 THRU 01/01/99

ITEM-NO = G03092-82    DATE = 070382    SIGNAL = 112    CODE = N1A    LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST    UNIT = 4079

TIME-RECV = 1425:52    TIME-DISP =  :    TIME-ONSC =  :    TIME-CLOS = 1447:07    DISPO = V01

OPERATOR-POSITION = CMP7    OPERATOR-NO = 040    DISPATCH-POSITION =    DISPATCH-NO =

COMPLAINANTS-NAME = MR VENABLE    ADDRESS = MRV HOTEL    PHON-NO =

COMPLAINANTS-TEXT = HAP 10 MINS AGO;BM IN BLU CHEV #185X732    POSED AS UNDERCOVER POLICE OFF

TIME  ACTIVITY
1434  HOLD
1446  SUPP  056,,,,,,  10-22 MRVENABLE REASON*VERIFIED PERSONS IDENTITY
1447  CANCEL038
```

1327

```
JGCHIST                                    NEW ORLEANS POLICE DEPARTMENT                    07/16/02
                                              DATA SYSTEMS SECTION

                                                COMPLAINT HISTORY
                                            CHISTS FOR 1100 N PRIEUR ST
                                             01/01/82 THRU 01/01/99

ITEM-NO = GO6005-82      DATE = 070582      SIGNAL = 103      CODE = N1A    LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST    UNIT = 1982

TIME-RECV = 1921:48      TIME-DISP = 1929:18      TIME-ONSC = 1934:27      TIME-ONSC = 1934:27      TIME-CLOS = 1948:29      DISPO = NAT

OPERATOR-POSITION = CMP2      OPERATOR-NO = 019      DISPATCH-POSITION = DSP6      DISPATCH-NO = 051

COMPLAINANTS-NAME = MS CATHERINE BENOIT      ADDRESS =              PHON-NO = 822-1782

COMPLAINANTS-TEXT =      JUVS///POSS 34 INV

TIME  ACTIVITY
1922  HOLD
1929  DISP 1982
1934  ONSCNE1982
1948  CLEAR 1982  NAT
1948  CLOSED
```

1328

```
JGCHIST                                    NEW ORLEANS POLICE DEPARTMENT                        07/16/02
                                              DATA SYSTEMS SECTION
                                                 COMPLAINT HISTORY
                                          CHISTS FOR 1100 N PRIEUR ST
                                              01/01/82 THRU 01/01/99

ITEM-NO = H11922-82    DATE = 081082    SIGNAL = 21    CODE = N1B    LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST    UNIT = 806C

TIME-RECV = 2335:29         TIME-DISP = 2346:07         TIME-ONSC = 2352:13         TIME-CLOS = 2358:44         DISPO = NAT

OPERATOR-POSITION = CMP6         OPERATOR-NO = 043         DISPATCH-POSITION = DSP7         DISPATCH-NO = 011

COMPLAINANTS-NAME = MS WILLIAMS         ADDRESS = MRV HOTEL         PHON-NO = 821-8700

COMPLAINANTS-TEXT = SEE COMP IN OFFICE//NFI

TIME    ACTIVITY
2337    HOLD
2346    DISP 806
2352    ONSCNE806C
2358    OLDS1067-N1
2358    CLRALL806   NAT   21
2358    CLOSED
```

1329

JGCHIST

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

07/16/02

ITEM-NO = 101650-82      DATE = 090282      SIGNAL = 103      CODE = N1C   LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST      UNIT = 808A

TIME-RECV = 1317:18      TIME-DISP = 1318:08      TIME-ONSC =      TIME-ONSG = :      TIME-CLOS = 1322:20      DISPO = NAT

OPERATOR-POSITION = CMP2      OPERATOR-NO = 112      DISPATCH-POSITION = DSP7      DISPATCH-NO = 009

COMPLAINANTS-NAME = MR BENABLE      ADDRESS = MRV HOTEL      PHON-NO = 821-8700

COMPLAINANTS-TEXT = CUSTOMER

TIME  ACTIVITY
1318  DISP 808
1322  CLEAR 808      NAT
1322  CLOSED

1330

JGCHIST

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

07/16/02

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 07/01/99

ITEM-NO = I08250-82    DATE = 090882    SIGNAL = 103    CODE = N1A    LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST    UNIT = 804C

TIME-RECV = 0029:29    TIME-DISP = 0031:08    TIME-ONSC = 0036:02    TIME-CLOS = 0039:05    DISPO = NAT

OPERATOR-POSITION = CMP4    OPERATOR-NO = 089    DISPATCH-POSITION = DSP7    DISPATCH-NO = 096

COMPLAINANTS-NAME = MR LESLIE VENABLE/MGR    ADDRESS = MRV MOTEL    PHON-NO = 821-8700

COMPLAINANTS-TEXT = 82 INVL REFUSE TO LEAVE

TIME  ACTIVITY
0031  DISP 804
0033  SUPP 089,,,,, 10-22 BY COMPL 82'S GONE
0036  ONSCNE804C
0039  CLEAR 804    NAT
0039  CLOSED

1331

```
JCCHIST                          NEW ORLEANS POLICE DEPARTMENT                              07/16/02
                                      DATA SYSTEMS SECTION
                                       COMPLAINT HISTORY
                                CHISTS FOR 1100 N PRIEUR ST
                                      01/01/82 THRU 01/01/99

ITEM-NO = 110770-82   DATE = 091082   SIGNAL = 103   CODE = N1G   LOCATION = 1100 N PRIEUR ST #BLK NEAR GOV NICHOLL   UNIT = 808A

TIME-RECV = 0932:10   TIME-DISP = 1004:50        TIME-ONSC = :        TIME-CLOS = 1013:54        DISPO = NAT

OPERATOR-POSITION = CMP7    OPERATOR-NO = 084       DISPATCH-POSITION = DSP4      DISPATCH-NO = 046

COMPLAINANTS-NAME = REF              ADDRESS =                  PHON-NO =

COMPLAINANTS-TEXT = SCHOOL KIDS PLAYING HOOKY FROM SCHOOL,,KIDS ON STEPS INAREA

TIME   ACTIVITY
0933   HOLD
1004   DISP 808A
1013   CLEAR 808     NAT
1013   CLOSED
```

1332

JGCHIST

NEW ORLEANS POLICE DEPARTMENT          07/16/02
DATA SYSTEMS SECTION

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

ITEM-NO = 127711-82   DATE = 092482   SIGNAL = 103   CODE = N1A   LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST   UNIT = 803C

TIME-RECV = 2246:13   TIME-DISP = 0004:39          TIME-ONSC = 0010:31          TIME-CLOS = 0024:16          DISPO = NAT

OPERATOR-POSITION = CMP8   OPERATOR-NO = 087          DISPATCH-POSITION = DSP6          DISPATCH-NO = 058

COMPLAINANTS-NAME = KEVIN VIRDURE          ADDRESS = MRV MOTEL          PHON-NO =

COMPLAINANTS-TEXT = FRIEND

TIME  ACTIVITY
2247  HOLD
0004  DISP  803C
0010  ONSCNE803C
0024  CLRALL803
0024  CLOSED        NAT

1333

```
JGCHIST                                                                07/16/02

                          NEW ORLEANS POLICE DEPARTMENT
                             DATA SYSTEMS SECTION

                               COMPLAINT HISTORY
                             CHISTS FOR 1100 N PRIEUR ST
                              01/01/82 THRU 01/01/99

ITEM-NO = J20133-82    DATE = 101882    SIGNAL = 103    CODE = N2C    LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST    UNIT = 804A

TIME-RECV = 0901:15    TIME-DISP = 0906:03    TIME-ONSC = 0909:08    TIME-ONSG = 0906:03    TIME-CLOS = 1009:55    DISPO = NAT

OPERATOR-POSITION = CMP4    OPERATOR-NO = 084    DISPATCH-POSITION = DSP7    DISPATCH-NO = 067

COMPLAINANTS-NAME = JUNE    ADDRESS = M R V HOTEL    PHON-NO = 821-1173

COMPLAINANTS-TEXT = UNK MALE INSIDE RM 101


TIME   ACTIVITY
0906   DISP 804
0909   ONSCNE804A
0910   CODE-4804
0916   ASSIST807
0916   ONSCNE807A    CLU 2X
0926   TRANS 804
0928   PREMPT807A
0932   TRCOMP804
1006   OLDSIG63-N2
1006   MISC SIG CHANGE BY OP 67
1009   CLEAR 804    NAT
1009   CLOSED


                                                1334
```

JGCHIST

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

07/16/02

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

ITEM-NO = L23374-82          DATE = 122182          SIGNAL = 103F          CODE = N2B          LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST          UNIT = 312B

TIME-RECV = 1836:30          TIME-DISP = 1837:15          TIME-ONSC = 1841:21          TIME-CLOS = 1856:42          DISPO = NAT

OPERATOR-POSITION = CMP2          OPERATOR-NO = 116          DISPATCH-POSITION = DSP4          DISPATCH-NO = 005

COMPLAINANTS-NAME = MS LOUISE RELA          ADDRESS = M R B HOTEL #102          PHON-NO = 821-1173

COMPLAINANTS-TEXT =          N F I

TIME    ACTIVITY
1837    DISP 312B
1837    ASSIST1937
1841    ONSCNE1937
1842    ONSCNE312B
1843    CODE-4312
1856    CLRALL312    NAT
1856    CLOSED

1335

```
JGCHIST                          NEW ORLEANS POLICE DEPARTMENT                          07/16/02
                                    DATA SYSTEMS SECTION

                                       COMPLAINT HISTORY
                                  CHISTS FOR 1100 N PRIEUR ST
                                     01/01/82 THRU 01/01/99

ITEM-NO = L29949-82    DATE = 122782    SIGNAL = 21    CODE = N2A    LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST    UNIT = 2057

TIME-RECV = 1451:46    TIME-DISP = 1457:12    TIME-ONSC = 1501:25    TIME-ONSC = 1501:25    TIME-CLOS = 1505:32    DISPO = UNF

OPERATOR-POSITION = CMP5    OPERATOR-NO = 040    DISPATCH-POSITION = DSP4    DISPATCH-NO = 046

COMPLAINANTS-NAME = REL-MRS MOORE    ADDRESS = MRV HOTEL    PHON-NO =

COMPLAINANTS-TEXT = POSS 65;FEMALE ROBBED MALE;MALE    CHASING FEMALE;NFI                               -

TIME   ACTIVITY
1453   HOLD
1457   DISP  2057
1457   ASSIST302
1457   ASSIST1932
1501   ASSIST764B
1501   ONSCNE764B
1501   ONSCNE2057
1502   CODE-42057
1503   ONSCNE302B
1503   ONSCNE1932
1503   PREMPT302B
1505   CLRALL2057  UNF
1505   CLOSED

                                              1336
```

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

07/16/02

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

JGCHIST

ITEM-NO = C30565-83    DATE = 032783    SIGNAL = 64K    CODE = N2A    LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST    UNIT = 301C

TIME-RECV = 2240:53    TIME-DISP = 2247:06    TIME-ONSG = 2247:06    TIME-ONSG = 0006:08    DISPO = UNF

OPERATOR-POSITION = CMP8    OPERATOR-NO = 124    DISPATCH-POSITION = TAC1    DISPATCH-NO = 028

COMPLAINANTS-NAME = RELAYED MESS WILLIAMS    ADDRESS = M RV HOTEL    PHON-NO = 821-8700

COMPLAINANTS-TEXT = NM,RED/BLK FLANDLET    SHIRT,BLU JEANS,SUBJECT HAD 2 BUCTHER KNIVES,HEADED IN A DOWN TOWN DIRECTION ONP -
RIEUR//// JUST HAPPENED,SEE CMP ON

| TIME | ACTIVITY | |
|------|----------|---|
| 2242 | HOLD | 1ST BC NORESPONSE |
| 2247 | DISP | 1934 |
| 2247 | ONSCNE | 1934 |
| 2247 | CODE-4 | 1934 |
| 2248 | MISC | 1934    PLAYING AREA |
| 2249 | MISC | 1934    SEND UNIT FOR REPORT |
| 2251 | MISC | 1934    UNIT FORREPORT |
| 2254 | MISC | 1934    BADGE #1559 |
| 2305 | PREMPT | 1934 |
| 2306 | HOLD | FOR 1MAN REPORT UNIT |
| 2337 | OLDSIG64K-N2 | |
| 2337 | DISP | 301 |
| 2346 | ONSCNE | 301C |
| 0006 | CLEAR | 301    UNF    NCOA |
| 0006 | CLOSED | |

1337

JGCHIST                                                                              07/16/02

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

ITEM-NO = E28809-83        DATE = 052583        SIGNAL = 103        CODE = N1C    LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST        UNIT = 304C

TIME-RECV = 0436:20        TIME-DISP = 0436:44        TIME-ONSC = 0445:28        TIME-CLOS = 0504:53        DISPO = NAT

OPERATOR-POSITION = CMP2        OPERATOR-NO = 055        DISPATCH-POSITION = TAC1        DISPATCH-NO = 096

COMPLAINANTS-NAME = MS VENADLA        ADDRESS = MRV HOTEL        PHON-NO = 821-8700

COMPLAINANTS-TEXT = CUSTOMER

TIME    ACTIVITY
0436    DISP 304C
0445    ONSCNE304C
0504    CLEAR 304    NAT
0504    CLOSED

1338

JCGHIST

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

07/16/02

ITEM-NO = H26356-83    DATE = 082383    SIGNAL = 18A    CODE = N1H    LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST    UNIT = 3833

TIME-RECV = 1306:27    TIME-DISP = :    TIME-ONSG = :    TIME-CLOS = 1306:27    DISPO = NAT

OPERATOR-POSITION = CMP5    OPERATOR-NO = 125    DISPATCH-POSITION = 3833    DISPATCH-NO =

COMPLAINANTS-NAME = NAT    ADDRESS = VENABLE    PHON-NO =

COMPLAINANTS-TEXT = 821-8700, BLU/CHEVY 1976,,,,ALA 2C05311 LICPLATES

TIME ACTIVITY

1339

JGCHIST

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

07/16/02

ITEM-NO = L31806-83      DATE = 123183      SIGNAL = 63      CODE = N1A   LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST      UNIT = 302A

TIME-RECV = 0620:28      TIME-DISP = 0654:55      TIME-ONSC = 0704:37      TIME-CLOS = 0732:37      DISPO = NAT

OPERATOR-POSITION = CMP4      OPERATOR-NO = 096      DISPATCH-POSITION = DSP4      DISPATCH-NO = 101

COMPLAINANTS-NAME = MR VENABLE      ADDRESS = MRV HOTEL      PHON-NO = 827-8700

COMPLAINANTS-TEXT = N/M, 6'0, 175-180 LBS, STOCKING CAP ON HEAD, BLU JACKET---SUBJ IS NOT GUEST OF HOTEL, BUT HAS BEEN R -
OAMINGHALLS, NOW SITTING AT FRT DO

| TIME | ACTIVITY |
|------|----------|
| 0630 | HOLD |
| 0654 | DISP  302 |
| 0655 | ASSIST1935 |
| 0704 | ONSCNE1935 |
| 0709 | ONSCNE302A |
| 0726 | MISC  302 |
|      | NO RESPONSE MILITARY #361-2300 |
|      | NAT |
| 0732 | CLEAR 302 |
| 0732 | CLEAR1935 |
| 0732 | CLOSED |

1340

```
JOCHIST                          NEW ORLEANS POLICE DEPARTMENT                    07/16/02
                                    DATA SYSTEMS SECTION
                                     COMPLAINT HISTORY
                              CHISTS FOR 1100 N PRIEUR ST
                                  01/01/82 THRU 01/01/99

ITEM-NO = L32672-83    DATE = 123183    SIGNAL = 94F    CODE = N1A    LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST    UNIT = 302C

TIME-RECV = 2216:41    TIME-DISP = 2305:23    TIME-ONSC = 2311:23    TIME-ONSC = 2315:42    DISPO = UNF

OPERATOR-POSITION = CMP5    OPERATOR-NO = 119    DISPATCH-POSITION = DSP4    DISPATCH-NO = 043

COMPLAINANTS-NAME = VENABLE                   ADDRESS = MVR MOTEL              PHON-NO = 821-8700

COMPLAINANTS-TEXT =    KIDS THROWING FIREWORKS INTO    PROPERTY OF MOTEL ON TOP OF GUESTS CARS

TIME  ACTIVITY
2217  HOLD
2305  DISP 302
2311  ONSCNE302C
2315  CLEAR 302  UNF
2315  CLOSED
```

                                    1341

JGCHIST                                                                07/16/02

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION
COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

ITEM-NO = A06435-84   DATE = 010684   SIGNAL = 18   CODE = N1H   LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST   UNIT = 4079

TIME-RECV = 2054:55   TIME-DISP =  :   TIME-ONSC =  :   TIME-CLOS = 2108:04   DISPO = VOI

OPERATOR-POSITION = CMP4   OPERATOR-NO = 022   DISPATCH-POSITION =   DISPATCH-NO =

COMPLAINANTS-NAME = MR VENABLE   ADDRESS = MRV HOTEL   PHON-NO = 821-8700

COMPLAINANTS-TEXT = RED/WHITE PONITAC BLOCKING THE D/W

TIME  ACTIVITY
2057  HOLD
2107  SUPP 128,,,,,, 10-22
2108  CANCEL069

1342

```
JCCHIST                                                                  07/16/02

                        NEW ORLEANS POLICE DEPARTMENT
                             DATA SYSTEMS SECTION

                               COMPLAINT HISTORY
                        CHISTS FOR 1100 N PRIEUR ST
                            01/01/82 THRU 01/01/99

ITEM-NO = A11465-84    DATE = 011284    SIGNAL = 20    CODE = N1E    LOCATION = 1100 N PRIEUR ST #BLK NEAR GOV NICHOLL    UNIT = 301C

TIME-RECV = 0401:27     TIME-DISP = 0422:07    TIME-ONSC = 0425:59    TIME-CLOS = 0431:29    DISPO = UNF

OPERATOR-POSITION = CMP1    OPERATOR-NO = 086              DISPATCH-POSITION = DSP4    DISPATCH-NO = 072

COMPLAINANTS-NAME = MR LUTHER                ADDRESS = 1125 N PRIEUR         PHON-NO = 827-1603

COMPLAINANTS-TEXT =    GREY VEH STRUCK PARKED    VEHICLES IN AREA

TIME   ACTIVITY
0401   HOLD
0422   DISP  301
0425   ONSCENE301C
0431   CLEAR 301    UNF
0431   CLOSED
```

1343

JCCHIST

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

07/16/02

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

ITEM-NO = B27063-84     DATE = 022784     SIGNAL = 103     CODE = N1G     LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST     UNIT = 304B

TIME-RECV = 0011:50     TIME-DISP = 0016:46     TIME-ONSC = 0024:24     TIME-ONSC = 0024:24     TIME-CLOS = 0031:33     DISPO = NAT

OPERATOR-POSITION = CMP1     OPERATOR-NO = 032     DISPATCH-POSITION = DSP6     DISPATCH-NO = 072

COMPLAINANTS-NAME = MS GWEN     ADDRESS =     PHON-NO = 821-8700

COMPLAINANTS-TEXT =     MRV MOTEL//GUEST REF TO LEAVE

TIME   ACTIVITY
0016   DISP 304
0024   ONSCNE304B
0031   OLDSIG103-N2
0031   CLRALL304   NAT   103
0031   CLOSED

134.

JGCHIST

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

07/16/02

ITEM-NO = C17607-84     DATE = 031684     SIGNAL = 21     CODE = N1H     LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST     UNIT = 302C

TIME-RECV = 0020:15     TIME-DISP = 0107:02     TIME-ONSC = 0120:40     TIME-CLOS = 0133:06     DISPO = NAT

OPERATOR-POSITION = CMP1     OPERATOR-NO = 118     DISPATCH-POSITION = TAC1     DISPATCH-NO = 072

COMPLAINANTS-NAME = MISS ANDREWS     ADDRESS =     PHON-NO = 821 8702

COMPLAINANTS-TEXT = COMP WANTS TO SEE POLICE ABOUT A     STRANGER THAT KEEPS INQUIRING AT HER JOB ABOUT HER AND QUESTIONING -
HER CHILDREN

| TIME | ACTIVITY |
|------|----------|
| 0026 | HOLD |
| 0107 | DISP 302 |
| 0120 | ONSCNE302C |
| 0133 | CLRALL302    NAT |
| 0133 | CLOSED |

1345

JGCHIST                                                              07/16/02

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

ITEM-NO = C32822-84    DATE = 033084    SIGNAL = 103    CODE = N1C    LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST    UNIT = 302C

TIME-RECV = 0312:48    TIME-DISP = 0313:36    TIME-ONSC =  :    TIME-CLOS = 0338:06    DISPO = NAT

OPERATOR-POSITION = CMP5    OPERATOR-NO = 076    DISPATCH-POSITION = DSP6    DISPATCH-NO = 049

COMPLAINANTS-NAME = MS SHIRLEY LORIO    ADDRESS =    PHON-NO =

COMPLAINANTS-TEXT = BOYFRIEND//SEE COMP AT THE MRV MOTEL

TIME   ACTIVITY
0313   DISP 302
0331   RELOC 302   1215 N JOHNSON
0338   CLRALL302   NAT
0338   CLOSED

1346

JGCHIST

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

07/16/02

ITEM-NO = D24022-84    DATE = 042384    SIGNAL = 100    CODE = N1E    LOCATION = 1100 N PRIEUR ST #BLK NEAR GOV NICHOLL    UNIT = 311C

TIME-RECV = 0331:21    TIME-DISP = 0333:45    TIME-ONSC = 0405:55    TIME-CLOS = 0525:42    DISPO = RTF

OPERATOR-POSITION = CMP5    OPERATOR-NO = 094    DISPATCH-POSITION = TAC1    DISPATCH-NO = 089

COMPLAINANTS-NAME = PEARL DUPARTE/REL    ADDRESS =    PHON-NO = 821-0944

COMPLAINANTS-TEXT =

```
TIME    ACTIVITY
0333    DISP  311C
0405    ONSCNE311C
0410    RELOC 311    STATION
0426    RELOC 311    4644 STEPHEN GIRARD
0525    CLEAR 311    RTF
0525    CLOSED
1624    ACCNUMD6462-4    27APR84 133
```

1.347

JGCHIST                                                                07/16/02

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

ITEM-NO = E01535-84      DATE = 050284      SIGNAL = 67      CODE = K1A    LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST      UNIT = 311A

TIME-RECV = 1227:05            TIME-DISP = 1256:59            TIME-ONSC = 1258:58            TIME-CLOS = 1312:58                    DISPO = UNF

OPERATOR-POSITION = CPO4            OPERATOR-NO = 083            DISPATCH-POSITION = DSP3                    DISPATCH-NO = 115

COMPLAINANTS-NAME = MR LESTIE VENIBLE            ADDRESS = MRV HOTEL                    PHON-NO = 821-1173

COMPLAINANTS-TEXT = SEE COMP IN ROOM 111

TIME    ACTIVITY
1227    HOLD
1231    SUPP  087,,,,CALL BACK BANCROFT (MCI),,,SEE CANDICEDICKENS,,,PERP IS EDIE PARR
1231    OLDS1G67-N1 OLDGOD 1E
1256    DISP 311
1257    MISC 311        GUN---169K296--SMITH--WESSON
1258    ONSCNE311A
1312    CLEAR 311UNFNCOA
1312    CLOSED

1343

```
JGCH 1ST                                    NEW ORLEANS POLICE DEPARTMENT                              07/16/02
                                            DATA SYSTEMS SECTION
                                            COMPLAINT HISTORY
                                            CHISTS FOR 1100 N PRIEUR ST
                                            01/01/82 THRU 01/01/99

ITEM-NO = F06194-84    DATE = 060684    SIGNAL = 103    CODE = N1B    LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST    UNIT = 302C

TIME-RECV = 0308:35    TIME-DISP = 0309:24    TIME-ONSC = 0312:58    TIME-CLOS = 0319:32    DISPO = NAT

OPERATOR-POSITION = CP00    OPERATOR-NO = 094    DISPATCH-POSITION = DSP1    DISPATCH-NO = 096

COMPLAINANTS-NAME = MRS BURTHLONG    ADDRESS = MRV HOTEL    PHON-NO = 821-8070

COMPLAINANTS-TEXT = CUSTOMER

TIME  ACTIVITY
0309  DISP 302C
0312  ONSONE302C
0319  CLEAR 302    NATN
0319  CLOSED
```

1349

```
                                    NEW ORLEANS POLICE DEPARTMENT                              07/16/02
JCCHIST                                 DATA SYSTEMS SECTION

                                          COMPLAINT HISTORY
                                    CHISTS FOR 1100 N PRIEUR ST
                                         01/01/82 THRU 01/01/99

ITEM-NO = 112033-84    DATE = 091184    SIGNAL = 65    CODE = N1C   LOCATION = 1100 N PRIEUR ST NEAR GOV NICHOLLS ST    UNIT = 303C

TIME-RECV = 0226:30         TIME-DISP = 0232:03        TIME-ONSC = 0237:52        TIME-CLOS = 0335:49         DISPO = UNF

OPERATOR-POSITION = CP04        OPERATOR-NO = 101          DISPATCH-POSITION = DSP1        DISPATCH-NO = 072

COMPLAINANTS-NAME = CEOLA BURTHLONT             ADDRESS = MRV HOTEL                    PHON-NO = 821 1173

COMPLAINANTS-TEXT = FRIEND, 67 INV

TIME   ACTIVITY
0228   HOLD
0232   DISP 322
0237   ONSCNE322B
0245   OLDS1G103-N2
0246   MISC 322    HOLD FOR REPORT CAR
0246   PREMPT322B
0246   HOLD
0256   SUPP 072,,,,SEE LAWRENCE WECKER IN FRONT LOCATION
0313   OLDS1G65-N2
0314   DISP 303
0318   ONSCNE303C
0335   CLEAR 303    UNFN
0335   CLOSED
```

1350

JGCHIST

NEW ORLEANS POLICE DEPARTMENT
DATA SYSTEMS SECTION

COMPLAINT HISTORY
CHISTS FOR 1100 N PRIEUR ST
01/01/82 THRU 01/01/99

07/16/02

ITEM-NO = K19102-84    DATE = 111784    SIGNAL = 34S    CODE = N1B    LOCATION = 1100 N PRIEUR ST #BLK NEAR GOV NICHOLL    UNIT = 303B

TIME-RECV = 2027:04    TIME-DISP = 2027:54    TIME-ONSC = 2028:33    TIME-CLOS = 2236:13    DISPO = RTF

OPERATOR-POSITION = CP05    OPERATOR-NO = 091    DISPATCH-POSITION = TAC2    DISPATCH-NO = 011

COMPLAINANTS-NAME = MRS BARNES    ADDRESS =    PHON-NO =

COMPLAINANTS-TEXT = EUR  NFI

| TIME | ACTIVITY |
|------|----------|
| 2027 | HOLD |
| 2027 | DISP 1801 |
| 2028 | ASSIST324B |
| 2028 | ASSIST303 |
| 2028 | ONSCNE324B |
| 2028 | MISC 324    REQ EUR CODE 3 |
| 2029 | ASSIST302 |
| 2029 | CODE-4324 |
| 2029 | MISC 324    64G INV |
| 2030 | ASSIST803 |
| 2032 | CLEAR 303 |
| 2033 | CLEAR 302 |
| 2034 | MISC 324    SUBJ SHOT IN THE BACK |
| 2034 | ONSCNE1801 |
| 2035 | ONSCNE1803 |
| 2035 | PREMPT1801 |
| 2036 | SUPP 125 ,,,,,CHNO NTFY |
| 2038 | SUPP 069 ,,,,, C1B (DELUGGA) NTFD |
| 2038* | ASSIST310    #214 |
| 2050 | CLEAR 310 |
| 2055 | TRANS 324    CHNO C3 |
| 2058 | TRANS 1803    CHNO |
| 2058 | TRCOMP1803 |
| 2058 | TRCOMP324 |
| 2059 | ASSIST303 |
| 2059 | ONSCNE303B |
| 2059 | PRI 303 |
| 2103 | OLDLOC1916 GOV NICHOLLS ST |
| 2105 | MISC 303    NO CRIME LAB UNIT NEEDED |
| 2105 | CLEAR 324 |
| 2135 | CLEAR 1803 |
| 2207 | PREMPT303B |
| 2207 | HOLD |
| 2222 | OLDCOD2B |
| 2222 | HOLD |
| 2236 | DISP 303B |
| 2236 | ONSCNE303B |
| 2236 | CLEAR 303    RTF |
| 2236 | CLOSED |
| 1351 | ACCNUML4746-4    26NOV84 137 |

1351

# STATE OF LOUISIANA

## THIS RECORD IS VALID FOR DEATH ONLY

6181671

STATE OF LOUISIANA
### CERTIFICATE OF DEATH

STATE FILE NO. **119** . 8 5 1 0 9 7 2

BIRTH NO. _____

| 1A. LAST NAME OF DECEASED | 1B. FIRST NAME | 1C. SECOND NAME | 2A. DATE OF DEATH | MONTH | DAY | YEAR |
|---|---|---|---|---|---|---|
| JACKSON | SEAN | C. | MAY | 23, | 1985 |

| 2B. HOUR OF DEATH | 3. SEX | 4. COLOR OR RACE | 5. Married / Never Married / Widowed / Divorced | 6. SURVIVING SPOUSE (if wife, give maiden name) |
|---|---|---|---|---|
| 3:20 M | MALE | BLACK | | |

| 7. DATE OF BIRTH OF DECEASED | 8. AGE OF DECEASED (Yrs) / Months / Days / Hours / Min. | 9A. BIRTHPLACE City State (Country if not U.S.) | 9B. CITIZEN OF WHAT COUNTRY? |
|---|---|---|---|
| | 17 | NEW ORLEANS, LA. | USA |

| 10A. USUAL OCCUPATION (Give kind of work done during most of working life) | 10B. KIND OF BUSINESS OR INDUSTRY | 10C. EVER IN U.S. ARMED FORCES? Yes ☐ No ☒ | 11. SOCIAL SECURITY NUMBER |
|---|---|---|---|
| UNEMPLOYED | | | |

| 12A. CITY, TOWN, OR LOCATION OF DEATH | 12B. PARISH OF DEATH |
|---|---|
| NEW ORLEANS | ORLEANS |

| 12C. NAME OF HOSPITAL OR INSTITUTION (If not in Hospital or Institution, give street address or location) | 12D. Inpatient ☐ / OP/Emer. Rm ☐ / DOA ☐ | 12E. IS DEATH INSIDE CITY LIMITS? Yes ☒ No ☐ |
|---|---|---|

| 13A. CITY OR TOWN | 13B. PARISH | 13C. STATE |
|---|---|---|
| NEW ORLEANS | ORLEANS | LOUISIANA |

| 13D. STREET ADDRESS - (If rural give location) | 13E. IS RESIDENCE INSIDE CITY LIMITS? Yes ☒ No ☐ |
|---|---|

| 14A. FATHER'S NAME | Last | First | Second | 14B. FATHER'S PLACE OF BIRTH | City | State | Country if not U.S. |
|---|---|---|---|---|---|---|---|
| | UNK | | | | UNK | | |

| 15A. MOTHER'S MAIDEN NAME | Last | First | Second | 15B. MOTHER'S PLACE OF BIRTH | City | State | Country if not U.S. |
|---|---|---|---|---|---|---|---|
| | JACKSON | BARBARA | | | NEW ORLEANS, La. | | |

| I certify that the above stated information is true and correct to the best of my knowledge. | 16A. SIGNATURE AND ADDRESS OF INFORMANT | 16B. DATE OF SIGNATURE |
|---|---|---|
| | ✗ Barbara Jackson 2643 Rousseau | 5-24-85 |

PART I. DEATH WAS CAUSED BY: — Enter only one cause per line for (A), (B), and (C).

| 17 | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| Conditions, if any, which gave rise to immediate cause (A) stating the underlying cause last | Immediate Cause (A) Gunshot wound of chin penetration of | |
| | Due to (or as a consequence of) (B) base of tongue, and pharynx and | |
| | Due to (or as a consequence of) (C) spine | |

| PART II. OTHER SIGNIFICANT CONDITIONS | Conditions contributing to death but not related to cause given in Part I (A) | 18A. AUTOPSY Yes ☐ No ☐ | 18B. If yes were findings considered in determining cause of death? Yes ☐ No ☐ |
|---|---|---|---|

| 19A. ACCIDENT / SUICIDE / HOMICIDE | 19B. DESCRIBE HOW INJURY OCCURRED (Enter nature of injury in Part I or II of Item 17) |
|---|---|
| | Happened in 3700 Italia St (Courtyard) on 5-23-85 |

| 19C. TIME OF INJURY Hour / Month / Day / Year | |
|---|---|
| M | |

| 19D. INJURY OCCURRED While at work ☐ / Not while at work ☐ | 19E. PLACE OF INJURY at Home, Farm, Street, Factory, Office Building, etc. (Specify) | 19F. CITY, TOWN, OR LOCATION |
|---|---|---|
| | | CORONER'S OFFICE - PARISH ORLEANS |

| 20. I CERTIFY THAT I ATTENDED THE DECEASED From / To | and that death occurred on the date and hour stated above. | 21A. SIGNATURE AND ADDRESS OF PHYSICIAN | 21B. DATE |
|---|---|---|---|
| | | ✗ F. Minyard, M.D. & V. 2700 Tulane | 5/30/85 |

| 22A. BURIAL / CREMATION / REMOVAL ☐ | DATE THEREOF 5/28/85 | 22B. NAME AND LOCATION OF CEMETERY OR CREMATORY PROVIDENCE PARK METAIRIE, LA. |
|---|---|---|

| 23A. SIGNATURE AND ADDRESS OF FUNERAL DIRECTOR | GERTRUDE GEDDES WILLIS FUNERAL HOME | 23B. LICENSE NUMBER |
|---|---|---|
| ✗ Wydell M. Jackson 2120 Jackson Ave. n.o. la. | | 1161 |

| 24. BURIAL TRANSIT PERMIT NUMBER 49494 | 25. PARISH OF ISSUE Orleans | 26. DATE OF ISSUE 5-24-85 | 27. SIGNATURE OF LOCAL REGISTRAR ✗ Stanley G. Brown |
|---|---|---|---|

DEC 22 2009





EXHIBIT
**107**

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA — R.S. 40:32, ET SEQ.

*Darlene W. Smith*

STATE REGISTRAR

# DEPARTMENT OF POLICE
### NEW ORLEANS, LA.

## ARREST REGISTER - MAGISTRATE OR MUNICIPAL COURT COPY

### ARRESTEE DATA

| ARRESTEE NAME | | | RACE | SEX | BIRTH DATE | HEIGHT | WEIGHT | HAIR | EYES | SKIN | ARREST NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOCA | GEORGE | C JR | N | M | | 505 | 125 | BLK | BRO | DBR | 00897155 |

| ARRESTEE ADDRESS | CITY | STATE | BIRTH STATE | NATIONALITY | BUREAU OF ID NO. |
|---|---|---|---|---|---|
| N ROCHABLAVE ST | NEWORLEANS | LA | LA | US | |

| OCCUPATION | EMPLOYER | MOTION NUMBER |
|---|---|---|
| | | 00651192 |

| ALIAS NAME | | MARITAL STATUS | SOCIAL SEC. NO. | OPERATOR'S LICENSE NO. | LIC. ST. | YEAR |
|---|---|---|---|---|---|---|
| GEORGE | CHICKEN | SINGLE | | | | |

MARKS - SCARS - TATTOOS - ETC.    ND FBI A

IF INJURED DESCRIBE BY WHOM, AND IF TREATED; IF INTOXICATED DESCRIBE TO WHAT DEGREE      | ADDICT | METHADONE |
ANS. "I BEEN SHOT TWICE IN BACK AND IN HAND BULLET IN CHEST"

| LICENSE NUMBER | LIC. ST. | YEAR | VEH. YR. | MAKE | MODEL | TYPE | COLOR | VEHICLE IDENTIFICATION NUMBER | DISPOSITION |
|---|---|---|---|---|---|---|---|---|---|
VEHICLE INVOLVED

### ARREST DATA

| LOCATION OF ARREST | DIST. & ZONE | DATE OF ARREST | TIME OF ARREST | DATE OF BOOKING | TIME OF BOOKING | ITEM NUMBER |
|---|---|---|---|---|---|---|
| N ROCHABLAVE ST | 3B06 | 042784 | 1215 AM | 042784 | 0616 AM | D2406784 |

| ARRESTING OFFICER'S NAME | | OFFICER'S SER. | UNIT | ARREST CREDIT |
|---|---|---|---|---|
| GAI | E | 596 | 304 | 03 |

| TRANSPORTING OFFICER'S NAME | | OFFICER'S SER. | UNIT |
|---|---|---|---|
| DEFILLO | M | 654 | 304 |

### CHARGES AND COURT SCHEDULE

| ORDINANCE/STATUTE NO. | AFFIDAVIT NO. | RELATIVE TO | ☐ FOR ADDITIONAL CHARGES SEE SUPPLEMENTARY ARREST REGISTER |
|---|---|---|---|
| 1 RS 14-27-64 | | ATTEMPTED ARMED ROBBERY | |
| 2 RS 14-30 | | MURDER | |
| 3 RS 14-27-64 | | ATTEMPTED ARMED ROBBERY | |
| 4 | | | |
| 5 | | | |

| COURT OF TRIAL | SECTION | | DATE OF TRIAL | | TIME OF TRIAL |
|---|---|---|---|---|---|
| CDC | M | 051184 | | 0600 PM | |

BOND

### OFFENSE DATA

| LOCATION OF OFFENSE | | DATE OF OFFENSE | TIME OF OFFENSE | DAY OF WEEK | WEAPON |
|---|---|---|---|---|---|
| 4401 BROAD ST | | 042384 | 0605 PM | MONDAY | |

| COMPLAINANTS OR WITNESSES' NAME | | RACE | SEX | BIRTH DATE |
|---|---|---|---|---|
| 1. BATISTE | ERIC | N | M | |

| ADDRESS | CITY | STATE | TELEPHONE NUMBER |
|---|---|---|---|
| 633 N GALVEZ ST | NEWORLEANS | LA | |

| COMPLAINANTS OR WITNESSES' NAME | RACE | SEX | BIRTH DATE |
|---|---|---|---|
| 2. | | | |

| ADDRESS | CITY | STATE | TELEPHONE NUMBER |
|---|---|---|---|
| | | | |

REMARKS: BRIEF DESCRIPTION OF ARREST; USE SPACE FOR INFORMATION NOT PROVIDED IN BLOCKS

OFFICERS GAI AND DEFILLO AT 12:12 A.M. 4-27-84 MADE A WANTED CHECK AT 794 NORTH ROCHABLAVE FOR GEORGE TOCA WHO WAS WANTED FOR TWO COUNTS OF ARMED ROBBERY, AND A HOMICIDE UNDER ITEM NUMBER D-24067-84, TOCA WAS ALSO WANTED UNDER ITEM NUMBER D-9538-84 FOR AGGRAVATED BATTERY BY SHOOTING. OFFICERS FOUND THE SUBJECT AT HOME ICHTS, AND TRANSPORTED HIM TO CENTRAL LOCKUP AND CHARGED ACCORDINGLY. F#248485

6-20-10

146934

A True Copy
Deputy Clerk.

SIGNATURE
P. B. MAGEE
Parish of Orleans 6240 AM

SIGNATURE
DEP. S. CORDIER

| FOREMAN (TYPE NAME) | TIME IN | DESK SERGEANT (TYPE NAME) |
|---|---|---|

EXHIBIT 108

CRIMINAL DISTRICT COURT OF ORLEANS PARISH, LOUISIANA
Page   1
SECTION "G"   Judge: THE HONORABLE JULIAN PARKER
Minute Clerk: MARCELLE BUTSCHER
Court Reporter: TAMMY JOSEPH
Assist. D.A.: EUSI PHILLIPS
GEORGE HESNI/JAMES MYERS
OIDP Attorney: KEITH HURT

Date: **WEDNESDAY**, June 16, 2010
Case Number: 301-875
State of Louisiana
    versus
GEORGE C TOCA JR         Violation: RS 14 30.1

THE DEFENDANT, GEORGE C TOCA JR, APPEARED BEFORE THE COURT FOR
EVIDENTIARY HEARING WITH COUNSEL, CALVIN JOHNSON, EMILY MAW AND

KRISTEN WENSTROM.
ADAS, DONNA ANDRIEU AND NISHA SANDHU, PRESENT ON BEHALF OF
THE STATE.
OPENING REMARKS MADE BY ATTORNEY JOHNSON ON BEHALF OF THE
DEFENSE.
OPENING REMARKS MADE BY ADA ANDRIEU ON BEHALF OF THE STATE.

DEFENSE PROVIDED THE COURT WITH A BINDER LABELED:

-APPLICANT'S EXHIBITS 6/16/10.

THE DEFENSE CALLED THE FOLLOWING WITNESSES, WHO, AFTER BEING DULY
SWORN BY THE COURT GAVE TESTIMONY AND WERE CROSS EXAMINED BY THE
STATE:

    JEANETTA BATISTE, WHO IDENTIFIED DEFENDANT IN OPEN COURT.
    VERNELL DAVENPORT
    TODD PHILLIPS
    KEVIN TERVALON

DEFENSE MOVED TO CALL REGINALD MAGEE; HOWEVER, WITNESS
MAGEE REFUSED TO TESTIFY.  COURT APPOINTED ATTORNEY, KENDALL
GREEN, OPD, TO REPRESENT WITNESS MAGEE.  AFTER MEETING WITH
WITNESS MAGEE, ATTORNEY GREEN NOTED THAT WITNESS MAGEE
HAS BEEN ADVISED OF HIS RIGHTS AND THE CONSEQUENCES OF NOT
TESTIFYING AND THAT WITNESS MAGEE STILL INTENDS TO NOT TESTIFY.

    DEMETRA WEST
    TRACY PRATT
    HENRY JULIEN
    JOYCE DOLLIOLE

-DEFENSE MOVED TO CALL ATTORNEY, SONNY ARMOND, AS A WITNESS
IN THIS MATTER; HOWEVER, MR. ARMOND HAD BEEN SITTING IN COURT
DURING TESTIMONY IN THIS MATTER; THEREFORE, COURT DENIED
DEFENDANT'S REQUEST TO CALL SONNY ARMOND IN THIS MATTER.

THE DEFENSE MARKED AND INTRODUCED THE FOLLOWING EXHIBITS INTO
EVIDENCE FOR THE PURPOSE OF THIS HEARING ONLY:

*****-APPLICANT'S EXHIBITS 6/16/10 AND THE FOLLOWING WERE
PROVIDED TO WITNESSES DURING TESTIMONY.

    D-001    NOPD DAILY: 5/15/84
    D-004    NOPD BULLETIN: 4/25/84
    D-012    STATEMENT: ANNE MARIE COLLINS
    D-013    STATEMENT: TODD STRUTTMAN
    D-027    AFFIDAVIT: PATRICIA FULFORD
    D-045    AFFIDAVIT: REGINALD MAGEE
    D-046    AFFIDAVIT: REGINALD MAGEE
    D-051    NOPD SUPP. REPORT: 4/23/84
    D-052    ARREST REGISTER: GEORGE TOCA
    D-056    PHOTOGRAPH
    D-057    PHOTOGRAPH
    D-058    PHOTO LINE UP

(CONTINUED)

Clerk's Office.   7/21/20
A True Copy
                    Deputy Clerk
    Criminal District Court
                  Parish of Orleans

EXHIBIT
109
tabbies

CRIMINAL DISTRICT COURT OF ORLEANS PARISH, LOUISIANA
                                                   Page   2
        SECTION "G"   Judge: THE HONORABLE JULIAN PARKER

Date: **WEDNESDAY**, June 16, 2010
Case Number: 301-875
State of Louisiana
        versus
GEORGE C TOCA JR                    (CONTINUED)

  D-060   CORRESPONDENCE


AFTER ARGUMENT, BOTH THE DEFENSE AND STATE SUBMITTED THE
MATTER TO THE COURT.

AFTER ARGUMENT AND A REVIEW OF THE RECORD AND THE EXHIBIT BINDER
AND ADDITIONAL EXHIBITS ENTERED AT THE HEARING; COURT
PLACED ITS REASON FOR RULING ON THE RECORD AND DENIED
DEFENDANT'S APPLICATION OF POST-CONVICTION RELIEF.
COURT NOTED DEFENSE'S OBJECTION AND ITS INTENT TO SEEK REVIEW.

THIS CASE IS CLOSED FOR THIS DEFENDANT.



                        MARCELLE BUTSCHER, Minute Clerk








EXHIBIT
110

State of Louisiana
Parish of West Feliciana

### Affidavit of Kenneth Dilosa

COMES NOW, Kenneth Dilosa, being duly sworn and does depose and state as follows:

1.    I, Kenneth Dilosa, am an inmate at the Louisiana State Penitentiary.  I grew up in the
      Iberville Projects in New Orleans.

2.    I went to junior high at Andrew J. Bell. I used to go to the MRV hotel on Ursulines and
      Prieur.

3.    I started going to the MRV when I was 14 or 15. I would cut class and go. They would
      never ask for ID. I had to sign a card, but I didn't have to use my real name.


I swear that the foregoing is true and accurate to the best of my knowledge and belief, this
_26_ day of _JANUARY_, 2010.


_Kenneth Dilosa_
KENNETH DILOSA


**KRISTIN M. WENSTROM**
**NOTARY PUBLIC**
Parish of Orleans, State of Louisiana
Notary Number: 88229
My Commission is issued for Life.

_L Wenstrom_
NOTARY: _Kristin Wenstrom_
# _88229_

MY COMMISSION EXPIRES: _upon death_.


**EXHIBIT**

tabbies

_lll_

Parish of Orleans
State of Louisiana

### Affidavit of Henry P. Julien, Jr.

COMES NOW, Henry P. Julien, Jr., being duly sworn and does depose and state as follow:

1. I, Henry P. Julien, Jr., am an attorney in the State of Louisiana. I have engaged in the practice of law since 1972 as a prosecutor from 19 75 - 19 78, a private practitioner from 1982 - 1998, and currently as a partner at a firm.

2. I have been interviewed by members of Innocence Project New Orleans to discuss my recollections of the case of George Toca.

3. I represented George Toca in 1985 in his trial for first-degree murder. I recall that it was about an armed robbery that ended in a shooting outside an Uptown store, around Broad and Napoleon. Two guys tried to rob a young couple; one guy had a gun, and the couple struggled with the other guy. The guy ended up shooting his accomplice.

4. I don't remember the District Attorney's office giving me much of the file. I think the DA's office may have given me an initial police report. Nothing in those documents referred to the witnesses' descriptions of the shooter's height and weight.

5. The Innocence Project staff showed me the witnesses' statements from the case, which contained specific descriptions of the shooter that did not resemble George Toca at all. The height and weight were significantly off, and there was no mention of gold teeth, which George has. I have never seen these documents before. I would have howled about that information at trial if I'd had them.

6. These documents were never turned over to me – not before the trial, during the trial, or after the trial. The first time I saw them was when they were brought to my attention by the Innocence Project.

I swear under penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief, this _____ day of _____, 2009.

SIGNED: Henry P. Julien, Jr.

NOTARY: _____
DWAYNE O. LITTAUER
Notary Public, State of Louisiana
La. Bar No. 14147
My Commission is issued for life.

No. _____

My commission expires: _____

EXHIBIT
112




