UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GEORGE TOCA** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-2292** |
| **BURL CAIN, WARDEN** | **SECTION: "A"(6)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

IT IS HEREBY ORDERED that petitioner's motion to reopen the above-captioned action (rec. doc. 18) is GRANTED.

IT IS FURTHER ORDERED that petitioner's motion for leave to amend his application for a writ of habeas corpus (rec. doc. 19) is GRANTED.

IT IS FURTHER ORDERED that thereafter, the above-captioned action will, once again, be ADMINISTRATIVELY CLOSED, reserving petitioner's right, within 30 days

after he has exhausted his state court remedies, to reopen the above-captioned action with the benefit of the instant action's filing date.

IT IS FURTHER ORDERED that petitioner's motion to stay and abey proceedings (rec. doc. 21) is DENIED as moot.

February 8, 2011

_____
UNITED STATES DISTRICT JUDGE